ORIGINAL

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JACK MARRONE, husband, KAREN MARRONE, wife, both individually and in their capacity as parents and guardians for VIDA MARRONE, a minor, and MATTHEW ADAM MARRONE, | : : : : : : | Civil Action No.: 1:CV-01-0773 |
| Plaintiffs | : : | |
| vs. | : : : | (U.S. District Judge Yvette Kane) |
| ALLSTATE INSURANCE COMPANY, LINDA M. EDLEMAN, FRED SCHAFER, MT. GRETNA REALTY, and HOUSE MASTERS | : : : : | **JURY TRIAL DEMANDED** |

FILED
HARRISBURG
FEB 0 1 2002
MARY E. D'ANDREA, C
Per_____
DEPUTY CLERK

### ENTRY OF APPEARANCE

TO THE CLERK:

Kindly enter the my appearance on behalf of the Plaintiffs, Jack Marrone, Karen Marrone, both individually and in their capacity as parents and guardians for Vida Marrone, and Matthew Adam Marrone, with regard to the above captioned matter.

Respectfully submitted,

TARASI, TARASI & FISHMAN, P.C.

By: _____
Louis M. Tarasi, Jr., Esquire
PA I.D. No. 01042
Attorney for the Plaintiffs
510 Third Avenue
Pittsburgh, PA 15219
P: (412) 391-7135
F: (412) 471-2673

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing Entry of Appearance was served on counsel for the Defendants on this __29th__ day of January, 2002, by the United States Mail, First Class, Postage prepaid addressed as follows:

James G. Nealon, III, Esquire
Nealon & Grover
2411 North Front Street
Harrisburg, PA  17110

John Flounlacker, Esquire
Thomas, Thomas & Hafer, LLP
305 North Front Street
P.O. Box 999
Harrisburg, PA  17108

Edward A. Monsky, Esquire
Fine, Wyatt & Carey, P.C.
425 Spruce Street
P.O. Box 590
Scranton, PA  18501-0590

Robert E. Kelly, Jr., Esquire
Duane, Morris & Heckscher, LLP
305 North Front Street, 5th Floor
P.O. box 1003
Harrisburg, PA  17108-1003

TARASI, TARASI & FISHMAN, P.C.

Date: _Jan. 29, 2002_   By: _Louis M. Tarasi Jr._
Louis M. Tarasi, Jr., Esquire
PA I.D. No. 01042
Attorney for the Plaintiffs
510 Third Avenue
Pittsburgh, PA  15219
P: (412) 391-7135
F: (412) 471-2673