IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

FILED
HARRISBURG, PA
FEB 13 2002
MARY E. D'ANDREA, CLERK
Per _____ Deputy Clerk

| | |
|---|---|
| JACK MARRONE, husband, KAREN MARRONE, wife, both individually and in their capacity as parents and guardians for VIDA MARRONE, a minor,<br>　　　　Plaintiffs<br><br>v.<br><br>ALLSTATE INSURANCE CO., et al.<br>　　　　Defendants | CIVIL ACTION NO. 1:CV-01-0773<br>(Judge Kane) |

## ORDER

Now before the Court is a motion to dismiss by Defendants Fred Schafer and Mt. Gretna Realty. After full consideration of the motion and briefs, **IT IS ORDERED THAT** the motion to dismiss by Defendants Fred Schafer and Mt. Gretna Realty (Doc No. 5) is **DENIED**.

　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　Yvette Kane
　　　　　　　　　　　　　　　　　　United States District Judge

Dated: February 13, 2002