# ORIGINAL



John Flounlacker, Esquire
I.D. No. 73112
Thomas, Thomas & Hafer, LLP
305 N. Front Street
P.O. Box 999
Harrisburg, PA  17108-0999
(717)237-7134

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JACK MARRONE, husband, KAREN MARRONE, wife, both individually and in their capacity as parents and guardians for VIDA MARRONE, a minor, and MATTHEW ADAM MARRONE,<br>    Plaintiffs<br><br>v.<br><br>ALLSTATE INSURANCE COMPANY, LINDA M. EDLEMAN, FRED SCHAFER, MT. GRETNA REALTY, and HOUSEMASTERS<br>    Defendants | NO.: 1:CV-01-0773<br><br>JUDGE Kan<br><br>Civil Action Law<br><br>Jury Trial Demanded |

FILED
HARRISBURG
MAR 1 4 2002
MARY E. D'ANDREA, CLERK
Per
DEPUTY CLERK

### RESPONSE OF DEFENDANT, LINDA M. EDLEMAN, TO THE CROSSCLAIM OF DEFENDANTS, FRED SCHAFER AND MT. GRETNA REALTY

AND NOW ONTO COURT, through undersigned counsel, comes the Defendant, Linda M. Edleman, who, in Answer to the Crossclaim of Defendants, Fred Schafer and Mt. Gretna Realty, respectfully represents that:

15. Answering Defendant submits that the allegations contained in Defendants, Fred Schafer and Mt. Gretna's Crossclaim amounts to legal conclusions which require no Answer. Where an Answer is deemed to be required, after reasonable investigation, Answering Defendant lacks information or knowledge sufficient to form a belief as to the truth of the averments contained in this paragraph and same are therefore denied, strict proof being demanded at trial, if relevant.

WHEREFORE, Defendant requests Your Honorable Court to deny Plaintiffs the relief requested and to enter judgment in favor of Defendant and against the Plaintiffs.

Respectfully submitted,

**THOMAS, THOMAS & HAFER, LLP**

By: _____
John Flounlacker, Esquire
Attorney I.D. # 73112
P.O. Box 999
305 N. Front Street
Harrisburg, PA 17108-0999
(717)237-7134

Date: _____

## CERTIFICATE OF SERVICE

I. Jeannie L. Kawalec, an employee for the law firm Thomas, Thomas & Hafer, LLP, hereby state that a true and correct copy of the foregoing document(s) was served upon all counsel of record by first class United States mail, postage prepaid, addressed as follows, on the date set forth below:

By First Class U.S. Mail:

Louis M. Tarasi, Esquire
510 3rd Avenue
Pittsburgh, PA 15219

James G. Nealon, III, Esquire
Nealon & Gover
2411 North Front Street
Harrisburg, PA 17110

Edward A. Monsky, Esquire
Fine, Wyatt & Carey, P.C.
425 Spruce Street
P.O. Box 590
Scranton, PA 18501-0590

Robert E. Kelly, Jr., Esquire
Jennifer Lynn Murphy, Esquire
Duane Morris & Heckscher
305 N. Front Street
P.O. Box 1003
Harrisburg, PA 17108

THOMAS, THOMAS & HAFER, LLP

Jeannie L. Kawalec

Dated: 3/13/02