IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JACK MARRONE, KAREN MARRONE, both individually and in their capacity as parents and guardians for VIDA MARRONE, a minor, and MATTHEW MARRONE,<br><br>Plaintiffs,<br><br>v.<br><br>ALLSTATE INSURANCE COMPANY, LINDA M. EDLEMAN, FRED SCHAFER, MT. GRETNA REALTY, and HOUSEMASTER,<br><br>Defendants. | : CIVIL ACTION - LAW<br>:<br>: CASE NO.: 1:CV-01-0773<br>:<br>: JURY TRIAL DEMANDED<br>:<br>: JUDGE KANE |

## ENTRY OF APPEARANCE

Please enter my appearance in the above-captioned matter as additional counsel on behalf of the named Defendant HOUSEMASTER. We are authorized to accept service on behalf of said Defendant.

Dated: June 4, 2002

Respectfully submitted,
DUANE MORRIS LLP

By: _____
Paul E. Scanlan, Esq.
Pa. Attorney I.D. No. 75733
305 North Front Street, 5th Floor
P.O. Box 1003
Harrisburg, PA 17108-1003
(717) 237-5529
(Attorneys for Defendant HouseMaster)

## CERTIFICATE OF SERVICE

On this 4th day of June, 2002, I, Paul E. Scanlan, Esquire, Special Counsel to the law firm of Duane Morris LLP, hereby certify that a true and correct copy of counsel's Entry of Appearance on behalf of Defendant HOUSEMASTER, was served upon the following individuals at their respective addresses by depositing the same in the United States mail, first-class, postage prepaid, at Harrisburg, Pennsylvania:

Gianni Floro, Esquire
Tarasi, Tarasi & Fishman, P.C.
510 Third Avenue
Pittsburgh, PA 15219-2191

Edward Monsky, Esquire
Fine, Wyatt & Carey, P.C.
25 Spruce Street
Scranton, PA 18503

James G. Nealon, III, Esquire
Nealon & Gover
2411 North Front Street
Harrisburg, PA 17110

John Flounlacker, Esquire
Thomas, Thomas & Hafer
305 North Front Street - Sixth Floor
P.O. Box 999
Harrisburg, PA 17108

Joel D. Gusky, Esquire
Harvey, Pennington, Cabot, Griffith &
  Renneisen, Ltd.
Eleven Penn Center
1835 Market Street, 29th Floor
Philadelphia, PA 17108

_____
Paul E. Scanlan