IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

---

| | |
|---|---|
| JACK MARRONE, husband, KAREN MARRONE, wife, both individually and in their capacity as parents and guardians for VIDA MARRONE, a minor, and MATTHEW ADAM MARRONE, | Civil Action No.: 1:CV-01-0773 |
| Plaintiffs | |
| vs. | (U.S. District Judge Yvette Kane) |
| ALLSTATE INSURANCE COMPANY, LINDA M. EDLEMAN, FRED SCHAFER, MT. GRETNA REALTY, and HOUSE MASTERS | **JURY TRIAL DEMANDED** |

FILED
HARRISBURG, PA
JUL 0 2 2002
MARY E. D'ANDREA, CLERK
Per _____ Deputy Clerk

---

**MOTION FOR EXTENSION OF TIME**

AND Now come the Plaintiffs, by and through their counsel of record, Tarasi, Tarasi & Fishman, P.C. and Louis M. Tarasi, Jr., Esquire, and hereby file this Motion for Extension of Time, and in support thereof says the following:

1. On February 19, 2002, the Honorable Yvette Kane entered an Amended Case Management Order, after a status conference with the parties in this matter. The date set for the close of fact discovery was June 28, 2002.

2. On June 28, 2002, counsel for the parties were diligently pursuing discovery, and on that day met after two-days of depositions to concur (L.R. 7.1) that discovery should be extended in this matter, with consent of this Honorable Court. The parties have engaged in a diligent deposition schedule to date.

3. On June 28, 2002, after two-days of depositions, and after diligently pursuing discovery to date, the parties learned of several additional fact witnesses.

4.   All counsel for the parties have met and concur in the presentment of this motion for an extension of time. (L.R. 7.1)

5.   All counsel for the parties have met and agree that an additional sixty (60) days is necessary to complete fact discovery.

6.   The Plaintiffs therefore request that the Amended Case Management Order be further amended to provide for a sixty (60) day extension of time for fact discovery and other required Court dates accordingly, *i.e.*, that the dates set in the Amended Case Management Order of February 19, 2002 be also extended an additional sixty (60) days.

Wherefore, the Plaintiffs respectfully request that this District Court enter an additional Amended Case Management Order accommodating and extending fact discovery and other requested Court dates accordingly in this case for an additional sixty (60) days for fact discovery and other required Court dates accordingly.

Respectfully submitted,

TARASI, TARASI & FISHMAN, P.C.

By: *[signature: Louis M. Tarasi Jr.]*
Louis M. Tarasi, Jr., Esquire
PA I.D. No. 01042
Attorney for the Plaintiffs
510 Third Avenue
Pittsburgh, PA 15219
P: (412) 391-7135
F: (412) 471-2673

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing **MOTION FOR EXTENSION OF TIME** was served on counsel for the Defendants on this __1st__ day of July, 2002, by the United States Mail, First Class, Postage prepaid addressed as follows, and telefax:

James G. Nealon, III, Esquire
*Telefax (717) 236-9119*
Nealon & Grover, P.C.
2411 North Front Street
Harrisburg, PA 17110

John Flounlacker, Esquire
*Telefax (717) 237-7105*
Thomas, Thomas & Hafer, LLP
305 North Front Street
Harrisburg, PA 17108

Edward A. Monsky, Esquire
*Telefax (570) 343-9538*
Fine, Wyatt & Carey, P.C.
425 Spruce Street
Scranton, PA 18501-0590

Jennifer L. Murphy, Esquire
*Telefax (717) 232-4015*
Duane, Morris & Heckscher, LLP
305 North Front Street, 5th Floor
Harrisburg, PA 17108-1003

TARASI, TARASI & FISHMAN, P.C.

Date: 7·1·02

By: _____
Louis M. Tarasi, Jr., Esquire
PA I.D. No. 01042
Attorney for the Plaintiffs
510 Third Avenue
Pittsburgh, PA 15219
P: (412) 391-7135
F: (412) 471-2673