IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JACK MARRONE, husband, KAREN MARRONE, wife, both individually and in their capacity as parents and guardians for VIDA MARRONE, a minor,<br>        Plaintiffs<br>        v.<br><br>ALLSTATE INSURANCE COMPANY, LINDA M. EDELMAN, FRED SCHAFER MT. GRETNA REALTY, and HOUSE MASTER,<br>        Defendants | **CIVIL ACTION NO.**<br>1:CV-01-773<br><br><br>J. Kane<br><br>**FILED**<br>HARRISBURG<br>JUL - 5 2002<br>MARY E. D'ANDREA, CLERK<br>Per_____<br>      DEPUTY CLERK |

## ORDER

AND NOW, this 3rd day of July, **IT IS ORDERED THAT** plaintiffs' motion to extend the case management order dated February 19, 2002 is **GRANTED**. The case management order dated February 19, 2002 is **AMENDED** as follows:

| | |
|---|---|
| Close of Fact Discovery: | August 30, 2002 |
| Report of Experts: | September 13, 2002 |
| Response Reports to Experts Report: | September 27, 2002 |
| Dispositive Motions and Daubert Motions with Supporting Briefs Due: | October 18, 2002 |
| Local Rule 16.3 - Attorney Conference and Exchange of Proposed Jury Instructions: On or before: | December 27, 2002 |
| Motions In Limine Due: | January 3, 2003 |
| Pretrial Memoranda Due: | January 17, 2003 |
| Pretrial and Settlement Conference: | January 22, 2003 - 2:00 p.m. |
| Joint Jury Instructions with Objections and Proposed Voir Dire Questions Due: | January 29, 2003 |
| Jury Selection and Trial: | February 3, 2003 - 9:30 a.m. |

_____
Yvette Kane
United States District Judge