IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JACK MARRONE, KAREN MARRONE, Both individually and in their capacity as parents and guardians for VIDA MARRONE, a minor, and MATTHEW MARRONE, Plaintiffs | CIVIL ACTION NO. 1:CV-01-773 |
| v. | Judge Kane |
| ALLSTATE INSURANCE COMPANY, LINDA M. EDLEMAN, FRED SCHAFER, MT. GRETNA REALTY, and HOUSEMASTER, Defendants | |

FILED
HARRISBURG
OCT 17 2002
MARY E. D'ANDREA, CLERK
Per_____
DEPUTY CLERK

## O R D E R

AND NOW this 17th day of October, 2002, IT IS HEREBY ORDERED THAT defendant Housemaster's motion for leave to file a brief in excess of page limitation is **GRANTED**.

_____
Yvette Kane
United States District Judge