# ORIGINAL

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JACK MARRONE, husband, KAREN MARRONE, wife, both individually and in their capacity as parents and guardians for VIDA MARRONE, a minor, Plaintiffs, | NO.: 1:CV-01-0773 |
| v. | (THE HONORABLE JUDGE KANE) |
| ALLSTATE INSURANCE COMPANY, LINDA M. EDLEMAN, FRED SHAFER, MT. GRETNA REALTY, and HOUSE MASTERS, Defendants. | JURY TRIAL DEMANDED |

FILED
HARRISBURG, PA
OCT 18 2002
MARY E. D'ANDREA, CLERK
Per _____ Deputy Clerk

## LIST OF EXHIBITS FOR MOTION FOR SUMMARY JUDGMENT

Exhibit "A"   Deposition Transcript of Plaintiff, Jack Marrone