ORIGINAL

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JACK MARRONE, husband, KAREN MARRONE, wife, both individually and in their capacity as parents and guardians for VIDA MARRONE, a minor, Plaintiffs, | NO.: 1:CV-01-0773 |
| v. | (THE HONORABLE JUDGE KANE) |
| ALLSTATE INSURANCE COMPANY, LINDA M. EDLEMAN, FRED SHAFER, MT. GRETNA REALTY, and HOUSE MASTERS, Defendants. | JURY TRIAL DEMANDED |

FILED
HARRISBURG, PA
OCT 18 2002
MARY E. D'ANDREA, CLERK
Per _____
        Deputy Clerk

## LIST OF EXHIBITS FOR MOTION FOR SUMMARY JUDGMENT

Exhibit "B"   Deposition Transcript of Plaintiff, Karen Marrone

Exhibit "C"   Deposition Transcript of Plaintiff, Vida Marrone

Exhibit "D"   Deposition Transcript of Matthew Marrone

Exhibit "E"   Deposition Transcript of Allstate Claim Representative Larry Miller

Exhibit "F"   Homeowners Policy Application of Karen Marrone

Exhibit "G"   Deluxe Plus Homeowners Policy Karen Marrone Policy Number 0 01 657755

Exhibit "H"   Disclaimer Letter Sent to Plaintiffs by Allstate