**ORIGINAL**

FILED

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

HARRISBURG, PA
OCT 18 2002
MARY E. D'ANDREA, CLERK
Per _____ Deputy Clerk

| | |
|---|---|
| JACK MARRONE, KAREN MARRONE, both individually and in their capacity as parents and guardians for VIDA MARRONE, a minor, and MATTHEW MARRONE<br><br>Plaintiffs<br><br>v.<br><br>ALLSTATE INSURANCE COMPANY, LINDA M. EDLEMAN, FRED SCHAFER, MT. GRETNA REALTY, and HOUSEMASTER<br><br>Defendants | CIVIL ACTION - LAW<br><br>CASE NO.: 1:CV-01-0773<br><br>JURY TRIAL DEMANDED<br><br>(JUDGE KANE) |

## MOTION FOR SUMMARY JUDGMENT OF DEFENDANT HOUSEMASTER

Pursuant to Rule 56 of the Federal Rules of Civil Procedure, Defendant HouseMaster respectfully moves this Court to enter summary judgment in its favor and against Plaintiffs on Counts VIII though XI of the Amended Complaint and on Plaintiffs' requests for personal injury damages in those counts. In support of the Motion, Defendant HouseMaster asserts that, based upon the pleadings, depositions and record in this case, there is no genuine issue of material fact and HouseMaster is entitled to judgment as a matter of law.

WHEREFORE, Defendant HouseMaster respectfully requests that this Court enter summary judgment in its favor and against Plaintiffs dismissing Counts VIII though XI of Plaintiffs' Amended Complaint and Plaintiffs' requests for personal injury damages in those counts.

Respectfully submitted,

_____
Paul E. Scanlan, Esquire
Attorney ID No. 75733
Jennifer L. Murphy, Esquire
Attorney ID No. 76432
DUANE MORRIS LLP
305 North Front Street, 5th Floor
P.O. Box 1003
Harrisburg, PA 17108-1003

Attorneys for Defendant HouseMaster

HBG\104865.1

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JACK MARRONE, KAREN MARRONE, both individually and in their capacity as parents and guardians for VIDA MARRONE, a minor, and MATTHEW MARRONE<br>     Plaintiffs | : <br>: <br>: CIVIL ACTION - LAW <br>: <br>: <br>: <br>: |
| v. | : CASE NO.: 1:CV-01-0773 <br>: |
| ALLSTATE INSURANCE COMPANY, LINDA M. EDLEMAN, FRED SCHAFER, MT. GRETNA REALTY, and HOUSEMASTER<br>     Defendants | : JURY TRIAL DEMANDED <br>: <br>: <br>: (JUDGE KANE) <br>: <br>: |

## CERTIFICATE OF CONCURRENCE/NONCONCURRENCE

I, Paul E. Scanlan, Esquire, counsel for Defendant HouseMaster, hereby certify that concurrence in HouseMaster's Motion for Summary Judgment on Counts VIII though XI of the Amended Complaint and Plaintiffs' claims for personal injury damages was sought from counsel for Plaintiffs and Co-Defendants' counsel on October 14, 2002. Counsel for the Plaintiffs, Allstate, and Fred Schaeffer and Mt. Gretna Realty stated that they could not concur or nonconcur in the Motion without first reviewing it. Counsel for Linda Edleman

concurs in the Motion.

                                                                      /s/ *signature*

                                        Paul E. Scanlan, Esquire
                                        Attorney I.D. No. 75733
                                        DUANE MORRIS LLP
                                        305 North Front Street, 5th Floor
                                        P. O. Box 1003
                                        Harrisburg, PA 17108-1003

October 18, 2002                      (717) 237-5500

# CERTIFICATE OF SERVICE

AND NOW, this 18th day of October, 2002, I, Denise L. Huber, an employee of Duane Morris LLP, hereby certify that I have served a copy of the Defendant HouseMaster's Motion for Summary Judgment on the following by depositing a true and correct copy of the same in the U.S. Mail at Harrisburg, Pennsylvania, postage prepaid, addressed to:

> James G. Nealon, III, Esquire
> Nealon & Grover, P.C.
> 2411 North Front Street
> Harrisburg, PA 17110
>
> Edward A. Monsky, Esquire
> Fine, Wyatt & Carey, P.C.
> 425 Spruce Street
> Scranton, PA 18501-0590
>
> John Flounlacker, Esquire
> Thomas, Thomas & Hafer, LLP
> 305 North Front Street
> Harrisburg, PA 17108
>
> Louis M. Tarasi, Jr., Esquire
> 510 Third Avenue
> Pittsburgh, PA 15219

By: _____
Denise L. Huber