

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JACK MARRONE, KAREN MARRONE, both individually and in their capacity as parents and guardians for VIDA MARRONE, a minor, and MATTHEW MARRONE<br>    Plaintiffs<br><br>   v.<br><br>ALLSTATE INSURANCE COMPANY, LINDA M. EDLEMAN, FRED SCHAFER, MT. GRETNA REALTY, and HOUSEMASTER<br>    Defendants | CIVIL ACTION - LAW<br><br>CASE NO.: 1:CV-01-0773<br><br>JURY TRIAL DEMANDED<br><br>(JUDGE KANE) |

FILED
HARRISBURG, PA
OCT 1 8 2002
MARY E. D'ANDREA, CLERK
Per _____ Deputy Clerk

## APPENDIX IN SUPPORT OF DEFENDANT HOUSEMASTER'S MOTION FOR SUMMARY JUDGMENT

Paul E. Scanlan, Esquire
Attorney ID No. 75733
Jennifer L. Murphy, Esquire
Attorney ID No. 76432
DUANE MORRIS LLP
305 North Front Street, 5th Floor
P.O. Box 1003
Harrisburg, PA 17108-1003
(717) 237-5500

Attorneys for Defendant HouseMaster

# TABLE OF CONTENTS

| Description of Documents | Tab |
|---|---|
| Plaintiffs' Amended Complaint | A |
| HouseMaster's Answer and Affirmative Defenses to Plaintiffs' Amended Complaint | B |
| Excerpts from Deposition of Jack Marrone | C |
| Excerpts from Deposition of Karen Marrone | D |
| Excerpts from Deposition of Matthew Marrone | E |
| Excerpts from Deposition of Vida Marrone | F |
| Excerpts from Deposition of Chuck Berthoud | G |
| Excerpts from Deposition of Larry Miller | H |
| Inspection Order Agreement | I |
| HouseMaster's Express Report | J |
| Reports of Robert A. Pfromm, CIH, Dated 10/15/00 and 09/12/02 | K |
| Report of Tom Moore | L |
| Michael G. Holland, M.D.'s Report on Jack Marrone | M |
| Michael G. Holland, M.D.'s Report on Karen Marrone | N |
| Michael G. Holland, M.D.'s Report on Matthew Marrone | O |
| Michael G. Holland, M.D.'s Report on Vida Marrone | P |