COPY

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

---

JACK MARRONE, husband, KAREN : 
MARRONE, wife, both individually and : 
in their capacity as parents and guardians : 
for VIDA MARRONE, a minor, and : 
MATTHEW ADAM MARRONE, : 
　 : 
　　　　　Plaintiffs : 
　 : 
　　vs. : 
　 : 
ALLSTATE INSURANCE COMPANY, : 
LINDA M. EDLEMAN, FRED SCHAFER, : 
MT. GRETNA REALTY, and HOUSE : 
MASTERS : 

Civil Action No.:  1:CV-01-0773

FILED
HARRISBURG,

OCT 18 2002

MARY E. D'ANDREA, C
Per _____
Deputy Clerk

(U.S. District Judge Yvette Kane)

**JURY TRIAL DEMANDED**

---

## ENTRY OF APPEARANCE

TO THE CLERK:

　　　　Kindly enter the my appearance on behalf of the Plaintiffs, Jack Marrone, Karen

Marrone, both individually and in their capacity as parents and guardians for Vida Marrone, and

Matthew Adam Marrone, with regard to the above captioned matter as co-counsel.

　　　　　　　　　Respectfully submitted,

　　　　　　　　　TARASI, TARASI & FISHMAN, P.C.

　　　　　　　　　By: _____
　　　　　　　　　Gianni Floro, Esquire
　　　　　　　　　PA I.D. No. 85837
　　　　　　　　　Co-Counsel for the Plaintiffs
　　　　　　　　　510 Third Avenue
　　　　　　　　　Pittsburgh, PA  15219
　　　　　　　　　P:  (412) 391-7135
　　　　　　　　　F:  (412) 471-2673

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing Entry of Appearance was

served on counsel for the Defendants on this __18th__ day of October, 2002, by the United States

Mail, First Class, Postage prepaid addressed as follows:

James G. Nealon, III, Esquire
Nealon & Grover
2411 North Front Street
Harrisburg, PA  17110

John Flounlacker, Esquire
Thomas, Thomas & Hafer, LLP
305 North Front Street
P.O. Box 999
Harrisburg, PA  17108


Edward A. Monsky, Esquire
Fine, Wyatt & Carey, P.C.
425 Spruce Street
P.O. Box 590
Scranton, PA  18501-0590

Paul E. Scanlan, Esquire
Duane, Morris & Heckscher, LLP
305 North Front Street, 5th Floor
P.O. box 1003
Harrisburg, PA  17108-1003

TARASI, TARASI & FISHMAN, P.C.

Date: __10·18·02__

By:_____
Gianni Floro, Esquire
PA I.D. No. 85837
Co-Counsel for the Plaintiffs
510 Third Avenue
Pittsburgh, PA  15219
P:  (412) 391-7135
F:  (412) 471-2673