

# ORIGINAL

**THOMAS, THOMAS & HAFER, LLP**
305 North Front Street
P.O. Box 999
Harrisburg, PA 17108

**John Flounlacker, Esquire**
Attorney I.D. 73112
(717)237-7134
Attorneys for Defendant Edleman

## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

JACK MARRONE, husband, KAREN
MARRONE, wife, both individually and
in their capacity as parents and guardians
for VIDA MARRONE, a minor, and
MATTHEW ADAM MARRONE
Plaintiffs

v.

ALLSTATE INSURANCE COMPANY,
LINDA M. EDLEMAN, FRED SCHAFER,
MT. GRETNA REALTY, and
HOUSEMASTERS
Defendants

: NO.: 1:CV-01-0773
:
:
:
:
:
:
:
: JUDGE KANE
:
:
: Civil Action Law
:
:
:
:
: Jury Trial Demanded
:

## RESPONSE OF DEFENDANT, LINDA M. EDLEMAN,
## TO PLAINTIFFS' MOTION FOR EXTENSION OF TIME

AND NOW ONTO COURT, through undersigned counsel, comes the
Defendant, Linda M. Edleman, who, in Response to Plaintiffs' Request for an
Extension of Time submits the following:

1.      The Plaintiff and her former legal counsel initiated this lawsuit by filing
their Complaint on May 3, 2001.

2.      On or about September 21, 2001, a Joint Case Management Plan was
submitted to the Court.

3.      On September 26, 2001, the parties participated in the initial Case
Management Conference.

4.    On September 27, 2001, this Honorable Court entered a Case Management Order which among other things required that all fact discovery be concluded by February 28, 2002 and that the parties were required to produce their expert reports by March 29, 2002. A copy of the docket sheet indicating the filing of this Order is attached hereto as Exhibit A.

5.    On November 2, 2002, upon receiving leave of Court, Plaintiffs filed an Amended Complaint.

6.    On November 6, 2001, the Plaintiffs former counsel advised all of the parties that counsel would be withdrawing his representation of the Plaintiffs.

7.    Ultimately on November 21, 2001, a Motion to Withdraw as Counsel was filed by Attorney Richard F. Stevens to withdraw his representation of the Plaintiff.

8.    On December 19, 2001, this Honorable Court granted the attorney's request to withdraw his representation of the Plaintiff.

9.    On December 21, 2001, this Honorable Court granted Plaintiffs first request for an extension of time requested for the purpose of securing new legal counsel.

10.    On January 15, 2002, this Honorable Court granted the Plaintiffs second request for an extension of time which was requested for the purpose of securing new counsel to proceed with this litigation.

11.    On February 1, 2002, Louis M. Tarasi, Jr. Esquire of the law firm of Tarasi, Tarasi & Fishman, P.C., entered his appearance for Plaintiffs.

12.    On or about February 19, 2002, this Honorable Court entered a Revised Case Management Order which provided among other things that the discovery cut off for this case was to occur on June 28, 2002 and that expert reports were to be produced by the parties by July 12, 2002. See Exhibit A.

2

13.    On July 2, 2002, Plaintiffs filed a Motion seeking a third extension for additional time for the purposes of pursuing further fact discovery.

14.    On July 5, 2002, this Honorable Court granted the above-referenced Motion and issued a new case management order which provided that discovery was to conclude by August 30, 2002, reports of experts were due on September 13, 2002 and supplemental expert reports were due by September 27, 2002.  See Exhibit A.

15.    To date, the Plaintiff has not produced any report from a medical expert.  Nor has the Plaintiff identified any medical expert that they plan to use in connection with prosecuting this case.

16.    On October 18, 2002, the moving Defendant received a facsimile copy of the Plaintiffs' request seeking a fourth extension of time for the purposes of securing a report from an unidentified medical expert.

17.    The above-referenced Motion being filed by the Plaintiffs is the fourth request that the Plaintiffs have made for enlargements of time in connection with this lawsuit.

18.    Moreover, this request is being made approximately 30 days after the deadline for production of expert reports has expired.

19.    The Defendant strongly opposes the Plaintiffs' instant request because it would effect all of the other previously established deadlines in this case and elongate this litigation.

20.    This litigation has caused significant and personal harm to Defendant Lynn Edleman.

21.    Since this lawsuit has been filed, Ms. Edleman has had a very difficult time in securing homeowners coverage for her residence.  In fact, Ms. Edleman has been placed on some sort of high risk homeowners status as a direct consequence of this litigation and accordingly her premiums have gone up substantially since the Plaintiffs have initiated this lawsuit.

