**ORIGINAL**

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

---

| | |
|---|---|
| JACK MARRONE, husband, KAREN MARRONE, wife, both individually and in their capacity as parents and guardians for VIDA MARRONE, a minor, and MATTHEW ADAM MARRONE, | Civil Action No.: 1:CV-01-0773 |
| Plaintiffs | |
| vs. | (U.S. District Judge Yvette Kane) |
| ALLSTATE INSURANCE COMPANY, LINDA M. EDLEMAN, FRED SCHAFER, MT. GRETNA REALTY, and HOUSE MASTERS | **JURY TRIAL DEMANDED** |

---

### MOTION FOR EXTENSION OF TIME IN WHICH TO FILE RESPONSES TO DEFENDANTS' MOTIONS FOR SUMMARY JUDGMENT

AND Now come the Plaintiffs, by and through their counsel of record, Tarasi, Tarasi & Fishman, P.C., Louis M. Tarasi, Jr., Esquire, and Gianni Floro, Esquire, and hereby file this Motion for Extension of Time in which to File Responses to Defendants' Motions for Summary Judgement, and in support thereof says the following:

1. On October 18, 2002, the Defendants, Allstate Insurance Company (hereinafter, "Allstate"), Linda M. Edleman (hereinafter, "Edleman"), Fred Schaeffer and Mt. Gretna Reality (hereinafter, "Schaeffer/Mt. Gretna") and Housemaster all filed motions for summary judgment.

2. The Plaintiffs' responses to those motions for summary judgment are due on November 4, 2002. Fifteen (15) days after service of Defendants' motions falls on a Saturday, carrying the filing date over to Monday. F.R.C.P. 6(a).

3. The Plaintiffs respectfully seek leave of Court to allow the Plaintiffs to file their

responses to the Defendants' motions for summary judgment within thirty (30) days of November 4, 2002, *i.e.*, December 4, 2002.

4. Counsel for the Defendant, Edleman does not concur in the presentment of this motion for an extension of time, and counsel for the remaining Defendants did not oppose a twenty (20) day extension if all Defendants concurred. All Defendants but counsel for Edleman concurred in a twenty (20) day extension. (L.R. 7.1)

5. The undersigned, was married on October 19, 2002 and was away on his honeymoon from October 21, 2002 to October 30, 2002. Counsel for the Plaintiffs did not receive said motions until October 22, 2002 and October 25, 2002.

6. The Plaintiffs therefore request that an Order be entered permitting them to file their responses to the Defendants' motions for summary judgment by December 4, 2002.

Wherefore, the Plaintiffs respectfully request that this District Court enter an Order permitting them to file their responses to the Defendants' motions for summary judgment by December 4, 2002.

Respectfully submitted,

TARASI, TARASI & FISHMAN, P.C.

By:_____
Gianni Floro, Esquire
PA I.D. No. 85837
Attorney for the Plaintiffs
510 Third Avenue
Pittsburgh, PA 15219
P: (412) 391-7135
F: (412) 471-2673

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing **MOTION FOR EXTENSION OF TIME IN WHICH TO FILE RESPONSES TO DEFENDANTS' MOTIONS FOR SUMMARY JUDGMENT** was served on counsel for the Defendants on this _31st_ day of October, 2002, by the United States Mail, First Class, Postage prepaid addressed as follows:

| | |
|---|---|
| James G. Nealon, III, Esquire<br>Nealon & Grover, P.C.<br>2411 North Front Street<br>Harrisburg, PA  17110 | John Flounlacker, Esquire<br>Thomas, Thomas & Hafer, LLP<br>305 North Front Street<br>Harrisburg, PA  17108 |
| Edward A. Monsky, Esquire<br>Fine, Wyatt & Carey, P.C.<br>425 Spruce Street<br>Scranton, PA  18501-0590 | Jennifer L. Murphy, Esquire<br>Duane, Morris & Heckscher, LLP<br>305 North Front Street, 5th Floor<br>Harrisburg, PA  17108-1003 |

TARASI, TARASI & FISHMAN, P.C.

Date: 10-31-02

By: _____
Gianni Floro, Esquire
PA I.D. No. 85837
Attorney for the Plaintiffs
510 Third Avenue
Pittsburgh, PA  15219
P: (412) 391-7135
F: (412) 471-2673