...

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

JACK MARRONE, husband, KAREN MARRONE, wife, both individually and in their capacity as parents and guardians for VIDA MARRONE, a minor, and MATTHEW ADAM MARRONE,
Plaintiffs

v.

ALLSTATE INSURANCE CO., et al.
Defendants

CIVIL ACTION NO. 1:CV-01-0773
(Judge Kane)

FILED
HARRISBURG
NOV - 5 2002
MARY E. D'ANDREA, CLERK
Per_____
DEPUTY CLERK

## ORDER

AND NOW, this 5th day of November, 2002, upon consideration of Plaintiffs' Motion for Extension of Time in which to File Responses to Defendants' Motions for Summary Judgment, it is HEREBY ORDERED that Plaintiffs' request is GRANTED. Plaintiffs are granted twenty (20) additional days to respond to the summary judgment motions; responses shall be due on or before November 25, 2002.

Yvette Kane
United States District Judge