**ORIGINAL**

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JACK MARRONE, Husband, | : | |
| KAREN MARRONE, Wife, | : | CIVIL ACTION - LAW |
| Both Individually and in Their Capacity | : | |
| as Parents and Guardians for | : | JURY TRIAL DEMANDED |
| VIDA MARRONE, a Minor | : | |
| Plaintiffs | : | JUDGE KANE |
| | : | |
| v. | : | 1:CV-01-0773 |
| ALLSTATE INSURANCE COMPANY, | : | |
| LINDA M. EDLEMAN, FRED SCHAEFFER, | | |
| MT. GRETNA REALTY and | : | |
| HOUSE MASTERS, | : | |
| Defendants | : | |

FILED
HARRISBURG, PA

NOV 04 2002

MARY E. D'ANDREA, CLERK
Per _____
       Deputy Clerk

## RESPONSE OF DEFENDANTS FRED SCHAEFFER AND MT. GRETNA REALTY IN OPPOSITION TO THE PLAINTIFFS' MOTION FOR EXTENSION OF TIME

Defendants, Fred Schaeffer and Mt. Gretna Realty, by and through their counsel, Fine, Wyatt & Carey, P.C., hereby responds to the Plaintiffs' Motion for Extension of Time as follows:

1. Defendant Schaeffer and Mt. Gretna Realty incorporate by reference the Response of Defendant Edleman in opposition to Plaintiffs' Motion for Extension of Time.

2. Defendant Schaeffer and Mt. Gretna incorporate by reference the Response of Defendant Housemasters in Opposition to Plaintiffs' Motion for Extension of Time.

**WHEREFORE,** Defendants Schaeffer and Mt. Gretna Realty respectfully request that this Honorable Court deny the Plaintiffs' Motion for Extension of Time.

Respectfully submitted,

**FINE, WYATT & CAREY, P.C.**

By: _____
Edward A. Monsky, Esquire
I.D. #37625
Attorneys for Defendants
Fred Schafer and Mt. Gretna Realty

425 Spruce St., 4th Fl.
Scranton, PA 18503
(570) 343-1197

2

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JACK MARRONE, Husband,<br>KAREN MARRONE, Wife,<br>Both Individually and in Their Capacity<br>as Parents and Guardians for<br>VIDA MARRONE, a Minor and<br>MATTHEW ADAM MARRONE<br>    Plaintiffs<br><br>v.<br>ALLSTATE INSURANCE COMPANY,<br>LINDA M. EDLEMAN, FRED SCHAEFFER,<br>MT. GRETNA REALTY and<br>HOUSE MASTERS,<br>    Defendants | CIVIL ACTION - LAW<br><br>JURY TRIAL DEMANDED<br><br>JUDGE KANE<br><br>1:CV-01-0773 |

## CERTIFICATE OF SERVICE

I, **EDWARD A. MONSKY, ESQUIRE,** hereby certify that I forwarded a true and correct copy of the foregoing Response of Defendants Fred Schaeffer and Mt. Gretna Realty in Opposition to the Plaintiffs' Motion for Extension of Time upon the following individuals by first class U.S. Mail, postage prepaid, on the 30th day of October, 2002:

        Louis M. Tarasi, Esquire
        Tarasi, Tarasi & Fishman, P.C.
        510 Third Ave.
        Pittsburgh, PA 15219

James G. Nealon, III, Esquire
Nealon & Grover
2411 N. Front St.
Harrisburg, PA 17110

John Flounlacker, Esquire.
Thomas, Thomas & Hafer
P.O. Box 999
Harrisburg, PA 17108

Paul E. Scanlan, Esquire
Duane Morris
P.O. Box 1003
Harrisburg, PA 17108

FINE, WYATT & CAREY, P.C.

By: _____
Edward A. Monsky, Esquire