IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JACK MARRONE, husband, KAREN MARRONE, wife, both individually and in their capacity as parents and guardians for VIDA MARRONE, a minor, and MATTHEW ADAM MARRONE,<br><br>Plaintiff<br><br>v.<br><br>ALLSTATE INSURANCE COMPANY, LINDA M. EDLEMAN, FRED SCHAFER, MT. GRETNA REALTY, and HOUSE MASTERS<br><br>Defendant | CIVIL ACTION NO.<br>1:CV-01-773<br><br><br>(Judge Kane) |

## ORDER

AND NOW, this 5th day of November, 2002, **IT IS HEREBY ORDERED THAT** Plaintiff's Motion for Extension of Time (Doc. No. 63), is **DENIED**. All parties shall comply with the deadlines previously set in this Court's Order of July 5, 2002.

_____
Yvette Kane
United States District Judge