

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JACK MARRONE, husband, KAREN MARRONE, wife, both individually and in their capacity as parents and guardians for VIDA MARRONE, a minor, and MATTHEW ADAM MARRONE <br><br> Plaintiff <br><br> v. <br><br> ALLSTATE INSURANCE CO., et al. <br><br> Defendant <br><br> v. <br><br> HOMESIDE LENDING INC. <br><br> Intervenor | CIVIL ACTION <br><br><br> NO. 1:CV-01-0773 |

### ENTRY OF APPEARANCE

TO THE CLERK:

Kindly enter our appearance on behalf of Intervenor, HomeSide Lending Inc., in the remedy phase of this action with respect to the recession issue only pursuant to Judge Kane's Order dated November 4, 2002.

> HARVEY, PENNINGTON, CABOT, GRIFFITH &
> RENNEISEN, LTD.
>
> BY: _____
> JOEL D. GUSKY, ESQUIRE
> Identification No: 22666
> 1835 Market Street, 29th Floor
> Eleven Penn Center
> Philadelphia, PA 19103
> (215) 563-4470
> Attorneys for Intervenor,
> HOMESIDE LENDING INC.

601803_1