## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

JACK MARRONE, husband, KAREN :
MARRONE, wife, both individually and :
in their capacity as parents and guardians:
for VIDA MARRONE, a minor, and :
MATTHEW ADAM MARRONE, :
    Plaintiffs :
                      :   **CIVIL ACTION NO. 1:CV-01-0773**
    v. :   **(Judge Kane)**
                      :
ALLSTATE INSURANCE CO., et al. :
    Defendants :

## ORDER

Before the Court is Plaintiffs' Motion to Permit the Filing of Plaintiff's Medical

Causation Expert Reports Nunc Pro Tunc (Doc. No. 73). Plaintiffs filed the motion on

November 1, 2002 and have not filed a certificate of concurrence or a brief in support of the

motion. Therefore, pursuant to Local Rule 7.5, **IT IS HEREBY ORDERED THAT** Plaintiffs'

motion is **DEEMED WITHDRAWN**.

 

 

                                         Yvette Kane
                                         United States District Judge

Date: _\_11/27\_\_, 2002

UNITED STATES DISTRICT COURT
FOR THE
MIDDLE DISTRICT OF PENNSYLVANIA

* * MAILING CERTIFICATE OF CLERK * *

November 27, 2002

Re: 1:01-cv-00773    Marrone v. Allstate Insurance

True and correct copies of the attached were mailed by the clerk
to the following:

```
Jack Marrone
11673 Highway PP
Dixon, MO

Karen Marrone
11673 Highway PP
Dixon, MO

Matthew Adam Marrone
11673 Highway PP
Dixon, MO

Louis M. Tarasi Jr., Esq.
Tarasi, Tarasi & Fishman, P.C.
510 Third Avenue
Pittsburgh, PA  15219

Gianni Floro, Esq.
Tarasi, Tarasi & Fishman, P.C.
gfloro
510 Third Avenue
Pittsburgh, PA  15219    Fax No.: 14124712673


James G. Nealon III, Esq.
Nealon & Grover, P.C.
2411 North Front St
Harrisburg, PA  17110    Fax No.: 17172369119


John Flounlacker, Esq.
Thomas, Thomas & Hafer
305 North Front Street
P.O. Box 999
Harrisburg, PA  17108-0999    Fax No.: 17172377105


Richard G. Fine, Esq.
Fine, Wyatt & Carey, P.C.
425 Spruce Street
```

4th Floor
Scranton, PA  18503      Fax No.: 3439538


Edward A. Monsky, Esq.
Fine, Wyatt & Carey, P.C.
425 Spruce Street
4th Floor
Scranton, PA  18503      Fax No.: 3439538


Jennifer L. Murphy, Esq.
Duane Morris LLP
5th Floor
305 North Front St
P.O. Box 1003
Harrisburg, PA  17108-1003      Fax No.: 17172324015


Robert E. Kelly Jr., Esq.
Kelly, Hoffman & Goduto, LLP
rkelly
300 North 2nd Street, 10th floor
P.O. Box 62003
Harrisburg, PA  17106-2003      Fax No.: 17179200691


Paul E. Scanlan, Esq.
Duane Morris LLP
PO Box 1003
305 North Front Street
5th Floor
Harrisburg, PA  17101

Joel D. Gusky, Esq.
Harvey Pennington Hertig & Renneisen, LTD.
11 Penn Center
1835 Market St.
29th Floor
Philadelphia, PA  19103

:c:
Judge                        ( ✓ )                    ( ) Pro Se Law Clerk
Magistrate Judge             (   )                    ( ) INS
U.S. Marshal                 (   )                    ( ) Jury Clerk
Probation                    (   )
U.S. Attorney                (   )
tty. for Deft.               (   )
Defendant                    (   )
Warden                       (   )
Bureau of Prisons            (   )
t Reporter                   (   )
troom Deputy                 (   )
rig-Security                 (   )
Federal Public Defender      (   )
Summons Issued               (   ) with N/C attached to complt. and served by:
                                   U.S. Marshal ( )      Pltf's Attorney ( )

Standard Order 93-5          (   )
rder to Show Cause           (   ) with Petition attached & mailed certified mail
                                   to: US Atty Gen    ( )    PA Atty Gen ( )
                                       DA of County   ( )    Respondents ( )

Bankruptcy Court             (   )
ther_____         (   )
                                               MARY E. D'ANDREA, Clerk


DATE: ___11-27-02___                BY: _____
                                        Deputy/Clerk