IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

JACK MARRONE, husband, KAREN :
MARRONE, wife, both individually and :
in their capacity as parents and guardians: 
for VIDA MARRONE, a minor, and :
MATTHEW ADAM MARRONE, :
    Plaintiffs :
                                        : CIVIL ACTION NO. 1:CV-01-0773
    v. : (Judge Kane)
                                        :
ALLSTATE INSURANCE CO., et al. :
    Defendants :

## ORDER

The Court is in receipt of various documents filed by Plaintiffs as part of their opposition to Defendants' motions for summary judgment. These documents include several transcripts of depositions and a very large packet entitled "The Plaintiffs Written Discovery Materials and Discovery Request Document Responses Produced by the Parties During Discovery." This packet is not indexed and Plaintiffs provide no context for or explanation of the documents contained therein.

While Plaintiffs refer to deposition testimony in their briefs, it is unclear which portions of the evidence submitted are relevant to which briefs and whether the bulk of the discovery materials produced are at all relevant to the disposition of the pending motions. As an initial matter, if the Plaintiffs are simply filing discovery material, such filing is prohibited under Local Rule 5.4(b). If, however, these documents are intended to be exhibits to Plaintiffs' oppositions to summary judgment, they were not filed in the manner required by Local Rules 5.1(f) and 7.3 and will not be docketed.

Therefore, IT IS HEREBY ORDERED that:

1. The Clerk of Court shall return to counsel for Plaintiffs all copies of deposition transcripts and all copies of "The Plaintiffs Written Discovery Materials and Discovery Request Document Responses Produced by the Parties During Discovery."

2. Plaintiffs shall re-submit, within ten (10) days of this order, any portions of the depositions and other discovery material as exhibits to their opposition to summary judgment, properly labeled and in accordance with the local rules.

_____
Yvette Kane
United States District Judge

Date: __11/27__, 2002

```
                    UNITED STATES DISTRICT COURT
                              FOR THE
                    MIDDLE DISTRICT OF PENNSYLVANIA

                    * * MAILING CERTIFICATE OF CLERK * *

                          November 27, 2002
```

Re: 1:01-cv-00773    Marrone v. Allstate Insurance

True and correct copies of the attached were mailed by the clerk to the following:

```
Jack Marrone
11673 Highway PP
Dixon, MO

Karen Marrone
11673 Highway PP
Dixon, MO

Matthew Adam Marrone
11673 Highway PP
Dixon, MO

Louis M. Tarasi Jr., Esq.
Tarasi, Tarasi & Fishman, P.C.
510 Third Avenue
Pittsburgh, PA  15219

Gianni Floro, Esq.
Tarasi, Tarasi & Fishman, P.C.
gfloro
510 Third Avenue
Pittsburgh, PA  15219     Fax No.: 14124712673


James G. Nealon III, Esq.
Nealon & Grover, P.C.
2411 North Front St
Harrisburg, PA  17110     Fax No.: 17172369119


John Flounlacker, Esq.
Thomas, Thomas & Hafer
305 North Front Street
P.O. Box 999
Harrisburg, PA  17108-0999     Fax No.: 17172377105


Richard G. Fine, Esq.
Fine, Wyatt & Carey, P.C.
425 Spruce Street
```

```
4th Floor
Scranton, PA   18503        Fax No.: 3439538


Edward A. Monsky, Esq.
Fine, Wyatt & Carey, P.C.
425 Spruce Street
4th Floor
Scranton, PA   18503        Fax No.: 3439538


Jennifer L. Murphy, Esq.
Duane Morris LLP
5th Floor
305 North Front St
P.O. Box 1003
Harrisburg, PA   17108-1003      Fax No.: 17172324015


Robert E. Kelly Jr., Esq.
Kelly, Hoffman & Goduto, LLP
rkelly
300 North 2nd Street, 10th floor
P.O. Box 62003
Harrisburg, PA   17106-2003      Fax No.: 17179200691


Paul E. Scanlan, Esq.
Duane Morris LLP
PO Box 1003
305 North Front Street
5th Floor
Harrisburg, PA   17101

Joel D. Gusky, Esq.
Harvey Pennington Hertig & Renneisen, LTD.
11 Penn Center
1835 Market St.
29th Floor
Philadelphia, PA   19103
```

```
cc:
Judge                          (✓)              ( ) Pro Se Law Clerk
Magistrate Judge               ( )              ( ) INS
U.S. Marshal                   ( )              ( ) Jury Clerk
Probation                      ( )
U.S. Attorney                  ( )
Atty. for Deft.                ( )
Defendant                      ( )
Warden                         ( )
Bureau of Prisons              ( )
Ct Reporter                    ( )
Ctroom Deputy                  ( )
Orig-Security                  ( )
Federal Public Defender        ( )
Summons Issued                 ( )   with N/C attached to complt. and served by:
                                     U.S. Marshal ( )    Pltf's Attorney ( )
Standard Order 93-5            ( )
Order to Show Cause            ( )   with Petition attached & mailed certified mail
                                     to:  US Atty Gen   ( )   PA Atty Gen ( )
                                          DA of County  ( )   Respondents ( )

Bankruptcy Court               ( )
Other_____          ( )
                                                  MARY E. D'ANDREA, Clerk

DATE: 11/27-02                                 BY: _____
                                                       Deputy Clerk
```