ORIGINAL

THOMAS, THOMAS & HAFER, LLP
305 North Front Street
P.O. Box 999
Harrisburg, PA 17108

John Flounlacker, Esquire
Attorney I.D. No. 73112
John J. McNally, Esquire
Attorney I.D. No. 52661
Shawn E. Smith, Esquire
Attorney I.D. No. 86121
(717)237-7134
Attorneys for Defendant Edleman

## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

JACK MARRONE, husband, KAREN      :    NO.: 1:CV-01-0773
MARRONE, wife, both individually and   :
in their capacity as parents and guardians :
for VIDA MARRONE, a minor, and     :
MATTHEW ADAM MARRONE        :
            Plaintiffs            :
                                 :
                                 :    JUDGE KANE
        v.                       :
                                 :    Civil Action Law
                                 :
ALLSTATE INSURANCE COMPANY,   :
LINDA M. EDLEMAN, FRED SCHAFER, :
MT. GRETNA REALTY, and          :
HOUSEMASTERS                   :    Jury Trial Demanded
            Defendants          :

## RESPONSE OF DEFENDANT LINDA M. EDLEMAN TO
## PLAINTIFFS' MOTION TO PERMIT THE FILING OF PLAINTIFFS'
## MEDICAL CAUSATION EXPERT REPORTS *NUNC PRO TUNC*

AND NOW, comes Defendant Linda M. Edleman, by and through her
attorneys, Thomas, Thomas & Hafer, LLP, John Flounlacker, Esquire, John J.
McNally III, Esquire, and Shawn E. Smith, Esquire, and hereby files this Answer to
Plaintiffs' motion to permit the filing of Plaintiffs' causation expert reports *nunc pro
tunc*, and in support thereof aver the following:

1.     Plaintiffs and their former legal counsel initiated this lawsuit by filing
their Complaint on May 3, 2001.

2.     On or about September 21, 2001, a Joint Case Management Plan was submitted to the Court.

3.     On September 26, 2001, the parties participated in the initial Case Management Conference.

4.     On September 27, 2001, this Honorable Court entered a Case Management Order which, among other things, required that all fact discovery be concluded by February 28, 2002 and that the parties were required to produce their expert reports by March 29, 2002. A copy of the docket sheet indicating the filing of this Order is attached hereto as Exhibit A.

5.     On November 2, 2002, upon receiving leave of Court, Plaintiffs filed an Amended Complaint.

6.     On November 6, 2001, Plaintiffs' former counsel advised all of the parties that he would be withdrawing his representation of Plaintiffs.

7.     Ultimately, on November 21, 2001, a Motion to Withdraw as Counsel was filed by Attorney Richard F. Stevens.

8.     On December 19, 2001, this Honorable Court granted Attorney Stevens' request to withdraw his representation of Plaintiffs.

9.     On December 21, 2001, this Honorable Court granted Plaintiffs' first request for an extension of time requested for the purpose of securing new legal counsel.

10.     On January 15, 2002, this Honorable Court granted Plaintiffs' second request for an extension of time which was requested for the purpose of securing new counsel to proceed with this litigation.

11.     On February 1, 2002, Louis M. Tarasi, Jr., Esquire, of the law firm of Tarasi, Tarasi & Fishman, P.C., entered his appearance for Plaintiffs.

12.     On or about February 19, 2002, this Honorable Court entered a Revised Case Management Order which provided, among other things, that the discovery cut off for this case was to occur on June 28, 2002 and that expert reports were to be produced by the parties by July 12, 2002. See Exhibit A.

13.     On July 2, 2002, Plaintiffs filed a Motion seeking a third extension for additional time for the purposes of pursuing further fact discovery.

14.     On July 5, 2002, this Honorable Court granted the above-referenced Motion and issued a new case management order which provided that discovery was to conclude by August 30, 2002, reports of experts were due on September 13, 2002 and supplemental expert reports were due by September 27, 2002. See Exhibit A.

15.     On October 18, 2002, moving Defendant received a facsimile copy of Plaintiffs' request, seeking a fourth extension of time for the purposes of securing a report from an unidentified medical expert.

16.     To that date, Plaintiffs had not produced any report from a medical expert.  Nor had Plaintiffs identified any medical expert they planned to use in connection with prosecuting this case.

17.     The Motion for Extension of Time in which to File Expert Reports filed by Plaintiffs was their fourth request for enlargements of time in connection with this lawsuit.

18.     Moreover, this request was made approximately 30 days after the deadline for production of expert reports expired.

19.     On October 31, 2002, before the Court ruled on Plaintiffs' Motion for Extension of Time, Plaintiffs filed this motion to permit the filing of Plaintiffs' medical causation expert reports *nunc pro tunc*.

