Case 1:01-cv-00773-YK    Document 105    Filed 12/09/2002    Page 1 of 2



2ˢ Ct

(105)
12/10/02

# IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

JACK MARRONE, husband, KAREN                :
MARRONE, wife, both individually and        :          **FILED**
in their capacity as parents and guardians  :          HARRISBURG, PA
for VIDA MARRONE, a minor, and              :
MATTHEW ADAM MARRONE,                       :          DEC 0 9 2002
                    **Plaintiffs**          :
                                            :          MARY E. D'ANDREA, CLERK
                                            :          Per _____
         v.                                 :          **CIVIL ACTION NO. 1:CV-01-0773**
                                            :          **(Judge Kane)**
ALLSTATE INSURANCE CO., et al.,             :
                    **Defendants**          :

## PRAECIPE FOR WITHDRAWAL OF APPEARANCE

TO THE PROTHONOTARY:

     Kindly withdraw the appearance of Robert E. Kelly, Jr., Esquire, on behalf of Defendant

HouseMaster in the above-referenced suit.  Paul E. Scanlan, Esquire, will continue as lead

counsel on behalf of Duane Morris LLP.

                           Respectfully submitted,

                           _____
                           Robert E. Kelly, Jr., Esquire
                           Attorney No. 21925
                           KELLY, HOFFMAN & GODUTO LLP
                           300 North Second Street, 10th Floor
                           Post Office Box 62003
                           Harrisburg, PA  17106-2003
                           (717) 920-8100

Dated:  December 5, 2002

                           Counsel for Defendant HouseMaster

## CERTIFICATE OF SERVICE

On this 9th day of December, 2002, I, Paul E. Scanlan, Esquire, Special Counsel to the law firm of Duane Morris LLP, hereby certify that a true and correct copy of the foregoing Praecipe for Withdrawal of Appearance on behalf of Defendant HOUSEMASTER, was served upon the following individuals at their respective addresses by depositing the same in the United States mail, first-class, postage prepaid, at Harrisburg, Pennsylvania:

Gianni Floro, Esquire
Tarasi, Tarasi & Fishman, P.C.
510 Third Avenue
Pittsburgh, PA 15219-2191

Edward Monsky, Esquire
Fine, Wyatt & Carey, P.C.
25 Spruce Street
Scranton, PA 18503

James G. Nealon, III, Esquire
Nealon & Gover
2411 North Front Street
Harrisburg, PA 17110

John Flounlacker, Esquire
Thomas, Thomas & Hafer
305 North Front Street- Sixth Floor
P.O. Box 999
Harrisburg, PA 17108

Joel D. Gusky, Esquire
Harvey, Pennington, Cabot, Griffith &
  Renneisen, Ltd.
Eleven Penn Center
1835 Market Street, 29th Floor
Philadelphia, PA 19103

_____
Paul E. Scanlan

HBG\107515.1