IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JACK MARRONE, Husband,<br>KAREN MARRONE, Wife,<br>Both Individually and in Their Capacity<br>as Parents and Guardians for<br>VIDA MARRONE, a Minor<br>    Plaintiffs<br><br>v.<br><br>ALLSTATE INSURANCE COMPANY,<br>LINDA M. EDLEMAN, FRED SCHAEFFER,<br>MT. GRETNA REALTY and<br>HOUSE MASTERS,<br>    Defendants | CIVIL ACTION - LAW<br><br>JURY TRIAL DEMANDED<br><br>JUDGE KANE<br><br>1:CV-01-0773 |

FILED
HARRISBURG, PA
DEC 0 9 2002
MARY E. D'ANDREA, CLERK
Per _____

## RESPONSE OF DEFENDANTS FRED SCHAEFFER AND MT. GRETNA REALTY TO THE PLAINTIFFS' MOTION TO PERMIT THE FILING OF PLAINTIFFS' MEDICAL CAUSATION EXPERT REPORTS NUNC PRO TUNC

Defendants, Fred Schaeffer and Mt. Gretna Realty, by and through their counsel, Fine, Wyatt & Carey, P.C., hereby responds to the Plaintiffs' Motion to Permit the Filing of Plaintiffs' Medical Causation Expert Reports Nunc Pro Tunc as follows:

    1.    Answering Defendants incorporate by reference Paragraphs 1-27 and 32-34 of the Response of Defendant Linda M. Edleman to the Plaintiffs' Motion to Permit the Filing of Plaintiffs' Medical Causation Expert Reports Nunc Pro Tunc.

**WHEREFORE,** Defendants Fred Schaeffer and Mt. Gretna Realty respectfully request that this Honorable Court deny the Plaintiffs' Motion to Permit the Filing of Plaintiffs' Medical Causation Expert Reports Nunc Pro Tunc and direct that the parties comply with the deadlines previously set forth in the Court's Order of July 5, 2002.

Respectfully submitted,

**FINE, WYATT & CAREY, P.C.**

By: *Edward A. Monsky*
Edward A. Monsky, Esquire
I.D. #37625
Attorneys for Defendants
Fred Schafer and Mt. Gretna Realty

425 Spruce St., 4th Fl.
Scranton, PA 18503
(570) 343-1197

2

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JACK MARRONE, Husband,<br>KAREN MARRONE, Wife,<br>Both Individually and in Their Capacity<br>as Parents and Guardians for<br>VIDA MARRONE, a Minor and<br>MATTHEW ADAM MARRONE<br>　　Plaintiffs<br><br>v.<br>ALLSTATE INSURANCE COMPANY,<br>LINDA M. EDLEMAN, FRED SCHAEFFER,<br>MT. GRETNA REALTY and<br>HOUSE MASTERS,<br>　　Defendants | CIVIL ACTION - LAW<br><br>JURY TRIAL DEMANDED<br><br>JUDGE KANE<br><br>1:CV-01-0773 |

## CERTIFICATE OF SERVICE

I, **EDWARD A. MONSKY, ESQUIRE,** hereby certify that I forwarded a true and correct copy of the foregoing Response of Defendants Fred Schaeffer and Mt. Gretna Realty to the Plaintiffs' Motion to Permit the Filing of Plaintiffs' Medical Causation Expert Reports Nunc Pro Tunc upon the following individuals by first class U.S. Mail, postage prepaid, on the 6th day of December, 2002:

　　　　Louis M. Tarasi, Esquire
　　　　Tarasi, Tarasi & Fishman, P.C.
　　　　510 Third Ave.
　　　　Pittsburgh, PA 15219

James G. Nealon, III, Esquire
Nealon & Grover
2411 N. Front St.
Harrisburg, PA 17110

John Flounlacker, Esquire.
Thomas, Thomas & Hafer
P.O. Box 999
Harrisburg, PA 17108

Paul E. Scanlan, Esquire
Duane Morris
P.O. Box 1003
Harrisburg, PA 17108

**FINE, WYATT & CAREY, P.C.**

By: _____
Edward A. Monsky, Esquire