| | |
|---|---|
| THOMAS, THOMAS & HAFER, LLP<br>305 North Front Street<br>P.O. Box 999<br>Harrisburg, PA 17108 | John Flounlacker, Esquire<br>Attorney I.D. 73112<br>(717)237-7134<br>Attorneys for Defendant Edleman |

# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JACK MARRONE, husband, KAREN MARRONE, wife, both individually and in their capacity as parents and guardians for VIDA MARRONE, a minor, and MATTHEW ADAM MARRONE<br>Plaintiffs | : | NO.: 1:CV-01-0773 |
| | : | JUDGE KANE |
| v. | : | |
| | : | Civil Action Law |
| ALLSTATE INSURANCE COMPANY, LINDA M. EDLEMAN, FRED SCHAFER, MT. GRETNA REALTY, and HOUSEMASTERS<br>Defendants | : | Jury Trial Demanded |

FILED
HARRISBURG PA
DEC 1 2 2002
MARY E. D'ANDREA, CLERK
Per _____ Deputy Clerk

## DEFENDANT LINDA M. EDLEMAN'S MOTION TO STRIKE THE AFFIDAVIT OF ECKHARDT JOHANNING, M.D., M.SC.

AND NOW comes Defendant Linda M. Edleman, by and through her attorneys Thomas, Thomas & Hafer, LLP, hereby respectfully request that for the reasons set forth in full in the brief in support of this Motion, this Honorable Court strike the Affidavit of Eckhardt Johanning, M.D., M.Sc., as violative of this Court's case management Order dated July 5, 2002, and the Federal Rules of Civil Procedure.

Respectfully submitted,

**THOMAS, THOMAS & HAFER, LLP**

By: _____
John Flounlacker, Esquire
Attorney I.D. # 73112
Shawn E. Smith, Esquire
Attorney I.D. # 86121
P.O. Box 999
305 N. Front Street
Harrisburg, PA  17108-0999
(717)237-7134

Date: 12/11/02

## CERTIFICATE OF SERVICE

I. Jeannie L. Kawalec, an employee for the law firm Thomas, Thomas & Hafer, LLP, hereby state that a true and correct copy of the foregoing document(s) was served upon all counsel of record by first class United States mail, postage prepaid, addressed as follows, on the date set forth below:

By First Class U.S. Mail:

Gianni Floro, Esquire
Louis M. Tarasi, Esquire
Tarasi, Tarasi & Fishman, P.C.
510 Third Avenue
Pittsburgh, PA  15219

James G. Nealon, III, Esquire
Nealon & Gover
2411 North Front Street
Harrisburg, PA  17110

Edward A. Monsky, Esquire
Fine, Wyatt & Carey, P.C.
425 Spruce Street
P.O. Box 590
Scranton, PA  18501-0590

Paul E. Scanlan, Esquire
Duane Morris & Heckscher
305 N. Front Street
P.O. Box 1003
Harrisburg, PA 17108

THOMAS, THOMAS & HAFER, LLP

Dated: 12/11/02

Jeannie L. Kawalec