2 Ct
prop.

(124)
1/6/03

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

JACK MARRONE, Husband,             :
KAREN MARRONE, Wife,              :        CIVIL ACTION - LAW
Both Individually and in Their Capacity  :
as Parents and Guardians for          :        JURY TRIAL DEMANDED
VIDA MARRONE, a Minor    and    :
MATTHEW ADAM MARRONE        :
        Plaintiffs             :        JUDGE  KANE
                               :
v.                            :        1:CV-01-0773
ALLSTATE INSURANCE COMPANY,  :
LINDA M. EDLEMAN, FRED SCHAEFFER, :
MT. GRETNA REALTY and        :
HOUSE MASTERS,              :
        Defendants           :

**FILED**
HARRISBURG, PA

JAN 0 3 2003

MARY E. D'ANDREA, CLERK
Per_____
Deputy Clerk

## MOTION IN LIMINE OF DEFENDANTS FRED SCHAEFFER AND MT. GRETNA REALTY

Defendants, Fred Schaeffer and Mt. Gretna Realty, by and through their counsel, Fine, Wyatt & Carey, P.C., hereby file the following Motion in Limine:

    1.      Moving Defendants incorporate by reference their Motion for Summary Judgment.

    2.      Moving Defendants incorporate by reference Paragraphs 1-24 of the Motion for Summary Judgment of Defendant Linda Edleman.

    3.      Moving Defendants incorporate by reference the Motion for Summary Judgment and Brief of Defendant Housemaster.

    **WHEREFORE,** moving Defendants respectfully request that this Honorable Court preclude the Plaintiffs from introducing any evidence against them.

Respectfully submitted,

**FINE, WYATT & CAREY, P.C.**

By: _Edward A. Monsky_
Edward A. Monsky, Esquire
Attorneys for Defendants
Fred Schaeffer and Mt. Gretna Realty

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

JACK MARRONE, Husband,                :
KAREN MARRONE, Wife,              :  CIVIL ACTION - LAW
Both Individually and in Their Capacity  :
as Parents and Guardians for         :   JURY TRIAL DEMANDED
VIDA MARRONE, a Minor  and        :
MATTHEW ADAM MARRONE        ;
     Plaintiffs                     :  JUDGE  KANE
                                 :
v.                            :  1:CV-01-0773
ALLSTATE INSURANCE COMPANY,  :
LINDA M. EDLEMAN, FRED SCHAEFFER,  :
MT. GRETNA REALTY and        :
HOUSE MASTERS,             :
     Defendants                 :

---

## CERTIFICATE OF SERVICE

I, **EDWARD A. MONSKY, ESQUIRE,** hereby certify that I forwarded a true and correct copy of

the foregoing Motion in Limine of Defendants Fred Schaeffer and Mt. Gretna Realty upon the following

individuals by first class U.S. Mail, postage prepaid, on the 2nd day of January, 2003:

Gianni Floro, Esquire
Tarasi, Tarasi & Fishman,  P.C.
510 Third Ave.
Pittsburgh,  PA  15219

James G. Nealon, III, Esquire
Nealon & Grover
2411 N. Front St.
Harrisburg, PA 17110

John Flounlacker, Esquire.
Thomas, Thomas & Hafer
P.O. Box 999
Harrisburg, PA 17108

Paul E. Scanlan, Esquire
Duane Morris
P.O. Box 1003
Harrisburg, PA 17108

Joel D. Gusky, Esquire
Harvey Pennington
Eleven Penn Center
1835 Market St., 29th Fl.
Philadelphia, PA 19103

**FINE, WYATT & CAREY, P.C.**

By: *Edward A Monsky*
       Edward A. Monsky, Esquire