1 to crt

# DUANE MORRIS

FIRM and AFFILIATE OFFICES

NEW YORK
LONDON
CHICAGO
HOUSTON
PHILADELPHIA
SAN FRANCISCO
BOSTON
WASHINGTON, DC
ATLANTA
MIAMI
NEWARK
ALLENTOWN
WILMINGTON
CHERRY HILL
HARRISBURG
BANGOR
PRINCETON
PALM BEACH
WESTCHESTER

PAUL E. SCANLAN
DIRECT DIAL: 717.237.5529
E-MAIL: scanlan@duanemorris.com

www.duanemorris.com

FILED
HARRISBURG, PA

JAN 07 2003
MARY E. D'ANDREA, CLERK
Per _____

January 6, 2003

Clerk of Court
United States District Court
Middle District of Pennsylvania
Federal Building Room 1060
228 Walnut Street
Harrisburg, PA 17108-0983

Re:  *Marrone v. Allstate Insurance Co., et al.*
     **Civil Action No. 1:CV-01-0773 (Judge Kane)**

Dear Clerk:

We have received and reviewed the Motion *in Limine* dated and served on January 3, 2003, by Thomas, Thomas & Hafer LLP on behalf of Defendant Linda M. Edelman in the above matter. Please be advised, and please advise Judge Kane, that, on behalf of our client, Defendant HouseMaster, we concur in the Motion and join in the request for relief on behalf of our client as well.

Thank you for your assistance in this matter and please do not hesitate to contact me if you have any questions in this regard.

Very truly yours,

Paul E. Scanlan

PES/rmf

cc:  Gianni Floro, Esquire
     James G. Nealon, III, Esquire
     Joel D. Gusky, Esquire
     Edward Monsky, Esquire
     John Flounlacker, Esquire
     Hon. Yvette Kane, USDJ

DUANE MORRIS LLP

305 NORTH FRONT STREET, 5TH FLOOR, P.O. BOX 1003   HARRISBURG, PA 17108-1003          PHONE: 717.237.5500 FAX: 717.232.4015