127
RB 1/8/0

| | |
|---|---|
| **THOMAS, THOMAS & HAFER, LLP**<br>305 North Front Street<br>P.O. Box 999<br>Harrisburg, PA 17108<br>(717) 237-7134<br>Attorneys for Defendant Edleman | John Flounlacker, Esquire<br>Attorney I.D. 73112<br>John J. McNally III, Esquire<br>Attorney I.D. 52661<br>Shawn E. Smith, Esquire<br>Attorney I.D. 86121 |

# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

JACK MARRONE, husband, KAREN : NO.: 1:CV-01-0773
MARRONE, wife, both individually and :
in their capacity as parents and guardians :
for VIDA MARRONE, a minor, and :
MATTHEW ADAM MARRONE :
       Plaintiffs :
    : JUDGE KANE
   v. :
    : Civil Action Law
ALLSTATE INSURANCE COMPANY, :
LINDA M. EDLEMAN, FRED SCHAFER, :
MT. GRETNA REALTY, and :
HOUSEMASTERS : Jury Trial Demanded
       Defendants :

FILED
HARRISBURG, PA
JAN 0 7 2003
MARY E. D'ANDREA, CLERK
Per _____

## CERTIFICATE OF CONCURRENCE/NONCONCURRENCE

Pursuant to Local Rule, I, Shawn E. Smith, Esquire, counsel for Defendant Linda M. Edelman, do hereby certify that an attempt to gain concurrence in the present Motion was made in the form of a telephone conversation taking place on January 3, 2003 which Gianni Floro, Esquire, Counsel for Plaintiffs, who relayed that Plaintiffs would not concur in the present Motion.

Respectfully submitted,
**THOMAS, THOMAS & HAFER, LLP**

By: _____
John Flounlacker, Esquire
John J. McNally III, Esquire
Shawn E. Smith, Esquire
P.O. Box 999
Harrisburg, PA  17108-0999
(717)237-7134

Date:  January 3, 2003

:216789

2

CERTIFICATE OF SERVICE

I, Shawn E. Smith, Esquire, of the law firm Thomas, Thomas & Hafer, LLP, hereby state that a true and correct copy of the foregoing document(s) was served upon all counsel of record by first class United States mail, postage prepaid, addressed as follows, on the date set forth below:

By First Class U.S. Mail:

Gianni Floro, Esquire
Louis M. Tarasi, Esquire
Tarasi, Tarasi & Fishman, P.C.
510 Third Avenue
Pittsburgh, PA  15219

James G. Nealon, III, Esquire
Nealon & Gover
2411 North Front Street
Harrisburg, PA  17110

Edward A. Monsky, Esquire
Fine, Wyatt & Carey, P.C.
425 Spruce Street
P.O. Box 590
Scranton, PA  18501-0590

Paul E. Scanlan, Esquire
Duane Morris & Heckscher
305 N. Front Street
P.O. Box 1003
Harrisburg, PA 17108

THOMAS, THOMAS & HAFER, LLP

_____
Shawn E. Smith

Dated: