IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JACK MARRONE, husband, KAREN MARRONE, wife, both individually and in their capacity as parents and guardians for VIDA MARRONE, a minor, and MATTHEW ADAM MARRONE, <br> Plaintiffs <br><br> v. <br><br> ALLSTATE INSURANCE CO., et al. <br> Defendants | CIVIL ACTION NO. 1:CV-01-0773 <br> (Judge Kane) |

**ORDER**

AND NOW, this 14 day of January, 2003, **IT IS ORDERED THAT** the Case Management Order of July 5, 2002 is **AMENDED** as follows:

| | |
|---|---|
| Dr. Johanning's Expert Reports Due: | **January 17, 2003** |
| Response Reports to Dr. Johanning's Reports Due: | **January 31, 2003** |
| Daubert Motions Due: | **February 28, 2003** |
| Revised Dispositive Motions and Supporting Briefs Due: | **March 28, 2003** |
| Local Rule 16.3 - Attorney Conference and Exchange of Proposed Jury Instructions: On or Before | **April 25, 2003** |
| Motions in Limine Due: | **May 2, 2003** |
| Pretrial Memoranda Due: | **May 16, 2003** |
| Pretrial and Settlement Conference: | **May 21, 2003– 2:00 p.m.** |
| Proposed Jury Instructions, Proposed Voir Dire Questions, and Objections to Proposed Instructions Due: | **May 28, 2003** |
| Jury Selection and Trial: | **June 2, 2003– 9:30 a.m.** |

Yvette Kane
United States District Judge