IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

JACK MARRONE, husband, KAREN :
MARRONE, wife, both individually and :
in their capacity as parents and guardians:
for VIDA MARRONE, a minor, and :
MATTHEW ADAM MARRONE, :
    Plaintiffs :
    :   CIVIL ACTION NO. 1:CV-01-0773
v.   :   (Judge Kane)
    :
ALLSTATE INSURANCE CO., et al. :
    Defendants :

FILED
HARRISBURG

JAN 1 4 2003

MARY E. D'ANDREA, CLERK
Per_____
    DEPUTY CLERK

### ORDER TO SHOW CAUSE

AND NOW, this 14th day of January, 2003, **IT IS ORDERED THAT** Counsel for Plaintiffs shall show cause, within ten (10) days of this order, why he should not be sanctioned pursuant to Rule 37 of the Federal Rules of Civil Procedure with a monetary fine and/or costs for failure to comply with orders of this Court.

_____
Yvette Kane
United States District Judge