

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JACK MARRONE, husband, KAREN MARRONE, wife, both individually and in their capacity as parents and guardians for VIDA MARRONE, a minor, and MATTHEW ADAM MARRONE, <br>         Plaintiff <br><br> v. <br><br> ALLSTATE INSURANCE COMPANY, LINDA M. EDLEMAN, FRED SCHAFER, MT. GRETNA REALTY, and HOUSE MASTERS <br>         Defendant | CIVIL ACTION NO. <br> 1:CV-01-773 <br><br><br><br><br><br> (Judge Kane) |

FILED
HARRISBURG

FEB 21 2003

MARY E. D'ANDREA, CLERK
Per_____
    DEPUTY CLERK

## ORDER REFERRING CASE TO MEDIATION
## AND APPOINTING MEDIATOR

In accordance with the Civil Justic Reform Act of 1990 Expense and Delay Reduction Plan of the United States District Court for the Middle District of Pennsylvania, and given the nature of this proceeding which suggests that mediation might be of benefit to the parties and the Court, it is imperative that all avenues of settlement be explored prior to trial. Therefore, in accordance with the rules governing mediation set forth in Chapter VI of the Rules of the Middle District of Pennsylvania, **IT IS HEREBY ORDERED THAT:**

    (a) **Referral to Mediation:** This case shall be referred to the mediation process in an attempt to achieve an equitable settlement of the issues. The following individual is hereby appointed by the Court to serve as a mediator in this action:

        Name of Mediator:    Michael Mogill, Esquire
        Address:                  The Dickinson School of Law
                                       150 South College Street
                                       Carlisle, PA 17013-2899
        Telephone Number:   (717) 243-4611

**(b) Scheduling and Conduct of Mediation Conference(s):** The mediation conference(s) shall be scheduled and conducted in accordance with Rules 16.8.5 and 16.8.6 of the Middle District. The first such mediation session shall be held within sixty (60) days of the date of this order at a time, date, and location to be set by the mediator.

**(c) General Rules Governing the Mediation Conference:** All counsel and the mediator are to become familiar with Chapter VI, ALTERNATIVE DISPUTE RESOLUTION, of the Local Rules for the U.S. District Court, Middle District of Pennsylvania.

**(d) Compensation of the Mediator:** In accordance with Rule 16.8.3 of the Middle District, the services of the mediator shall be provided pro bono.

No later than ten (10) days from the date of this Order, any party may file and serve written objections to this Order. Any such objections shall also be served upon the mediator. The absence of any such objection shall constitute acknowledgment and consent to the terms of this Order.

_____
YVETTE KANE
United States District Judge

Dated: 20 Feb, 2003

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JACK MARRONE, husband, KAREN MARRONE, wife, both individually and in their capacity as parents and guardians for VIDA MARRONE, a minor, and MATTHEW ADAM MARRONE,<br>　　　　Plaintiff | : : : : : : : : : : | CIVIL ACTION NO.<br>1:CV-01-773<br><br><br>(Judge Kane) |
| ALLSTATE INSURANCE COMPANY, LINDA M. EDLEMAN, FRED SCHAFER, MT. GRETNA REALTY, and HOUSE MASTERS<br>　　　　Defendant | : : : : : | |

## MEDIATION REPORT

In accordance with the Court's mediation order, a mediation conference was held on __ _____, and the results of that conference are indicated below:

(a) The following individuals, parties, corporate representatives, and/or claims professionals attended and participated in the mediation conference, and each possessed the requisite settlement authority:

_____ All individual parties and their counsel.

_____ Designated corporate representatives.

_____ Required claims professionals.

_____ Other (Describe). _____

_____

_____

      (b) The following individuals, parties, corporate representatives, and/or claims professionals failed to appear and/or participate as ordered

_____
_____
_____

      (c) The outcome of the mediation conference was:

_____ <u>The case has been completely settled.</u> Counsel will promptly notify the court of settlement by the filing of a settlement agreement signed by the parties and the mediator within ten (10) days of this report.

_____ **<u>The case has been partially resolved.</u>** Counsel have been instructed to file with the court, a joint stipulation regarding those claims which have been resolved within ten (10) days of this report. The following issues remain for this court to resolve:

_____

_____

_____

_____ **<u>The parties have reached an impasse.</u>**

**Done this** _____ **day of** _____.

_____
Signature of Mediator

_____
Name of Mediator

Phone (___) _____ - _____

2