IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JACK MARRONE, husband, KAREN MARRONE, wife, both individually and in their capacity as parents and guardians for VIDA MARRONE, a minor, and MATTHEW ADAM MARRONE, <br>         Plaintiff <br><br> v. <br><br> ALLSTATE INSURANCE COMPANY, LINDA M. EDLEMAN, FRED SCHAFER, MT. GRETNA REALTY, and HOUSE MASTERS <br>         Defendant | CIVIL ACTION NO. <br> 1:CV-01-773 <br><br><br><br><br> (Judge Kane) <br><br> **FILED** <br> **HARRISBURG** <br><br> FEB 21 2003 <br><br> MARY E. D'ANDREA, CLERK <br> Per:_____ <br>     DEPUTY CLERK |

## ORDER

AND NOW, this 20th day of Feb, 2003, upon referral to mediation, **IT IS HEREBY ORDERED THAT** the case management deadlines are **STAYED** pending a report of the mediator. A telephone conference shall be held on April 24, 2003, at 9:30 a.m. to discuss the status of this case. Plaintiff's counsel shall initiate this conference call. If settlement is reached through mediation prior to April 24, 2003, counsel shall notify the Court by telephone at (717) 221-3990.

                                          _____
                                          Yvette Kane
                                          United States District Judge