


IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JACK MARRONE, KAREN MARRONE, both individually and in their capacity as parents and guardians for VIDA MARRONE, a minor, and MATTHEW MARRONE, Plaintiffs, | : | CIVIL ACTION - LAW |
| v. | : | CASE NO.: 1:CV-01-0773 |
| | : | JURY TRIAL DEMANDED |
| ALLSTATE INSURANCE COMPANY, LINDA M. EDLEMAN, FRED SCHAFER, MT. GRETNA REALTY, and HOUSEMASTER, Defendants. | : | JUDGE KANE |

FILED
HARRISBURG
MAR 1 0 20
MARY E. D'ANDRE
Per
Deputy Cl

**WITHDRAWAL OF APPEARANCE**

Please withdraw the appearance of Paul E. Scanlan in the above-captioned matter as additional counsel on behalf of the named Defendant HOUSEMASTER. Paul E. Scanlan is no longer authorized to accept service on behalf of said Defendant. Jennifer L. Murphy, Esquire, of Duane Morris LLP, will continue as attorney of record on behalf of the named Defendant HOUSEMASTER.

Dated: February 28, 2003

Respectfully submitted,
DUANE MORRIS LLP

By: ______________________
Paul E. Scanlan, Esq.
Pa. Attorney I.D. No. 75733

305 North Front Street, 5th Floor
P.O. Box 1003
Harrisburg, PA 17108-1003
(717) 237-5529
(Attorneys for Defendant HouseMaster)

**CERTIFICATE OF SERVICE**

On this 11th day of March, 2003, I, Denise L. Huber, an employee of the law firm of Duane Morris LLP, hereby certify that a true and correct copy of the foregoing Praecipe for Withdrawal of Appearance on behalf of Defendant HOUSEMASTER, was served upon the following individuals at their respective addresses by depositing the same in the United States mail, first-class, postage prepaid, at Harrisburg, Pennsylvania:

Gianni Floro, Esquire
Tarasi, Tarasi & Fishman, P.C.
510 Third Avenue
Pittsburgh, PA 15219-2191

Edward Monsky, Esquire
Fine, Wyatt & Carey, P.C.
425 Spruce Street
Scranton, PA 18503

James G. Nealon, III, Esquire
Nealon & Gover
2411 North Front Street
Harrisburg, PA 17110

John Flounlacker, Esquire
Thomas, Thomas & Hafer
305 North Front Street- Sixth Floor
P.O. Box 999
Harrisburg, PA 17108

Joel D. Gusky, Esquire
Harvey, Pennington, Cabot, Griffith & Renneisen, Ltd.
Eleven Penn Center
1835 Market Street, 29th Floor
Philadelphia, PA 19103

Denise L. Huber
Denise L. Huber

HBG\107515.1