UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA



IN THE MATTER OF APPLICATION FOR         :
ADMISSION TO PRACTICE IN THIS COURT   :    1:CV-01-73

### PETITION

I __Louis M. Tarasi, Jr.__, hereby petition the United States District Court for the Middle District of Pennsylvania to admit me to practice before that Court. In support of my petition, I state as follows:

My home address is: ████████████████████████

   Residence Telephone: ████████████

My office address is: __510 Third Avenue, Pittsburgh, PA 15219__

   Office Telephone: __(412) 391-7135__

I was admitted to practice before the Courts listed below on the date shown after the name of each Court, and I am currently a member in good standing of all those Courts.

Pennsylvania Supreme Court - 1960; US Court of Appeals 3rd Cir.-1964

United States Supreme Court- 1969; US Court of Appeal 4th Cir.-1994

Western District of Pennsylvania - 1960; District of Colorado-1998

United States Superior Court - 1960; Western Dist. of Texas-1988

Federal Circuit Court of Appeals - 1999

My attorney Identification number is: __01042__.

### FOR COURT USE ONLY

_____ GENERAL ADMISSION:

BEFORE JUDGE _____         Date:_____
                 U.S. DISTRICT JUDGE

-----------------------------------------------------------------

_____ SPECIAL ADMISSION:

GRANTED: _____         Date:_____
             U.S. DISTRICT JUDGE

Please Answer the Following Questions:

All occasions, if any, on which I have been convicted of a crime (subsequent to my becoming an attorney), censured, suspended, disciplined or disbarred by any court are set forth as follows: (State the facts and circumstances connected with each if none, state "none".)

none
_____

_____

_____

All occasions, if any, on which I have been held in contempt of court are set forth as follows: (State the nature and final disposition of the contempt: if none, state "none".)

I do _____, do not __X__, have any disciplinary action, contempt or other proceedings involving me pending before any court. (check the appropriate space.) If there are pending proceedings, please explain: _____

_____

I am seeking:

_____ General Admission under Local Rule LR 83.8

__X__ Special Admission (specify by a check which rule) under

Local Rules LR 83.9.1 _____, LR 83.9.2 _____, or LR 83.9.3 __X__

If seeking special admission under Local Rules LR 83.9.1, LR 83.9.2, or LR 83.9.3, the basis for my admission under the designated rule is as follows: Pro Hac Vice for the purpose

   of trial

ALSO NAME THE PARTY YOU REPRESENT:
   Jack Marrone, husband, Karen Marrone, wife, both individually and
   in their capacity as parents and natural guardians for Vida Marrone
   a minor and Matthew Adam Marrone

If special admission is requested for a particular case, please list case number and caption:

Case # Civil Action No. 1: CV-01-0073

Caption # Jack Marrone, husband, Karen Marrone, wife, both individuall
   and in their capacity as parents and natural guardians for
   Vida Marrone, a minor and Matthew Adam Marrone v. Allstate
   Insurance Company, Linda M. Edleman, Fred Schafer, Mt. Gretn
   Realty and House Masters

I understand that:

    1)   If seeking admission under Section LR 83.9.1 or LR 83.9.2, I must submit a letter from a superior stating the agency with which I am employed and the duties performed which qualify me for admission under those sections.

    2)   If petitioning for admission, only in a particular case, under Rule LR 83.9.3, I need no sponsor's certificate.

    3)   If seeking regular admission under Rule LR 83.8, I must have a sponsor who is a member in good standing of the Bar of this Court present to move for my admission and I must submit the sponsor's certificate with my petition.

_Louis M. Tarasi Jr._
PETITIONER

_____
(Social Security Number)

3/13/03
(Date)

```
Wed Mar 19 14:16:05 2003


UNITED STATES DISTRICT COURT

SCRANTON      , PA

Receipt No.    111 138375
Cashier           jill

Tender Type  CHECK

Check Number: 1247

Transaction Type   C

Case No./Def No. 3:03-PB-1       /   1


D# Code    Div No      Acct
 4667        1        6855XX

Amount             $      25.00

SPADM LOUIS M. TARASI, JR.


TARASI, TARASI & FISHMAN 510 3RD AVE
PITTSBURGH, PA 15219
```