UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

FILED
HARRISBURG, PA
MAR 2 4 2003
MARY E. D'ANDREA, CLERK
Per ___ Deputy Clerk

1:CV-0773

IN THE MATTER OF APPLICATION FOR     :
ADMISSION TO PRACTICE IN THIS COURT  :

### PETITION

I __Louis M. Tarasi, Jr.__, hereby petition the United States District Court for the Middle District of Pennsylvania to admit me to practice before that Court. In support of my petition, I state as follows:

My home address is: ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

   Residence Telephone: ▮▮▮▮▮▮▮▮▮▮▮▮

My office address is: 510 Third Avenue, Pittsburgh, PA   15219

   Office Telephone: (412) 391-7135

I was admitted to practice before the Courts listed below on the date shown after the name of each Court, and I am currently a member in good standing of all those Courts.

Pennsylvania Supreme Court - 1960; US Court of Appeals 3rd Cir.-1964

United States Supreme Court- 1969; US Court of Appeal 4th Cir.-1994

Western District of Pennsylvania - 1960; District of Colorado-1998

United States Superior Court - 1960; Western Dist. of Texas-1988

Federal Circuit Court of Appeals - 1999

My attorney Identification number is: 01042 .

---

**FOR COURT USE ONLY**

___ GENERAL ADMISSION:

BEFORE JUDGE _____          Date:_____
              U.S. DISTRICT JUDGE

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

___ SPECIAL ADMISSION:

GRANTED: _____[signature]_____          Date: 3/21/03
              U.S. DISTRICT JUDGE

Please Answer the Following Questions:

All occasions, if any, on which I have been convicted of a crime (subsequent to my becoming an attorney), censured, suspended, disciplined or disbarred by any court are set forth as follows: (State the facts and circumstances connected with each if none, state "none".)

none _____

_____

_____

All occasions, if any, on which I have been held in contempt of court are set forth as follows: (State the nature and final disposition of the contempt: if none, state "none".)

I do _____, do not __X__, have any disciplinary action, contempt or other proceedings involving me pending before any court. (check the appropriate space.) If there are pending proceedings, please explain: _____

_____

I am seeking:

____ General Admission under Local Rule LR 83.8

__X__ Special Admission (specify by a check which rule) under

Local Rules LR 83.9.1 _____, LR 83.9.2 _____, or LR 83.9.3 __X__

If seeking special admission under Local Rules LR 83.9.1, LR 83.9.2, or LR 83.9.3, the basis for my admission under the designated rule is as follows: Pro Hac Vice for the purpose

of trial

ALSO NAME THE PARTY YOU REPRESENT:
Jack Marrone, husband, Karen Marrone, wife, both individually and in their capacity as parents and natural guardians for Vida Marrone a minor and Matthew Adam Marrone

If special admission is requested for a particular case, please list case number and caption:

Case # Civil Action No. 1: CV-01-0073

Caption # Jack Marrone, husband, Karen Marrone, wife, both individual and in their capacity as parents and natural guardians for Vida Marrone, a minor and Matthew Adam Marrone v. Allstate Insurance Company, Linda M. Edleman, Fred Schafer, Mt. Gret Realty and House Masters

I understand that:

    1) If seeking admission under Section LR 83.9.1 or LR 83.9.2, I must submit a letter from a superior stating the agency with which I am employed and the duties performed which qualify me for admission under those sections.

    2) If petitioning for admission, only in a particular case, under Rule LR 83.9.3, I need no sponsor's certificate.

    3) If seeking regular admission under Rule LR 83.8, I must have a sponsor who is a member in good standing of the Bar of this Court present to move for my admission and I must submit the sponsor's certificate with my petition.

_Louis M. Tarasi Jr._
PETITIONER

███████████
(Social Security Number)

3/13/03
(Date)

```
Wed Mar 19 14:16:05 2003

UNITED STATES DISTRICT COURT

SCRANTON        , PA

Receipt No.   111 138375
Cashier          jill

Tender Type  CHECK

Check Number: 1247

Transaction Type   C

Case No./Def No. 3:03-PB-1      /    1


DØ Code     Div No       Acct
4667           1         6855XX

Amount                $    25.00

SPADM LOUIS M. TARASI, JR.


TARASI, TARASI & FISHMAN 510 3RD AVE
PITTSBURGH, PA 15219
```