IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JACK MARRONE, KAREN MARRONE, both individually and in their capacity as parents and guardians for VIDA MARRONE, a minor, and MATTHEW MARRONE<br>    Plaintiffs<br><br>v.<br><br>ALLSTATE INSURANCE COMPANY, LINDA M. EDLEMAN, FRED SCHAFER, MT. GRETNA REALTY, and HOUSEMASTER<br>    Defendants | : <br>: <br>: CIVIL ACTION - LAW<br>: <br>: <br>: <br>: <br>: <br>: CASE NO.: 1:CV-01-0773<br>: JURY TRIAL DEMANDED<br>: <br>: <br>: (JUDGE KANE)<br>: <br>: |

**PRAECIPE FOR ENTRY OF APPEARANCE**

   Please enter the appearance of James J. Kutz, Esquire as counsel for Defendant HouseMaster.

                              DUANE MORRIS LLP

Date: March 25, 2003        By: /s/ James J. Kutz
                              James J. Kutz, Esquire
                              Attorney ID No. 21589
                              Jennifer L. Murphy, Esquire
                              Attorney ID No. 76432
                              305 North Front Street, 5th Floor
                              P.O. Box 1003
                              Harrisburg, PA 17108-1003
                              (717) 237-5500
                              Attorneys for Defendant HouseMaster

**CERTIFICATE OF SERVICE**

AND NOW, this 26th day of March, 2003, I hereby certify that I, James J. Kutz, Esquire, have caused to be served a copy of the Praecipe for Entry of Appearance on the following by depositing a true and correct copy of the same in the U.S. Mail at Harrisburg, Pennsylvania, postage prepaid, addressed to:

James G. Nealon, III, Esquire
Nealon & Gover, P.C.
2411 North Front Street
Harrisburg, PA  17110

John Flounlacker, Esquire
Thomas, Thomas & Hafer, LLP
305 North Front Street
Harrisburg, PA 17108

Edward A. Monsky, Esquire
Fine, Wyatt & Carey, P.C.
425 Spruce Street
Scranton, PA  18501-0590

Gianni Floro, Esquire
Tarasi, Tarasi & Fishman, P.C.
510 Third Avenue
Pittsburgh, PA  15219

Joel D. Gusky, Esquire
Harvey, Pennington, Cabot, Griffith & Renneisen, Ltd.
Eleven Penn Center
1835 Market Street, 29th Floor
Philadelphia, PA  19103

By:  /s/      James J. Kutz