# IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

JACK MARRONE, husband, KAREN      :     CIVIL ACTION NO.
MARRONE, wife, both individually and in their :     1:CV-01-773
capacity as parents and guardians for         :
VIDA MARRONE, a minor, and MATTHEW   :
ADAM MARRONE,                  :
          Plaintiff            :
                           :
                           :     (Judge Kane)
                           :
ALLSTATE INSURANCE COMPANY,     :
LINDA M. EDLEMAN, FRED SCHAFER,    :
MT. GRETNA REALTY, and          :
HOUSE MASTERS                :
         Defendant          :

**FILED**
HARRISBURG

APR 1 0 2003

MARY E. D'ANDREA, CLERK
Per_____
DEPUTY CLERK

## MEDIATION REPORT

       In accordance with the Court's mediation order, a mediation conference was held on __
___3/31/2003___, and the results of that conference are indicated below:

       (a) The following individuals, parties, corporate representatives, and/or claims
professionals attended and participated in the mediation conference, and each possessed the requisite
settlement authority:

               _____ All individual parties and their counsel.

               _____ Designated corporate representatives.

               _____ Required claims professionals.

               __X__ Other (Describe). All counsel attended,

               but the only parties attending were

               defendants Edleman and Schafer.

(b) The following individuals, parties, corporate representatives, and/or claims professionals failed to appear and/or participate as ordered

_____

_____

_____

(c) The outcome of the mediation conference was:

_____ The case has been completely settled. Counsel will promptly notify the court of settlement by the filing of a settlement agreement signed by the parties and the mediator within ten (10) days of this report.

_____ **The case has been partially resolved.** Counsel have been instructed to file with the court, a joint stipulation regarding those claims which have been resolved within ten (10) days of this report. The following issues remain for this court to resolve:

_____

_____

_____

_____

__X__ **The parties have reached an impasse.**

**Done this** __7th__ **day of** __April__ __2003__

Signature of Mediator

__Michael A. Mogill__
Name of Mediator

Phone (__717__) __240__ - __5283__

2