## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **JACK MARRONE, husband, KAREN** | : | **CIVIL ACTION NO.** |
| **MARRONE, wife, both individually and in their** | : | **1:CV-01-773** |
| **capacity as parents and guardians for** | : | |
| **VIDA MARRONE, a minor, and MATTHEW** | : | |
| **ADAM MARRONE,** | : | |
| **Plaintiff** | : | |
| | : | |
| **v.** | : | **(Judge Kane)** |
| | : | |
| **ALLSTATE INSURANCE COMPANY, LINDA** | : | |
| **M. EDLEMAN, FRED SCHAFER, MT.** | : | |
| **GRETNA REALTY, and HOUSE MASTERS** | : | |
| | : | |
| **Defendant** | : | |

## ORDER

AND NOW, this __22nd__ day of __April__, 2003, **IT IS HEREBY ORDERED**

**THAT** the telephone conference to be held on April 24, 2003, at 9:30 a.m., is **RESCHEDULED**

to April 29, 2003, at 10:30 a.m.   Plaintiff's counsel shall initiate this conference call.


_____s/ Yvette Kane_____
Yvette Kane
United States District Judge