IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JACK MARRONE, husband, KAREN MARRONE, wife, both individually and in their capacity as parents and guardians for VIDA MARRONE, a minor, and MATTHEW ADAM MARRONE,<br>Plaintiffs<br><br>v.<br><br>ALLSTATE INSURANCE CO., et al.,<br>Defendants | : : : : : : : : : : : : | CIVIL ACTION NO.<br>1:CV-01-773<br><br>Judge Kane |

## **O R D E R**

**AND NOW** this  29th  day of April, 2003, **IT IS HEREBY ORDERED**

**THAT** the Case Management Order dated January 14, 2003 is **AMENDED** as follows:

| | |
|---|---|
| Dispositive Motions and Supporting Briefs due: | May 16, 2003 |
| Daubert Motions and Supporting Briefs due: | May 16, 2003 |
| Briefs in Opposition to Dispositive Motions due: | May 30, 2003 |
| Reply Briefs to Dispositive Motions due: | June 11, 2003 |
| Local Rule 16.3 - Attorney Conference and Exchange of Proposed Jury Instructions: On or before: | August 1, 2003 |
| Motions In Limine due: | August 8, 2003 |
| Pretrial Memoranda due: | August 22, 2003 |
| Pretrial and Settlement Conference: | August 26, 2003 - 3:00 p.m. |
| Proposed Jury Instructions with Objections and Proposed Voir Dire Questions Due: | September 3, 2003 |
| Jury Selection and Trial: | September 8, 2003 - 9:30 a.m. |

  s/ Yvette Kane  
Yvette Kane
United States District Judge