IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JACK MARRONE, KAREN MARRONE, | : | |
| both individually and in their capacity as | : | |
| parents and guardians for | : | CIVIL ACTION - LAW |
| VIDA MARRONE, a minor, and | : | |
| MATTHEW MARRONE | : | |
|         Plaintiffs | : | |
| | : | |
|        v. | : | CASE NO.: 1:CV-01-0773 |
| | : | |
| | : | JURY TRIAL DEMANDED |
| ALLSTATE INSURANCE COMPANY, | : | |
| LINDA M. EDLEMAN, FRED SCHAFER, | : | |
| MT. GRETNA REALTY, and | : | (JUDGE KANE) |
| HOUSEMASTER | : | |
|         Defendants | : | |

## DEFENDANT HOUSEMASTER'S MOTION FOR LEAVE TO FILE BRIEF IN EXCESS OF PAGE LIMITATION

Defendant HouseMaster, by its counsel, respectfully requests that the Court allow it to file its Brief in Support of Renewed Motion for Summary Judgment on Counts VIII through XI of the Amended Complaint in excess of the Court's fifteen (15) page, 5,000 word limitation and, in support thereof, sets forth the following:

1.    Plaintiffs Jack Marrone, Karen Marrone, Matthew Marrone and Vida Marrone allege in this action that they purchased a home which became infested with toxic mold due to undisclosed water problems with the subject property.

2.    Pursuant to this Court's April 29, 2003 Order, dispositive motions in this matter are due to this Court on or before May 16, 2003.

HBG\114587.1

3.    Pursuant to Local Rule 7.8 for the United States District Court for the Middle District of Pennsylvania, all pre-trial briefs filed in support of pre-trial motions may not exceed either fifteen (15) pages in length or 5,000 words.

4.    This matter involves a detailed factual background along with numerous issues associated with Defendants' Motion for Summary Judgment on all four Counts of Plaintiffs' Amended Complaint alleging negligence, breach of contract, misrepresentation and violation of the Unfair Trade Practices and Consumer Protection Law, 73 P.S. 201, et seq., as well as Plaintiffs' claims for personal injury damages.

5.     Pursuant to the Local Rules for the United States District Court for the Middle District of Pennsylvania, typeface on all documents must now be 14 point or larger, allowing for only 18 double-spaced lines per page.

6.    In order to allow for reasonable presentation of argument addressing each of the issues raised by HouseMaster through its Motion, HouseMaster respectfully requests that the Court permit it to file its Brief in Support of its Renewed Motion for Summary Judgment in excess of the Court's fifteen (15) page/5,000 word limitation, but not to exceed forty (40) pages in length.

7.    HouseMaster has sought concurrence of Plaintiffs' counsel, Gianni Floro.  While Mr. Floro concurred in HouseMaster's request with regard to its original Brief in Support of summary judgment, he does not concur in this request.

HBG\114587.1

8.    HouseMaster has sought concurrence of Intervenor Homeside Lending's counsel, Joel Gufsky.  Mr. Gufsky does not concur in this Motion.

9.    HouseMaster has sought concurrence of Co-Defendants' counsel. Counsel for Defendants Linda Edelman, Fred Schaeffer and Mt. Gretna Realty concur in the Motion. Counsel for Defendant Allstate takes no position on the Motion.

WHEREFORE, Defendant HouseMaster respectfully requests that the Court allow it to file its Brief in Support of its Motion for Summary Judgment in excess of the fifteen (15) page/5,000 word limit.

Respectfully submitted,

/s/ Jennifer L. Murphy
James J. Kutz, Esquire
Attorney ID No. 21589
Jennifer L. Murphy, Esquire
Attorney ID No. 76432
DUANE MORRIS LLP
305 North Front Street, 5th Floor
P.O. Box 1003
Harrisburg, PA 17108-1003

Attorneys for Defendant HouseMaster

Date:  May 14, 2003

## CERTIFICATE OF SERVICE

AND NOW, this 14th day of May, 2003, I hereby certify that I have caused to be served a copy of foregoing document on the following by depositing a true and correct copy of the same in the U.S. Mail at Harrisburg, Pennsylvania, postage prepaid, addressed to:

James G. Nealon, III, Esquire
2411 North Front Street
Harrisburg, PA  17110

John Flounlacker, Esquire
305 North Front Street, 6th Floor
Harrisburg, PA 17108

Edward A. Monsky, Esquire
Fine, Wyatt & Carey, P.C.
425 Spruce Street
Scranton, PA  18501-0590

Gianni Floro, Esquire
Tarasi, Tarasi & Fishman, P.C.
510 Third Avenue
Pittsburgh, PA  15219

Joel D. Gusky, Esquire
Harvey, Pennington, Cabot, Griffith & Renneisen, Ltd.
Eleven Penn Center
1835 Market Street, 29th Floor
Philadelphia, PA  19103

By:  /s/ Jennifer L. Murphy
Jennifer L. Murphy

HBG\107602.1

HBG\114587.1