IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JACK MARRONE, KAREN MARRONE, both individually and in their capacity as parents and guardians for VIDA MARRONE, a minor, and MATTHEW MARRONE<br>　　　　　Plaintiffs | :<br>:<br>: CIVIL ACTION - LAW<br>:<br>:<br>:<br>: |
| v. | : CASE NO.: 1:CV-01-0773<br>:<br>: JURY TRIAL DEMANDED |
| ALLSTATE INSURANCE COMPANY, LINDA M. EDLEMAN, FRED SCHAFER, MT. GRETNA REALTY, and HOUSEMASTER<br>　　　　　Defendants | :<br>:<br>: (JUDGE KANE)<br>:<br>: |

## CERTIFICATE OF CONCURRENCE/NONCONCURRENCE

I, Jennifer L. Murphy, Esquire, counsel for Defendant HouseMaster, certify that on May 14, 2003, concurrence was sought from counsel for Plaintiffs and Co-Defendants regarding HouseMaster's Motion for Leave of Court to File Brief in Excess of Page Limitation. Counsel for Plaintiffs and Intervenor Homeside Lending do not concur in the Motion. Counsel for Defendants Linda Edelman, Fred Schaeffer and Mt. Gretna Realty concur in the Motion. Counsel for Defendant

Allstate takes no position on the Motion.

/s/ Jennifer L. Murphy, Esquire
Jennifer L. Murphy, Esquire
DUANE MORRIS LLP
305 North Front Street, Fifth Floor
P.O. Box 1003
Harrisburg, PA  17108-1003
(717) 237-5542

Date:  May 14, 2003

HBG\114606.1