IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JACK MARRONE, KAREN MARRONE, both individually and in their capacity as parents and guardians for VIDA MARRONE, a minor, and MATTHEW MARRONE<br>　　　　　Plaintiffs | :<br>:<br>: CIVIL ACTION - LAW<br>:<br>:<br>:<br>: |
| v. | : CASE NO.: 1:CV-01-0773<br>:<br>: JURY TRIAL DEMANDED |
| ALLSTATE INSURANCE COMPANY, LINDA M. EDLEMAN, FRED SCHAFER, MT. GRETNA REALTY, and HOUSEMASTER<br>　　　　　Defendants | :<br>:<br>: (JUDGE KANE)<br>:<br>: |

## ORDER

AND NOW, this _____ day of May, 2003, in consideration of Defendant HouseMaster's Motion for Leave to File Brief in Excess of Page Limitation, IT IS HEREBY ORDERED, that the Motion is GRANTED. HouseMaster's Brief in Support of its Renewed Motion for Summary Judgment shall not exceed forty (40) pages in length.

　　　　　　　　　　　　　　　　　　　BY THE COURT:


　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　Yvette Kane, U.S.D.J.

HBG\114605.1