IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JACK MARRONE, husband, KAREN MARRONE, wife, both individually and in their capacity as parents and guardians for VIDA MARRONE, a minor, and MATTHEW ADAM MARRONE<br>Plaintiffs<br><br>v.<br><br>ALLSTATE INSURANCE COMPANY, LINDA M. EDLEMAN, FRED SCHAFER, MT. GRETNA REALTY, and HOUSEMASTERS<br>Defendants | : NO.: 1:CV-01-0773<br>:<br>:<br>: Electronically Filed<br>:<br>:<br>: JUDGE KANE<br>:<br>: Civil Action Law<br>:<br>:<br>:<br>: Jury Trial Demanded<br>: |

## **ORDER**

AND NOW, this _____ day of _____, 2003, upon consideration of Defendant Linda M. Edleman's Motion For Summary Judgment and the briefs filed with respect thereto, IT IS HEREBY ORDERED, that the Motion for Summary Judgment is granted and judgment is entered in favor of Defendant, Linda M. Edleman.

BY THE COURT:

_____
Honorable Yvette Kane

#237366v1