| | |
|---|---|
| **THOMAS, THOMAS & HAFER, LLP**<br>305 North Front Street<br>P.O. Box 999<br>Harrisburg, PA 17108 | **John Flounlacker, Esquire**<br>Attorney I.D. 73112<br>(717)237-7134<br>Attorneys for Defendant Edleman |

## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

JACK MARRONE, husband, KAREN : NO.: 1:CV-01-0773
MARRONE, wife, both individually and :
in their capacity as parents and guardians :
for VIDA MARRONE, a minor, and : Electronically Filed
MATTHEW ADAM MARRONE :
        Plaintiffs :
         : JUDGE KANE
        v. :
         : Civil Action Law
ALLSTATE INSURANCE COMPANY, :
LINDA M. EDLEMAN, FRED SCHAFER, :
MT. GRETNA REALTY, and :
HOUSEMASTERS : Jury Trial Demanded
        Defendants :

## **CERTIFICATE OF CONCURRENCE / NON CONCURRENCE**

I certify that a representative for Defendant Linda M. Edleman contacted all counsel on May 19, 2003, regarding Defendant's Motion for Summary Judgment. Counsel for Plaintiffs does not concur with Defendant's Motion. Counsel for Defendant Allstate Insurance Company and Counsel for Defendant HouseMasters indicated that they take no position on the Motion and Counsel for Defendants Fred Schafer and Mt. Gretna Realty concur with the Motion.

        Respectfully submitted,

        **THOMAS, THOMAS & HAFER, LLP**

        By:  s/John Flounlacker
            John Flounlacker, Esquire
            Attorney I.D. # 73112
            P.O. Box 999
            305 N. Front Street
            Harrisburg, PA 17108-0999
Date: May 15, 2003             (717)237-7134