IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JACK MARRONE, husband, KAREN MARRONE, wife, both individually and in their capacity as parents and guardians for VIDA MARRONE, a minor, and MATTHEW ADAM MARRONE<br>    Plaintiffs<br><br>      v.<br><br>ALLSTATE INSURANCE COMPANY, LINDA M. EDLEMAN, FRED SCHAFER, MT. GRETNA REALTY, and HOUSEMASTERS<br>    Defendants | : NO.: 1:CV-01-0773<br>:<br>:<br>: Electronically Filed<br>:<br>:<br>: JUDGE KANE<br>:<br>: Civil Action Law<br>:<br>:<br>:<br>: Jury Trial Demanded<br>: |

## CERTIFICATE PURSUANT TO LOCAL RULE 7.8

I hereby certify that Defendant Linda M. Edleman's Brief in Support of Motion for Summary Judgment complies with the word-count pursuant to Local Rule 7.8 (b)(2). Counsel relied upon Microsoft-Word's word count feature. Defendant's Brief contains 4,485 words.

THOMAS, THOMAS & HAFER, LLP


By: s/John Flounlacker
    John Flounlacker, Esquire
    Attorney I.D. # 73112
    P.O. Box 999
    305 N. Front Street
    Harrisburg, PA  17108-0999
    (717)237-7134

Date: May 15, 2003
#218253v2