22.    Ms. Edleman fears that the longer this litigation is allowed to exist the more likely it is that Ms. Edleman's prior homeowners insurance carrier will not provide her with a defense to the claims that are being made by the Plaintiffs in this litigation.

23.    This litigation has also cast a cloud over Ms. Edleman's finances and her ability to borrow money for her other personal needs.

24.    The Defendant submits that this court and the parties to this litigation have been more than fair to the Marrones as it relates to their repeated requests for extensions of time to assist them in prosecuting this litigation.

25.    Finally, in the event this court denies Defendant Edleman's instant Motion – Defendant Edleman prays that this Honorable Court will proceed to decide those portions of Defendant Edleman's Motion for Summary Judgment that do not concern themselves with the Plaintiffs' failure to produce a medical expert in accordance with the prior order that was generated in this case.

Wherefore, Defendant, Linda M. Edleman, respectfully requests that this Honorable Court deny the Plaintiffs' Request for an Extension of Time and require that the parties proceed as provided for in the Court's most recent scheduling order.

Respectfully submitted,

**THOMAS, THOMAS & HAFER, LLP**

By:_____

John Flounlacker, Esquire
Attorney I.D. # 73112
P.O. Box 999
Harrisburg, PA  17108-0999
(717)237-7134

Date: 10/21/02

4

*A*

ATYADM HBG

U.S. District Court
Middle District of Pennsylvania (Harrisburg)

CIVIL DOCKET FOR CASE #: 01-CV-773

Marrone, et al v. Allstate Insurance, et al          Filed: 05/03/01
Assigned to: Judge Yvette Kane          Jury demand: Both
Demand: $0,000 42075          Nature of Suit:  360
Lead Docket: None          Jurisdiction: Diversity
Dkt# in other court: None

Cause: 28:1332 Diversity-Personal Injury


JACK MARRONE, husband,                    Richard F. Stevens
individually and in his                    [term  12/21/01]
capacity as parent and                    [COR LD NTC]
guardian for Vida Marrone, a              Stevens & Johnson
minor                                      740 Hamilton Mall
     plaintiff                             Allentown, PA 18101
                                           610 439-1451
                                           FTS ed

                                           Timothy T. Stevens
                                            [term  10/09/01]
                                           [COR LD NTC]
                                           Stevens & Johnson
                                           740 Hamilton Mall
                                           Allentown, PA 18101
                                           610-439-1451
                                           FTS ed

                                           Jack Marrone
                                           [COR LD NTC] [PRO SE]
                                           11673 Highway PP
                                           Dixon, MO

                                           Louis M. Tarasi, Jr.
                                           [COR LD NTC]
                                           Tarasi, Tarasi & Fishman, P.C.
                                           510 Third Avenue
                                           Pittsburgh, PA 15219
                                           (412) 391-7135
                                           FTS wd


KAREN MARRONE, wife,                       Richard F. Stevens
individually and in her                     [term  12/21/01]
capacity as parents and                    (See above)
guardians for Vida Marrone, a             [COR LD NTC]
minor
     plaintiff                             Timothy T. Stevens
                                            [term  10/09/01]

Docket as of October 18, 2002 4:02 pm                Page 1

Proceedings include all events.                                                          ATYADM
1:01cv773 Marrone, et al v. Allstate Insurance, et al                                    HBG

                                        (See above)
                                        [COR LD NTC]

                                        Karen Marrone
                                        [COR LD NTC] [PRO SE]
                                        11673 Highway PP
                                        Dixon, MO

                                        Louis M. Tarasi, Jr.
                                        (See above)
                                        [COR LD NTC]


        v.