20.    This Motion is Plaintiffs' fifth attempt to somehow extend time in this case.

21.    On November 5, 2002, this Honorable Court entered an Order stating that the Plaintiffs' Motion for Extension of Time was denied, and that "all parties shall comply with the deadlines previously set in this Court's Order of July 5, 2002." A copy of this Court's November 5, 2002 Order denying Plaintiffs' Motion to Extend Time is attached hereto as Exhibit B.

22.    As the Court's July 5, 2002 Order specifically stated that the parties shall comply with the deadlines previously set forth in this Court's Case Management Plan, Defendant Linda M. Edelman did not originally file a response to Plaintiffs' Motion to permit the filing of Plaintiffs' medical causation expert reports *nunc pro tunc*, believing that the Court's Order dealing with the maintenance of the Case Management Plan was clear.

23.    To the extent that the November 5, 2002 Order of this Court left the Plaintiffs' Motion to permit the filing of Plaintiffs' medical causation expert reports *nunc pro tunc* outstanding, Defendant Linda M. Edelman now files this Answer.

24.    As with the Plaintiffs' Motion to extend time, moving Defendant strongly opposes the Plaintiffs' instant request because it would affect all of the other previously established deadlines in this case, and Plaintiffs' request is simply his motion to extend time dressed in different clothing.

25.    Additionally, Defendant Edelman submits that she would be greatly prejudiced by the allowance of any such motion.

26.    Specifically, throughout the course of discovery, even when directly asked what physicians or other experts Plaintiffs had seen with regard to this litigation, Plaintiffs have refused to name any experts that they "may or may not have seen."

27.    Plaintiffs instant motion, and their failure to comply with this Court's Case Management Plan of July 5, 2002, are tantamount to attempting trial by surprise.

28.    Moreover, this litigation has caused significant and personal harm to Defendant Edelman.

29.    Since this lawsuit has been filed, Ms. Edelman has had a very difficult time in securing homeowner's coverage for her residence. In fact, Ms. Edelman has been placed on a high risk homeowner status as a direct consequence of this litigation, and accordingly, her premiums have gone up substantially since Plaintiffs initiated this lawsuit.

30.    Defendant Edelman fears that the longer this litigation is allowed to exist, the more likely it is that her prior homeowner's insurance carrier will not provide her with a defense to the claims that are being made by Plaintiffs in this litigation.

31.    This litigation has also cast a cloud over Ms. Edelman's finances and her ability to borrow money for her other personal needs.

32.    Moving Defendant Edelman submits that this Honorable Court and the parties to this litigation have been more than fair to Plaintiffs in regard to their repeated requests for extensions of time for the prosecution of this litigation and in regard to their repeated attempts to submit expert reports over two months late.

33.    Finally, the original deadline for expert reports was September 13, 2002, and over 30 days went by after the deadline before Plaintiffs ever mentioned an inability to obtain an expert report on the basis of their expert's busy schedule.

34.    In fact, it was only after Defendant Edelman filed her Motion for Summary Judgment that Plaintiffs claimed that an expert's busy schedule was the reason for their inability to comply with any of the previous deadlines.

Wherefore, Defendant Linda M. Edleman respectfully requests that this Honorable Court deny the Plaintiffs' Request to permit the filing of Plaintiffs' medical causation expert reports *nunc pro tunc* and continue to require that the parties proceed as provided for in the Court's Scheduling Order of July 5, 2002.

Respectfully submitted,

**THOMAS, THOMAS & HAFER, LLP**

By: _____

John Flounlacker, Esquire
Attorney I.D. # 73112
John J. McNally III, Esquire
Attorney I.D. # 52661
Shawn E. Smith, Esquire
Attorney I.D. # 86121
P.O. Box 999
Harrisburg, PA  17108-0999
(717)237-7134

Date:    November 27, 2002

212727

## CERTIFICATE OF SERVICE

I, the undersigned, hereby state that a true and correct copy of the foregoing document(s) was served upon all counsel of record by first class United States mail, postage prepaid, addressed as follows, on the date set forth below:

By First Class U.S. Mail:

Gianni Floro, Esquire
Louis M. Tarasi, Esquire
Tarasi, Tarasi & Fishman, P.C.
510 Third Avenue
Pittsburgh, PA  15219

James G. Nealon, III, Esquire
Nealon & Gover
2411 North Front Street
Harrisburg, PA  17110

Edward A. Monsky, Esquire
Fine, Wyatt & Carey, P.C.
425 Spruce Street
P.O. Box 590
Scranton, PA  18501-0590

Paul E. Scanlan, Esquire
Duane Morris & Heckscher
305 N. Front Street
P.O. Box 1003
Harrisburg, PA  17108

THOMAS, THOMAS & HAFER, LLP

Dated: 11/27/02

Shawn E. Smith, Esquire

OCT-18-02 FRI 04:02 PM                        FAX NO.                        P. 02

ATYADM HBG

U.S. District Court
Middle District of Pennsylvania (Harrisburg)