ALLSTATE INSURANCE COMPANY              James G. Nealon, III
      defendant                         17172369119
                                        [COR LD NTC]
                                        Nealon & Grover, P.C.
                                        2411 North Front St
                                        Harrisburg, PA 17110
                                        717-232-9900
                                        FTS h


LINDA M. EDLEMAN                         John Flounlacker
      defendant                         [COR LD NTC]
                                        Thomas, Thomas & Hafer
                                        305 North Front Street
                                        P.O. Box 999
                                        Harrisburg, PA 17101
                                        (717) 237-7134
                                        FTS h


FRED SCHAFER                             Edward A. Monsky
      defendant                         3439538
                                        [COR LD NTC]
                                        Fine, Wyatt & Carey, P.C.
                                        425 Spruce Street
                                        4th Floor
                                        Scranton, PA 18503
                                        570-343-1197
                                        FTS s

                                        Richard G. Fine
                                        3439538
                                        [COR LD NTC]
                                        Richard G. Fine
                                        (See above)
                                        [COR LD NTC]
                                        Fine, Wyatt & Carey, P.C.
                                        425 Spruce Street

Proceedings include all events.                                                                    ATYADM
1:01cv773 Marrone, et al v. Allstate Insurance, et al                              HBG

                                               4th Floor
                                               Scranton, PA 18503
                                               570-343-1197
                                               FTS s


MT. GRETNA REALTY                 Edward A. Monsky
     defendant                    (See above)
                                  [COR LD NTC]

                                  Richard G. Fine
                                  (See above)
                                  [COR LD NTC]
                                  Richard G. Fine
                                  (See above)
                                  [COR LD NTC]


HOUSE MASTERS                     Paul E. Scanlan
     defendant                    [COR LD NTC]
                                  Duane Morris LLP
                                  PO Box 1003
                                  305 North Front Street
                                  5th Floor
                                  Harrisburg, PA 17101
                                  (717) 237-5529
                                  FTS h

                                  Jennifer L. Murphy
                                  17172324015
                                  [COR LD NTC]
                                  Duane Morris LLP
                                  5th Floor
                                  305 North Front St
                                  P.O. Box 1003
                                  Harrisburg, PA 17108-1003
                                  717-237-5542
                                  FTS h

                                  Robert E. Kelly, Jr.
                                  17179200691
                                  rkelly@khgllp.com
                                  [COR LD NTC]
                                  Kelly, Hoffman & Goduto, LLP
                                  300 North 2nd Street, 10th
                                  floor
                                  P.O. Box 62003
                                  Harrisburg, PA 17106-2003
                                  717-920-8100
                                  FTS h


HOMESIDE LENDING, INC.            Joel D. Gusky
     unknown                      [COR LD NTC]

Proceedings include all events.                                              ATYADM
1:01cv773 Marrone, et al v. Allstate Insurance, et al                        HBG

                                        Harvey Pennington Hertig &
                                        Renneisen, LTD.
                                        11 Penn Center
                                        1835 Market St.
                                        29th Floor
                                        Philadelphia, PA 19103
                                        215-563-4470
                                        FTS ed


============================

LINDA M. EDLEMAN                        John Flounlacker
     cross-claimant                     [COR LD NTC]
                                        Thomas, Thomas & Hafer
                                        305 North Front Street
                                        P.O. Box 999
                                        Harrisburg, PA 17101
                                        (717) 237-7134
                                        FTS h


LINDA M. EDLEMAN                        John Flounlacker
     cross-claimant                     (See above)
                                        [COR LD NTC]


LINDA M. EDLEMAN                        John Flounlacker
     cross-claimant                     (See above)
                                        [COR LD NTC]


- - - - - - - - - - - - - - - - - - - - -


FRED SCHAFER                            Edward A. Monsky
     cross-defendant                    3439538
                                        [COR LD NTC]
                                        Fine, Wyatt & Carey, P.C.
                                        425 Spruce Street
                                        4th Floor
                                        Scranton, PA 18503
                                        570-343-1197
                                        FTS s

                                        Richard G. Fine
                                        3439538
                                        [COR LD NTC]
                                        Richard G. Fine
                                        (See above)
                                        [COR LD NTC]
                                        Fine, Wyatt & Carey, P.C.
                                        425 Spruce Street

Docket as of October 18, 2002 4:02 pm                    Page 4

Proceedings include all events.                                    ATYADM
1:01cv773 Marrone, et al v. Allstate Insurance, et al              HBG

                                        4th Floor
                                        Scranton, PA 18503
                                        570-343-1197
                                        FTS s


MT. GRETNA REALTY                       Edward A. Monsky
     cross-defendant                    (See above)
                                        [COR LD NTC]

                                        Richard G. Fine
                                        (See above)
                                        [COR LD NTC]
                                        Richard G. Fine
                                        (See above)
                                        [COR LD NTC]