CIVIL DOCKET FOR CASE #: 01-CV-773

Marrone, et al v. Allstate Insurance, et al          Filed: 05/03/01
Assigned to: Judge Yvette Kane          Jury demand: Both
Demand: $0,000 42075          Nature of Suit: 360
Lead Docket: None          Jurisdiction: Diversity
Dkt# in other court: None

Cause: 28:1332 Diversity-Personal Injury


JACK MARRONE, husband,              Richard F. Stevens
individually and in his              [term 12/21/01]
capacity as parent and              [COR LD NTC]
guardian for Vida Marrone, a              Stevens & Johnson
minor                              740 Hamilton Mall
     plaintiff                     Allentown, PA 18101
                                   610 439-1451
                                   FTS ed

                                   Timothy T. Stevens
                                    [term 10/09/01]
                                   [COR LD NTC]
                                   Stevens & Johnson
                                   740 Hamilton Mall
                                   Allentown, PA 18101
                                   610-439-1451
                                   FTS ed

                                   Jack Marrone
                                   [COR LD NTC] [PRO SE]
                                   11673 Highway PP
                                   Dixon, MO

                                   Louis M. Tarasi, Jr.
                                   [COR LD NTC]
                                   Tarasi, Tarasi & Fishman, P.C.
                                   510 Third Avenue
                                   Pittsburgh, PA 15219
                                   (412) 391-7135
                                   FTS wd


KAREN MARRONE, wife,              Richard F. Stevens
individually and in her              [term 12/21/01]
capacity as parents and              (See above)
guardians for Vida Marrone, a              [COR LD NTC]
minor
     plaintiff                     Timothy T. Stevens
                                    [term 10/09/01]

Docket as of October 18, 2002 4:02 pm                        Page 1

OCT-18-02 FRI 04:03 PM         FAX NO.            P. 03

Proceedings include all events.
1:01cv773 Marrone, et al v. Allstate Insurance, et al

```
                                    (See above)
                                    [COR LD NTC]

                                    Karen Marrone
                                    [COR LD NTC] [PRO SE]
                                    11673 Highway PP
                                    Dixon, MO

                                    Louis M. Tarasi, Jr.
                                    (See above)
                                    [COR LD NTC]


        v.


ALLSTATE INSURANCE COMPANY          James G. Nealon, III
     defendant                      17172369119
                                    [COR LD NTC]
                                    Nealon & Grover, P.C.
                                    2411 North Front St
                                    Harrisburg, PA 17110
                                    717-232-9900
                                    FTS h


LINDA M. EDLEMAN                    John Flounlacker
     defendant                      [COR LD NTC]
                                    Thomas, Thomas & Hafer
                                    305 North Front Street
                                    P.O. Box 999
                                    Harrisburg, PA 17101
                                    (717) 237-7134
                                    FTS h


FRED SCHAFER                        Edward A. Monsky
     defendant                      3439538
                                    [COR LD NTC]
                                    Fine, Wyatt & Carey, P.C.
                                    425 Spruce Street
                                    4th Floor
                                    Scranton, PA 18503
                                    570-343-1197
                                    FTS s

                                    Richard G. Fine
                                    3439538
                                    [COR LD NTC]
                                    Richard G. Fine
                                    (See above)
                                    [COR LD NTC]
                                    Fine, Wyatt & Carey, P.C.
                                    425 Spruce Street
```

```
Proceedings include all events.                                          AT
1:01cv773 Marrone, et al v. Allstate Insurance, et al                    HB
```

```
                                        4th Floor
                                        Scranton, PA 18503
                                        570-343-1197
                                        FTS s
```

```
MT. GRETNA REALTY                       Edward A. Monsky
    defendant                           (See above)
                                        [COR LD NTC]

                                        Richard G. Fine
                                        (See above)
                                        [COR LD NTC]
                                        Richard G. Fine
                                        (See above)
                                        [COR LD NTC]
```

```
HOUSE MASTERS                           Paul E. Scanlan
    defendant                           [COR LD NTC]
                                        Duane Morris LLP
                                        PO Box 1003
                                        305 North Front Street
                                        5th Floor
                                        Harrisburg, PA 17101
                                        (717) 237-5529
                                        FTS h

                                        Jennifer L. Murphy
                                        17172324015
                                        [COR LD NTC]
                                        Duane Morris LLP
                                        5th Floor
                                        305 North Front St
                                        P.O. Box 1003
                                        Harrisburg, PA 17108-1003
                                        717-237-5542
                                        FTS h

                                        Robert E. Kelly, Jr.
                                        17179200691
                                        rkelly@khgllp.com
                                        [COR LD NTC]
                                        Kelly, Hoffman & Goduto, LLP
                                        300 North 2nd Street, 10th
                                        floor
                                        P.O. Box 62003
                                        Harrisburg, PA 17106-2003
                                        717-920-8100
                                        FTS h
```

```
HOMESIDE LENDING, INC.                  Joel D. Gusky
    unknown                             [COR LD NTC]
```