HOUSE MASTERS                           Jennifer L. Murphy
     cross-defendant                    17172324015
                                        [COR LD NTC]
                                        Duane Morris LLP
                                        5th Floor
                                        305 North Front St
                                        P.O. Box 1003
                                        Harrisburg, PA 17108-1003
                                        717-237-5542
                                        FTS h

                                        Robert E. Kelly, Jr.
                                        17179200691
                                        rkelly@khgllp.com
                                        [COR LD NTC]
                                        Kelly, Hoffman & Goduto, LLP
                                        300 North 2nd Street, 10th
                                        floor
                                        P.O. Box 62003
                                        Harrisburg, PA 17106-2003
                                        717-920-8100
                                        FTS h


========================


MATTHEW ADAM MARRONE                    Richard F. Stevens
     plaintiff                           [term  12/21/01]
                                        [COR LD NTC]
                                        Stevens & Johnson
                                        740 Hamilton Mall
                                        Allentown, PA 18101
                                        610 439-1451
                                        FTS ed

OCT-18-02 FRI 04:03 PM                              FAX NO.                              P. 07

Proceedings include all events.                                                    ATYADM
1:01cv773 Marrone, et al v. Allstate Insurance, et al                              HBG

                                        Matthew Adam Marrone
                                        [COR LD NTC] [PRO SE]
                                        11673 Highway PP
                                        Dixon, MO

                                        Louis M. Tarasi, Jr.
                                        [COR LD NTC]
                                        Tarasi, Tarasi & Fishman, P.C.
                                        510 Third Avenue
                                        Pittsburgh, PA 15219
                                        (412) 391-7135
                                        FTS wd


===============================


LINDA M. EDLEMAN                        John Flounlacker
     cross-claimant                     [COR LD NTC]
                                        Thomas, Thomas & Hafer
                                        305 North Front Street
                                        P.O. Box 999
                                        Harrisburg, PA 17101
                                        (717) 237-7134
                                        FTS h


- - - - - - - - - - - - - - - - - - - - - - -


FRED SCHAFER                            Edward A. Monsky
     cross-defendant                    3439538
                                        [COR LD NTC]
                                        Fine, Wyatt & Carey, P.C.
                                        425 Spruce Street
                                        4th Floor
                                        Scranton, PA 18503
                                        570-343-1197
                                        FTS s

                                        Richard G. Fine
                                        3439538
                                        [COR LD NTC]
                                        Richard G. Fine
                                        (See above)
                                        [COR LD NTC]
                                        Fine, Wyatt & Carey, P.C.
                                        425 Spruce Street
                                        4th Floor
                                        Scranton, PA 18503
                                        570-343-1197
                                        FTS s

Proceedings include all events.                                                           ATYADM
1:01cv773 Marrone, et al v. Allstate Insurance, et al                                     HBG

MT. GRETNA REALTY                          Edward A. Monsky
    cross-defendant                     (See above)
                                           [COR LD NTC]

                                           Richard G. Fine
                                           (See above)
                                           [COR LD NTC]
                                           Richard G. Fine
                                           (See above)
                                           [COR LD NTC]


HOUSE MASTERS                              Jennifer L. Murphy
    cross-defendant                     17172324015
                                           [COR LD NTC]
                                           Duane Morris LLP
                                           5th Floor
                                           305 North Front St
                                           P.O. Box 1003
                                           Harrisburg, PA 17108-1003
                                           717-237-5542
                                           FTS h

                                           Robert E. Kelly, Jr.
                                           17179200691
                                           rkelly@khgllp.com
                                           [COR LD NTC]
                                           Kelly, Hoffman & Goduto, LLP
                                           300 North 2nd Street, 10th
                                           floor
                                           P.O. Box 62003
                                           Harrisburg, PA 17106-2003
                                           717-920-8100
                                           FTS h


==============================

FRED SCHAFER                               Edward A. Monsky
    cross-claimant                      3439538
                                           [COR LD NTC]
                                           Fine, Wyatt & Carey, P.C.
                                           425 Spruce Street
                                           4th Floor
                                           Scranton, PA 18503
                                           570-343-1197
                                           FTS s

                                           Richard G. Fine
                                           3439538
                                           [COR LD NTC]
                                           Richard G. Fine
                                           (See above)

OCT-18-02 FRI 04:04 PM                                FAX NO.                              P. 09

Proceedings include all events.                                              ATYADM
1:01cv773 Marrone, et al v. Allstate Insurance, et al                        HBG