OCT-18-02 FRI 04:03 PM                              FAX NO.                              P. 05

Proceedings include all events.                                                              AT
1:01cv773 Marrone, et al v. Allstate Insurance, et al                                        HE

                                    Harvey Pennington Hertig &
                                    Renneisen, LTD.
                                    11 Penn Center
                                    1835 Market St.
                                    29th Floor
                                    Philadelphia, PA 19103
                                    215-563-4470
                                    FTS ed


=============================

LINDA M. EDLEMAN                    John Flounlacker
     cross-claimant                 [COR LD NTC]
                                    Thomas, Thomas & Hafer
                                    305 North Front Street
                                    P.O. Box 999
                                    Harrisburg, PA 17101
                                    (717) 237-7134
                                    FTS h


LINDA M. EDLEMAN                    John Flounlacker
     cross-claimant                 (See above)
                                    [COR LD NTC]


LINDA M. EDLEMAN                    John Flounlacker
     cross-claimant                 (See above)
                                    [COR LD NTC]


- - - - - - - - - - - - - - - - - -


FRED SCHAFER                        Edward A. Monsky
     cross-defendant                3439538
                                    [COR LD NTC]
                                    Fine, Wyatt & Carey, P.C.
                                    425 Spruce Street
                                    4th Floor
                                    Scranton, PA 18503
                                    570-343-1197
                                    FTS s

                                    Richard G. Fine
                                    3439538
                                    [COR LD NTC]
                                    Richard G. Fine
                                    (See above)
                                    [COR LD NTC]
                                    Fine, Wyatt & Carey, P.C.
                                    425 Spruce Street

OCT-18-02 FRI 04:03 PM                    FAX NO.                           P. 06

Proceedings include all events.                                            AT
1:01cv773 Marrone, et al v. Allstate Insurance, et al                      HB

                                          4th Floor
                                          Scranton, PA 18503
                                          570-343-1197
                                          FTS s


MT. GRETNA REALTY                         Edward A. Monsky
      cross-defendant                     (See above)
                                          [COR LD NTC]

                                          Richard G. Fine
                                          (See above)
                                          [COR LD NTC]
                                          Richard G. Fine
                                          (See above)
                                          [COR LD NTC]


HOUSE MASTERS                             Jennifer L. Murphy
      cross-defendant                     17172324015
                                          [COR LD NTC]
                                          Duane Morris LLP
                                          5th Floor
                                          305 North Front St
                                          P.O. Box 1003
                                          Harrisburg, PA 17108-1003
                                          717-237-5542
                                          FTS h

                                          Robert E. Kelly, Jr.
                                          17179200691
                                          rkelly@khgllp.com
                                          [COR LD NTC]
                                          Kelly, Hoffman & Goduto, LLP
                                          300 North 2nd Street, 10th
                                          floor
                                          P.O. Box 62003
                                          Harrisburg, PA 17106-2003
                                          717-920-8100
                                          FTS h


========================


MATTHEW ADAM MARRONE                      Richard F. Stevens
      plaintiff                            [term 12/21/01]
                                          [COR LD NTC]
                                          Stevens & Johnson
                                          740 Hamilton Mall
                                          Allentown, PA 18101
                                          610 439-1451
                                          FTS ed

Proceedings include all events.                                        AT
1:01cv773 Marrone, et al v. Allstate Insurance, et al                  HB

                              Matthew Adam Marrone
                              [COR LD NTC] [PRO SE]
                              11673 Highway PP
                              Dixon, MO

                              Louis M. Tarasi, Jr.
                              [COR LD NTC]
                              Tarasi, Tarasi & Fishman, P.C.
                              510 Third Avenue
                              Pittsburgh, PA 15219
                              (412) 391-7135
                              FTS wd


=================================

LINDA M. EDLEMAN                John Flounlacker
      cross-claimant            [COR LD NTC]
                                Thomas, Thomas & Hafer
                                305 North Front Street
                                P.O. Box 999
                                Harrisburg, PA 17101
                                (717) 237-7134
                                FTS h


- - - - - - - - - - - - - - - - - -

FRED SCHAFER                    Edward A. Monsky
      cross-defendant           3439538
                                [COR LD NTC]
                                Fine, Wyatt & Carey, P.C.
                                425 Spruce Street
                                4th Floor
                                Scranton, PA 18503
                                570-343-1197
                                FTS s