                                         [COR LD NTC]
                                         Fine, Wyatt & Carey, P.C.
                                         425 Spruce Street
                                         4th Floor
                                         Scranton, PA 18503
                                         570-343-1197
                                         FTS s


MT. GRETNA REALTY                        Edward A. Monsky
      cross-claimant                     (See above)
                                         [COR LD NTC]

                                         Richard G. Fine
                                         (See above)
                                         [COR LD NTC]
                                         Richard G. Fine
                                         (See above)
                                         [COR LD NTC]


- - - - - - - - - - - - - - - - -


LINDA M. EDLEMAN                         John Flounlacker
      cross-defendant                    [COR LD NTC]
                                         Thomas, Thomas & Hafer
                                         305 North Front Street
                                         P.O. Box 999
                                         Harrisburg, PA 17101
                                         (717) 237-7134
                                         FTS h


HOUSE MASTERS                            Jennifer L. Murphy
      cross-defendant                    17172324015
                                         [COR LD NTC]
                                         Duane Morris LLP
                                         5th Floor
                                         305 North Front St
                                         P.O. Box 1003
                                         Harrisburg, PA 17108-1003
                                         717-237-5542
                                         FTS h

                                         Robert E. Kelly, Jr.
                                         17179200691
                                         rkelly@khgllp.com
                                         [COR LD NTC]
                                         Kelly, Hoffman & Goduto, LLP
                                         300 North 2nd Street, 10th
                                         floor
                                         P.O. Box 62003
                                         Harrisburg, PA 17106-2003

Proceedings include all events.                                          ATYADM
1:01cv773 Marrone, et al v. Allstate Insurance, et al                    HBG

                              717-920-8100
                              FTS h

OCT-18-02 FRI 04:04 PM    ●              FAX NO.    ●              P. 11

Proceedings include all events.                                    ATYADM
1:01cv773 Marrone, et al v. Allstate Insurance, et al              HBG

5/3/01    1        COMPLAINT re: Personal Injury   Receipt #: 83574   Amt:
                   150.00 (hm) [Entry date 05/03/01]

5/3/01    --       SUMMONS ISSUED to Attorney Timothy Stevens as to defendant
                   Allstate Insurance, defendant Linda M. Edleman, defendant
                   Fred Schafer, defendant Mt. Gretna Realty, defendant House
                   Masters with Plaintiff's packet (hm) [Entry date 05/03/01]

5/9/01    2        LETTER from court to counsel RE: case assignment &
                   procedure. (seal) [Entry date 05/09/01]

6/18/01   3        ENTRY OF ATTORNEY APPEARANCE for defendant Allstate
                   Insurance by James G. Nealon, III, Esquire and c of s. (jh)
                   [Entry date 06/19/01]

7/2/01    4        WAIVER OF SERVICE OF SUMMONS returned as to defendants;
                   request sent 5/9/01. (jh) [Entry date 07/03/01]

7/6/01    5        MOTION by defendant Fred Schafer, defendant Mt. Gretna
                   Realty to dismiss case with attached exhibits and c/s. (ts)
                   [Entry date 07/09/01]

7/12/01   6        ENTRY OF ATTORNEY APPEARANCE for defendant Linda M. Edleman
                   by atty John Flounlacker; C/S. (vg) [Entry date 07/13/01]

7/16/01   7        BRIEF by defendant Fred Schafer, defendant Mt. Gretna
                   Realty  IN SUPPORT of motion to dismiss case [5-1] C/S (sm)
                   [Entry date 07/17/01]

7/20/01   8        ANSWER and AFFIRMATIVE DEFENSES by defendant House Masters;
                   w/ jury demand; with exh and c/s. (sc) [Entry date 07/23/01]

7/25/01   9        RESPONSE by plaintiffs to mtn of defts Fred Schafer and Mt.
                   Gretna Realty to dismiss. C/S, Propo. (pm)
                   [Entry date 07/26/01]

7/30/01   10       ANSWER by defendant Allstate Insurance; jury demand; C/S.
                   (vg) [Entry date 07/31/01]

8/6/01    11       ANSWER by defendant Linda M. Edleman; jury demand; C/S. (vg)
                   [Entry date 08/07/01]

8/6/01    11       CROSSCLAIM  by defendant Linda M. Edleman  against
                   defendant Fred Schafer; C/S. (vg) [Entry date 08/07/01]