                                Richard G. Fine
                                3439538
                                [COR LD NTC]
                                Richard G. Fine
                                (See above)
                                [COR LD NTC]
                                Fine, Wyatt & Carey, P.C.
                                425 Spruce Street
                                4th Floor
                                Scranton, PA 18503
                                570-343-1197
                                FTS s

```
Proceedings include all events.                                       AT
1:01cv773 Marrone, et al v. Allstate Insurance, et al                 HB
```

```
MT. GRETNA REALTY                  Edward A. Monsky
        cross-defendant            (See above)
                                   [COR LD NTC]

                                   Richard G. Fine
                                   (See above)
                                   [COR LD NTC]
                                   Richard G. Fine
                                   (See above)
                                   [COR LD NTC]


HOUSE MASTERS                      Jennifer L. Murphy
        cross-defendant            17172324015
                                   [COR LD NTC]
                                   Duane Morris LLP
                                   5th Floor
                                   305 North Front St
                                   P.O. Box 1003
                                   Harrisburg, PA 17108-1003
                                   717-237-5542
                                   FTS h

                                   Robert E. Kelly, Jr.
                                   17179200691
                                   rkelly@khgllp.com
                                   [COR LD NTC]
                                   Kelly, Hoffman & Goduto, LLP
                                   300 North 2nd Street, 10th
                                   floor
                                   P.O. Box 62003
                                   Harrisburg, PA 17106-2003
                                   717-920-8100
                                   FTS h


========================


FRED SCHAFER                       Edward A. Monsky
        cross-claimant             3439538
                                   [COR LD NTC]
                                   Fine, Wyatt & Carey, P.C.
                                   425 Spruce Street
                                   4th Floor
                                   Scranton, PA 18503
                                   570-343-1197
                                   FTS s

                                   Richard G. Fine
                                   3439538
                                   [COR LD NTC]
                                   Richard G. Fine
                                   (See above)
```

Proceedings include all events.                                          AT
1:01cv773 Marrone, et al v. Allstate Insurance, et al                    HB

                                    [COR LD NTC]
                                    Fine, Wyatt & Carey, P.C.
                                    425 Spruce Street
                                    4th Floor
                                    Scranton, PA 18503
                                    570-343-1197
                                    FTS s

MT. GRETNA REALTY                   Edward A. Monsky
     cross-claimant                 (See above)
                                    [COR LD NTC]

                                    Richard G. Fine
                                    (See above)
                                    [COR LD NTC]
                                    Richard G. Fine
                                    (See above)
                                    [COR LD NTC]


    --------------------------


LINDA M. EDLEMAN                    John Flounlacker
     cross-defendant                [COR LD NTC]
                                    Thomas, Thomas & Hafer
                                    305 North Front Street
                                    P.O. Box 999
                                    Harrisburg, PA 17101
                                    (717) 237-7134
                                    FTS h

HOUSE MASTERS                       Jennifer L. Murphy
     cross-defendant                17172324015
                                    [COR LD NTC]
                                    Duane Morris LLP
                                    5th Floor
                                    305 North Front St
                                    P.O. Box 1003
                                    Harrisburg, PA 17108-1003
                                    717-237-5542
                                    FTS h

                                    Robert E. Kelly, Jr.
                                    17179200691
                                    rkelly@khgllp.com
                                    [COR LD NTC]
                                    Kelly, Hoffman & Goduto, LLP
                                    300 North 2nd Street, 10th
                                    floor
                                    P.O. Box 62003
                                    Harrisburg, PA 17106-2003

Proceedings include all events.                                                    AT
1:01cv773 Marrone, et al v. Allstate Insurance, et al                              HB

717-920-8100
FTS h

OCT-18-02 FRI 04:04 PM                    FAX NO.                        P. 11

Proceedings include all events.                                                    ATY
1:01cv773 Marrone, et al v. Allstate Insurance, et al                              HBG

5/3/01    1      COMPLAINT re: Personal Injury  Receipt #: 83574  Amt:
                 150.00 (hm) [Entry date 05/03/01]

5/3/01    --     SUMMONS ISSUED to Attorney Timothy Stevens as to defendant
                 Allstate Insurance, defendant Linda M. Edleman, defendant
                 Fred Schafer, defendant Mt. Gretna Realty, defendant House
                 Masters with Plaintiff's packet (hm) [Entry date 05/03/01]

5/9/01    2      LETTER from court to counsel RE: case assignment &
                 procedure. (seal) [Entry date 05/09/01]

6/18/01   3      ENTRY OF ATTORNEY APPEARANCE for defendant Allstate
                 Insurance by James G. Nealon, III, Esquire and c of s. (jh)
                 [Entry date 06/19/01]

7/2/01    4      WAIVER OF SERVICE OF SUMMONS returned as to defendants;
                 request sent 5/9/01. (jh) [Entry date 07/03/01]

7/6/01    5      MOTION by defendant Fred Schafer, defendant Mt. Gretna
                 Realty to dismiss case with attached exhibits and c/s. (ts)
                 [Entry date 07/09/01]