8/6/01    11       CROSSCLAIM  by defendant Linda M. Edleman  against
                   defendant Mt. Gretna Realty; C/S. (vg) [Entry date 08/07/01]

8/6/01    11       CROSSCLAIM  by defendant Linda M. Edleman  against
                   defendant House Masters; C/S. (vg) [Entry date 08/07/01]

8/13/01   12       BRIEF by plaintiffs IN OPPOSITION to motion to dismiss case
                   [5-1]; reply brief due 8/27/01; with exh and c/s. (sc)
                   [Entry date 08/14/01]

Docket as of October 18, 2002 4:02 pm                    Page 10

OCT-18-02 FRI 04:04 PM                    FAX NO.                           P. 12

Proceedings include all events.                                    ATYADM
1:01cv773 Marrone, et al v. Allstate Insurance, et al             HBG

8/15/01  13    ANSWER by cross-defendant Fred Schafer to CROSSCLAIM of
               Linda M. Edleman and c of s. [11-1] (jh)
               [Entry date 08/16/01]

8/17/01  14    ORDER  by Judge Yvette Kane Scheduling conf set for 10:00
               a.m. 9/26/01 (cc: all counsel, court) (seal)
               [Entry date 08/17/01]

8/21/01  15    REPLY BRIEF by defendant Fred Schafer, defendant Mt. Gretna
               Realty  in support of motion to dismiss case [5-1].  C/S.
               (pc) [Entry date 08/21/01]

9/24/01  16    CASE MANAGEMENT FORM returned by cnsl. (jh)
               [Entry date 09/25/01]

9/26/01  17    MOTION by plaintiffs for leave to amend complt to add
               add'l pltf, Matthew Marrone; proposed amd complt att; C/S;
               Propo. (vg) [Entry date 09/27/01]

9/26/01  18    BRIEF by plaintiffs IN SUPPORT of motion for leave to amend
               complt to add add'l pltf, Matthew Marrone [17-1]. (vg)
               [Entry date 09/27/01]

9/27/01  19    MINUTE SHEET from CMC held by Judge Kane on 9/26/01;
               termed ddl. (vg) [Entry date 09/28/01]

9/27/01  20    CASE MANAGEMENT ORDER  by Judge Yvette Kane: Close of Fact
               Discovery: 2/28/02; Pretrial Memorandum due: 7/19/02;
               Pretrial and Settlement Conference: 10:00 a.m. - 7/25/02;
               Jury Selection and Trial: 9:30 a.m. - 8/5/02 Case placed on
               STANDARD Case Mgmt. Track.  See order for further details.
               (cc: all counsel court, Ctrptr., Ctrm. Dep.) (vg)
               [Entry date 09/28/01]

10/9/01  21    SUBSTITUTION OF COUNSEL: terminating attorney Timothy T.
               Stevens for pltfs and substituting attorney Richard F.
               Stevens. C/S (pm) [Entry date 10/10/01]

10/19/01 22    ORDER by Judge Yvette Kane  Upon consideration of the
               pltfs' mtn to amend their complaint to add the additional
               pltf, Matthew Marrone, to the above captioned matter, and
               the responses thereto, IT IS ORDERED that said mtn is
               granted, and pltfs may amend their complaint to add the
               aforementioned additional pltf. [17-1] (cc: all counsel &
               Ct.) (jh) [Entry date 10/22/01]

11/2/01  23    AMENDED, complaint [1-1] n; jury demand; adding Matthew
               Adam Marrone with c/s. (ts) [Entry date 11/05/01]

11/15/01 24    MOTION by plaintiff to withdraw attorney Richard F.
               Stevens, Esq. with c of s and propo. (mc)
               [Entry date 11/16/01]

Docket as of October 18, 2002 4:02 pm                    Page 11

Proceedings include all events.                                      ATYADM
1:01cv773 Marrone, et al v. Allstate Insurance, et al                HBG

11/21/01 25    ORDER  by Judge Yvette Kane  striking motion to withdraw
               attorney Richard F. Stevens, Esq. for failure to comply
               with Local Rule 7.1 [24-1] (cc: all counsel, court) (jk)
               [Entry date 11/21/01]

11/23/01 26    MOTION by Jack Marrone, Karen Marrone, Matthew Adam Marrone
               to withdraw Richard F. Stevens as attorney Certificate of
               Concurrence, C/S, propo. (mc) [Entry date 11/26/01]
               [Edit date 11/26/01]