7/12/01   6      ENTRY OF ATTORNEY APPEARANCE for defendant Linda M. Edleman
                 by atty John Flounlacker; C/S. (vg) [Entry date 07/13/01]

7/16/01   7      BRIEF by defendant Fred Schafer, defendant Mt. Gretna
                 Realty  IN SUPPORT of motion to dismiss case [5-1] C/S (sm)
                 [Entry date 07/17/01]

7/20/01   8      ANSWER and AFFIRMATIVE DEFENSES by defendant House Masters;
                 w/ jury demand; with exh and c/s. (sc) [Entry date 07/23/01

7/25/01   9      RESPONSE by plaintiffs to mtn of defts Fred Schafer and Mt.
                 Gretna Realty to dismiss. C/S, Propo. (pm)
                 [Entry date 07/26/01]

7/30/01   10     ANSWER by defendant Allstate Insurance; jury demand; C/S.
                 (vg) [Entry date 07/31/01]

8/6/01    11     ANSWER by defendant Linda M. Edleman; jury demand; C/S. (vg
                 [Entry date 08/07/01]

8/6/01    11     CROSSCLAIM  by defendant Linda M. Edleman  against
                 defendant Fred Schafer; C/S. (vg) [Entry date 08/07/01]

8/6/01    11     CROSSCLAIM  by defendant Linda M. Edleman  against
                 defendant Mt. Gretna Realty; C/S. (vg) [Entry date 08/07/01

8/6/01    11     CROSSCLAIM  by defendant Linda M. Edleman  against
                 defendant House Masters. (vg) [Entry date 08/07/01]

8/13/01   12     BRIEF by plaintiffs IN OPPOSITION to motion to dismiss case
                 [5-1]; reply brief due 8/27/01; with exh and c/s. (sc)
                 [Entry date 08/14/01]

Proceedings include all events.                                              ATY/
1:01cv773 Marrone, et al v. Allstate Insurance, et al                        HBG

| | | |
|---|---|---|
| 8/15/01 | 13 | ANSWER by cross-defendant Fred Schafer to CROSSCLAIM of Linda M. Edleman and c of s. [11-1] (jh) [Entry date 08/16/01] |
| 8/17/01 | 14 | ORDER by Judge Yvette Kane Scheduling conf set for 10:00 a.m. 9/26/01 (cc: all counsel, court) (seal) [Entry date 08/17/01] |
| 8/21/01 | 15 | REPLY BRIEF by defendant Fred Schafer, defendant Mt. Gretna Realty in support of motion to dismiss case [5-1]. C/S. (pc) [Entry date 08/21/01] |
| 9/24/01 | 16 | CASE MANAGEMENT FORM returned by cnsl. (jh) [Entry date 09/25/01] |
| 9/26/01 | 17 | MOTION by plaintiffs for leave to amend complt to add add'l pltf, Matthew Marrone; proposed amd complt att; C/S; Propo. (vg) [Entry date 09/27/01] |
| 9/26/01 | 18 | BRIEF by plaintiffs IN SUPPORT of motion for leave to amend complt to add add'l pltf, Matthew Marrone [17-1]. (vg) [Entry date 09/27/01] |
| 9/27/01 | 19 | MINUTE SHEET from CMC held by Judge Kane on 9/26/01; termed ddl. (vg) [Entry date 09/28/01] |
| 9/27/01 | 20 | CASE MANAGEMENT ORDER by Judge Yvette Kane: Close of Fact Discovery: 2/28/02; Pretrial Memorandum due: 7/19/02; Pretrial and Settlement Conference: 10:00 a.m. - 7/25/02; Jury Selection and Trial: 9:30 a.m. - 8/5/02 Case placed on STANDARD Case Mgmt. Track. See order for further details. (cc: all counsel court, Ctrptr., Ctrm. Dep.) (vg) [Entry date 09/28/01] |
| 10/9/01 | 21 | SUBSTITUTION OF COUNSEL; terminating attorney Timothy T. Stevens for pltfs and substituting attorney Richard F. Stevens. C/S (pm) [Entry date 10/10/01] |
| 10/19/01 | 22 | ORDER by Judge Yvette Kane Upon consideration of the pltfs' mtn to amend their complaint to add the additional pltf, Matthew Marrone, to the above captioned matter, and the responses thereto, IT IS ORDERED that said mtn is granted, and pltfs may amend their complaint to add the aforementioned additional pltf. [17-1] (cc: all counsel & Ct.) (jh) [Entry date 10/22/01] |
| 11/2/01 | 23 | AMENDED, complaint [1-1] n; jury demand; adding Matthew Adam Marrone with c/s. (ts) [Entry date 11/05/01] |
| 11/15/01 | 24 | MOTION by plaintiff to withdraw attorney Richard F. Stevens, Esq. with c of s and propo. (mc) [Entry date 11/16/01] |