11/23/01 27    BRIEF by plaintiffs Jack Marrone, Karen Marrone and Matthew
               Adam Marrone IN SUPPORT of motion to withdraw Richard F.
               Stevens as attorney [26-1]. (mc) [Entry date 11/26/01]

12/10/01 28    ANSWER TO AMENDED COMPLAINT and CROSSCLAIM by defendant
               Linda M. Edleman against defendants Fred Schafer, Mt.
               Gretna Realty and House Masters and c of s.  Jury trial
               demanded. (jh) [Entry date 12/11/01]

12/11/01 29    ORDER by Judge Yvette Kane - IT IS HEREBY ORDERED THAT a
               Teleconf is scheduled for 2:00pm on 12/19/01. Pltf's cnsl
               shall initiate this call. Pltfs Jack and Karen Marrone
               shall also be a party to this call. (cc: all counsel court)
               (sc) [Entry date 12/12/01]

12/21/01 30    MINUTE SHEET of telephone conf. held on 12/19/01.   termed
               deadline (jh) [Entry date 12/26/01]

12/21/01 31    ORDER by Judge Yvette Kane Pltf's cnsl. of record in this
               matter, Richard F. Stevens, submitted a mtn to w/draw on
               11/23/01.  A telephone conf. was held on the mtn on
               12/19/01, with pltf's cnsl., pltfs Jack & Karen Marrone,
               and cnsl. for defts.  Following the conf. the Court granted
               the mtn to w/draw.  IT IS ORDERED THAT:  1) Pltfs shall
               obtain new cnsl. w/in 30 days of the date of this Order.
               Pltfs' new cnsl. shall enter his or her appearance in the
               matter w/in 30 days of the date of this Order. [26-1] 2) A
               status conf. will be held on this matter on 1/30/02, at
               9:30 a.m. by telephone during which the Court will discuss
               scheduling issues and issue a new scheduling Order.  Pltfs'
               new cnsl. shall initiate the telephone conf. and
               participate in the conf. (cc: all counsel & Ct.) (jh)
               [Entry date 12/26/01]

12/21/01 32    ORDER by Judge Yvette Kane  Upon consideration of the mtn
               to w/draw as cnsl. for the pltf of Richard F. Stevens,
               Esquire, IT IS ORDERED that said mtn is granted,
               additionally, the deadlines in this matter which have been
               previously established are hereby reasonably extended.
               [26-1] (cc: all counsel & Ct.) (jh) [Entry date 12/26/01]

1/7/02   45    ANSWER by defendant House Masters to plaintiffs' amended
               complaint.  C/S. (jk) [Entry date 03/26/02]

Docket as of October 18, 2002 4:02 pm                    Page 12

Proceedings include all events.                                          ATYADM
1:01cv773 Marrone, et al v. Allstate Insurance, et al                    HBG

1/15/02   33      MOTION by plaintiffs to extend time by 45 days to obtain
                  Legal Counsel and that the teleconference be held at the
                  end of those 45 days; with c/s. (sc) [Entry date 01/16/02]

1/22/02   34      RESPONSE  by defendant Linda Edelman to pltfs' request for
                  an extension of time to fine new legal cnsl.  C/S, Propo.
                  (pm) [Entry date 01/23/02]

1/23/02   35      RESPONSE  by defendant House Masters to pltfs' mtn for
                  extension of time in which to obtain successor cnsl; C/S.
                  (vg) [Entry date 01/24/02]

1/28/02   36      ORDER  by Judge Yvette Kane Teleconf RESCHEDULED TO 9:30
                  a.m. on 2/15/02 (cc: all counsel, court) (seal)
                  [Entry date 01/28/02]

2/1/02    37      ENTRY OF ATTORNEY APPEARANCE for plaintiffs Jack Marrone,
                  Karen Marrone and Matthew Adam Marrone by Louis M. Tarasi,
                  Jr. and c of s. (jh) [Entry date 02/04/02]

2/4/02    --      SPECIAL ADMISSION FORM sent to Attorney: Louis M. Tarasi,
                  Jr., Esquire. (jh) [Entry date 02/04/02]

2/13/02   38      ORDER  by Judge Yvette Kane  denying motion to dismiss case
                  [5-1] (cc:  all counsel  court) (vg) [Entry date 02/13/02]

2/15/02   39      MINUTE SHEET of telephone conf before J. Kane on 2/15/02;
                  Cnsl present  termddl (pm) [Entry date 02/19/02]