OCT-18-02 FRI 04:05 PM                          FAX NO.                          P. 19

Proceedings include all events.                                              ATY
1:01cv773 Marrone, et al v. Allstate Insurance, et al                        HBG

11/21/01 25     ORDER  by Judge Yvette Kane  striking motion to withdraw
                attorney Richard F. Stevens, Esq. for failure to comply
                with Local Rule 7.1 [24-1] (cc: all counsel, court) (jk)
                [Entry date 11/21/01]

11/23/01 26     MOTION by Jack Marrone, Karen Marrone, Matthew Adam Marrone
                to withdraw Richard F. Stevens as attorney Certificate of
                Concurrence, C/S, propo. (mc) [Entry date 11/26/01]
                [Edit date 11/26/01]

11/23/01 27     BRIEF by plaintiffs Jack Marrone, Karen Marrone and Matthew
                Adam Marrone IN SUPPORT of motion to withdraw Richard F.
                Stevens as attorney [26-1]. (mc) [Entry date 11/26/01]

12/10/01 28     ANSWER TO AMENDED COMPLAINT and CROSSCLAIM by defendant
                Linda M. Edleman against defendants Fred Schafer, Mt.
                Gretna Realty and House Masters and c of s.  Jury trial
                demanded. (jh) [Entry date 12/11/01]

12/11/01 29     ORDER by Judge Yvette Kane - IT IS HEREBY ORDERED THAT a
                Teleconf is scheduled for 2:00pm on 12/19/01. Pltf's cnsl
                shall initiate this call. Pltfs Jack and Karen Marrone
                shall also be a party to this call. (cc: all counsel court)
                (sc) [Entry date 12/12/01]

12/21/01 30     MINUTE SHEET of telephone conf. held on 12/19/01.   termed
                deadline (jh) [Entry date 12/26/01]

12/21/01 31     ORDER by Judge Yvette Kane Pltf's cnsl. of record in this
                matter, Richard F. Stevens, submitted a mtn to w/draw on
                11/23/01.  A telephone conf. was held on the mtn on
                12/19/01, with pltf's cnsl., pltfs Jack & Karen Marrone,
                and cnsl. for defts.  Following the conf. the Court granted
                the mtn to w/draw.  IT IS ORDERED THAT: 1) Pltfs shall
                obtain new cnsl. w/in 30 days of the date of this Order.
                Pltfs' new cnsl. shall enter his or her appearance in the
                matter w/in 30 days of the date of this Order. [26-1] 2) A
                status conf. will be held on this matter on 1/30/02, at
                9:30 a.m. by telephone during which the Court will discuss
                scheduling issues and issue a new scheduling Order.  Pltfs'
                new cnsl. shall initiate the telephone conf. and
                participate in the conf. (cc: all counsel & Ct.) (jh)
                [Entry date 12/26/01]

12/21/01 32     ORDER by Judge Yvette Kane  Upon consideration of the mtn
                to w/draw as cnsl. for the pltf of Richard F. Stevens,
                Esquire, IT IS ORDERED that said mtn is granted,
                additionally, the deadlines in this matter which have been
                previously established are hereby reasonably extended.
                [26-1] (cc: all counsel & Ct.) (jh) [Entry date 12/26/01]

1/7/02   45     ANSWER by defendant House Masters to plaintiffs' amended
                complaint.  C/S. (jk) [Entry date 03/26/02]

```
Proceedings include all events.                                    ATY/
1:01cv773 Marrone, et al v. Allstate Insurance, et al              HBG
```

1/15/02   33     MOTION by plaintiffs to extend time by 45 days to obtain
                 Legal Counsel and that the teleconference be held at the
                 end of those 45 days; with c/s. (sc) [Entry date 01/16/02]

1/22/02   34     RESPONSE  by defendant Linda Edelman to pltfs' request for
                 an extension of time to fine new legal cnsl.  C/S, Propo.
                 (pm) [Entry date 01/23/02]

1/23/02   35     RESPONSE  by defendant House Masters to pltfs' mtn for
                 extension of time in which to obtain successor cnsl; C/S.
                 (vg) [Entry date 01/24/02]

1/28/02   36     ORDER  by Judge Yvette Kane Teleconf RESCHEDULED TO 9:30
                 a.m. on 2/15/02 (cc: all counsel, court) (seal)
                 [Entry date 01/28/02]

2/1/02    37     ENTRY OF ATTORNEY APPEARANCE for plaintiffs Jack Marrone,
                 Karen Marrone and Matthew Adam Marrone by Louis M. Tarasi,
                 Jr. and c of s. (jh) [Entry date 02/04/02]

2/4/02    --     SPECIAL ADMISSION FORM sent to Attorney: Louis M. Tarasi,
                 Jr., Esquire. (jh) [Entry date 02/04/02]