2/19/02   40      CASE MANAGEMENT ORDER  by Judge Yvette Kane - Jury trial
                  set 12/2/02; Jury selection by 9:30 a.m. 12/2/02; Discovery
                  cutoff 6/28/02; Pretrial memorandum due 11/15/02; Pretrial
                  conference 2:00 p.m. on 11/22/02. Case placed on STANDARD
                  Case Mgmt. Track (cc: all counsel, court) (jk)
                  [Entry date 02/19/02]

3/4/02    41      ANSWER to complaint and CROSSCLAIM; jury demand by
                  defendant Fred Schafer, defendant Mt. Gretna Realty;
                  against defendant Linda M. Edleman, defendant House Masters
                  with Cert of Service. (ao) [Entry date 03/05/02]

3/14/02   42      RESPONSE by dft Linda M. Edleman to the crsclm of dfts, F.
                  Schafer and Mt. Gretna Realty; with c/s. (rb)
                  [Entry date 03/15/02]

3/22/02   43      MOTION by HomeSide Lending,Inc. to intervene in the above
                  case and permitting it to file declaratory judgment action
                  complt.; C/S, Propo (pm) [Entry date 03/25/02]

3/22/02   44      MEMORANDUM by HomeSide Lending,Inc. IN SUPPORT OF motion to
                  intervene in the above case and permitting it to file
                  declaratory judgment action complt. [43-1]; C/S (pm)
                  [Entry date 03/25/02]

Proceedings include all events.                                    ATYADM
1:01cv773 Marrone, et al v. Allstate Insurance, et al              HBG

4/9/02    46    MEMORANDUM by dft House Masters IN OPPOSITION to mtn to
                intervene in the above case and permitting it to file
                declaratory jgm action complt. [43-1]; reply brief due
                4/22/02; with c/s. (sc) [Entry date 04/10/02]

6/4/02    47    MINUTE SHEET - of phone conference held 6/4/02 RE:
                discovery dispute. (jk) [Entry date 06/04/02]

6/4/02    48    ENTRY OF ATTORNEY APPEARANCE for defendant House Masters by
                atty Paul E. Scanlan;C/S (pm) [Entry date 06/05/02]

7/2/02    49    MOTION by plaintiffs  for an extension of an addtl 60 days
                for fact discvoery and that the amended case management
                order of 2/19/02, shall be further amended. ; c/s, propo (pm)
                [Entry date 07/03/02]

7/5/02    50    ORDER by Judge Yvette Kane - Granting pltf's motion for an
                extension of an addtl 60 days for fact discvoery. [49-1]
                Jury trial RESCHEDULED 2/3/03; Jury selection SET 9:30 a.m.
                on 2/3/03; Discovery EXTENDED UNTIL 8/30/02; Pretrial
                conference SET 2:00 p.m. on 1/22/03; Pretrial memorandum
                DUE 1/17/03 (cc: all counsel, court) (jk)
                [Entry date 07/05/02]

10/15/02 51     MOTION by dft House Masters to exceed page limitation;
                with cert of conc., c/s and propo. (sc)
                [Entry date 10/16/02]

10/17/02 52     ORDER by Judge Yvette Kane - Granting dft Housemaster's
                motion to exceed page limitation [51-1] (cc: all counsel,
                court) (jk) [Entry date 10/17/02]

## CERTIFICATE OF SERVICE

I. Jeannie L. Kawalec, an employee for the law firm Thomas, Thomas & Hafer, LLP, hereby state that a true and correct copy of the foregoing document(s) was served upon all counsel of record by first class United States mail, postage prepaid, addressed as follows, on the date set forth below:

By First Class U.S. Mail:

Gianni Floro, Esquire
Louis M. Tarasi, Esquire
Tarasi, Tarasi & Fishman, P.C.
510 Third Avenue
Pittsburgh, PA 15219

James G. Nealon, III, Esquire
Nealon & Gover
2411 North Front Street
Harrisburg, PA 17110

Edward A. Monsky, Esquire
Fine, Wyatt & Carey, P.C.
425 Spruce Street
P.O. Box 590
Scranton, PA 18501-0590

Paul E. Scanlan, Esquire
Duane Morris & Heckscher
305 N. Front Street
P.O. Box 1003
Harrisburg, PA 17108


THOMAS, THOMAS & HAFER, LLP


Jeannie L. Kawalec

Dated: 10/21/02