2/13/02   38     ORDER by Judge Yvette Kane  denying motion to dismiss case
                 [5-1] (cc: all counsel court) (vg) [Entry date 02/13/02]

2/15/02   39     MINUTE SHEET of telephone conf before J. Kane on 2/15/02;
                 Cnsl present  termddl (pm) [Entry date 02/19/02]

2/19/02   40     CASE MANAGEMENT ORDER  by Judge Yvette Kane - Jury trial
                 set 12/2/02; Jury selection by 9:30 a.m. 12/2/02; Discovery
                 cutoff 6/28/02; Pretrial memorandum due 11/15/02; Pretrial
                 conference 2:00 p.m. on 11/22/02. Case placed on STANDARD
                 Case Mgmt. Track (cc: all counsel, court) (jk)
                 [Entry date 02/19/02]

3/4/02    41     ANSWER to complaint and CROSSCLAIM; jury demand by
                 defendant Fred Schafer, defendant Mt. Gretna Realty;
                 against defendant Linda M. Edleman, defendant House Masters
                 with Cert of Service. (ao) [Entry date 03/05/02]

3/14/02   42     RESPONSE by dft Linda M. Edleman to the crsclm of dfts, F.
                 Schafer and Mt. Gretna Realty; with c/s. (rb)
                 [Entry date 03/15/02]

3/22/02   43     MOTION by HomeSide Lending, Inc. to intervene in the above
                 case and permitting it to file declaratory judgment action
                 complt.; C/S, Propo (pm) [Entry date 03/25/02]

3/22/02   44     MEMORANDUM by HomeSide Lending, Inc. IN SUPPORT OF motion to
                 intervene in the above case and permitting it to file
                 declaratory judgment action complt. [43-1]; C/S (pm)
                 [Entry date 03/25/02]

OCT-21-02 MON 09:41 AM                          FAX NO.                          P. 01


Proceedings include all events.                                              AT)
1:01cv773 Marrone, et al v. Allstate Insurance, et al                        HBG

4/9/02     46      MEMORANDUM by dft House Masters IN OPPOSITION to mtn to
                   intervene in the above case and permitting it to file
                   declaratory jgm action complt. [43-1]; reply brief due
                   4/22/02; with c/s. (sc) [Entry date 04/10/02]

6/4/02     47      MINUTE SHEET - of phone conference held 6/4/02 RE:
                   discovery dispute. (jk) [Entry date 06/04/02]

6/4/02     48      ENTRY OF ATTORNEY APPEARANCE for defendant House Masters by
                   atty Paul E. Scanlan;C/S (pm) [Entry date 06/05/02]

7/2/02     49      MOTION by plaintiffs  for an extension of an addtl 60 days
                   for fact discvoery and that the amended case management
                   order of 2/19/02, shall be further amended. ; c/s, propo (p
                   [Entry date 07/03/02]

7/5/02     50      ORDER by Judge Yvette Kane - Granting pltf's motion for an
                   extension of an addtl 60 days for fact discvoery. [49-1]
                   Jury trial RESCHEDULED 2/3/03; Jury selection SET 9:30 a.m.
                   on 2/3/03; Discovery EXTENDED UNTIL 8/30/02; Pretrial
                   conference SET 2:00 p.m. on 1/22/03; Pretrial memorandum
                   DUE 1/17/03 (cc: all counsel, court) (jk)
                   [Entry date 07/05/02]

10/15/02 51        MOTION by dft House Masters to exceed page limitation;
                   with cert of conc., c/s and propo. (sc)
                   [Entry date 10/16/02]

10/17/02 52        ORDER by Judge Yvette Kane - Granting dft Housemaster's
                   motion to exceed page limitation [51-1] (cc: all counsel,
                   court) (jk) [Entry date 10/17/02]

*cc: see attached*

B
PB

# IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JACK MARRONE, husband, KAREN MARRONE, wife, both individually and in their capacity as parents and guardians for VIDA MARRONE, a minor, and MATTHEW ADAM MARRONE, | : : : : : | CIVIL ACTION NO. 1:CV-01-773 |
| Plaintiff | : : : | |
| v. | : : | (Judge Kane) |
| ALLSTATE INSURANCE COMPANY, LINDA M. EDLEMAN, FRED SCHAFER, MT. GRETNA REALTY, and HOUSE MASTERS | : : : : : | |
| Defendant | : | |

FILED
HARRISBURG

NOV 0 5 2002

MARY E. D'ANDREA, CLER
Per_____
DEPUTY CLERK

## ORDER

AND NOW, this 5th day of _November_, 2002, IT IS HEREBY

**ORDERED THAT** Plaintiff's Motion for Extension of Time (Doc. No. 63), is **DENIED**. All

parties shall comply with the deadlines previously set in this Court's Order of July 5, 2002.

_____
Yvette Kane
United States District Judge