IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JACK MARRONE, Husband, | : | CIVIL ACTION - LAW |
| KAREN MARRONE, Wife, | : | |
| Both Individually and in Their Capacity | : | JURY TRIAL DEMANDED |
| as Parents and Guardians for | : | |
| VIDA MARRONE, a Minor and | : | |
| MATTHEW ADAM MARRONE | ; | JUDGE  KANE |
|     Plaintiffs | : | |
| | : | 1:CV-01-0773 |
| v. | : | |
| ALLSTATE INSURANCE COMPANY, | : | |
| LINDA M. EDLEMAN, FRED SCHAEFFER, | : | |
| MT. GRETNA REALTY and | : | |
| HOUSE MASTERS, | : | |
|     Defendants | : | |

---

## CERTIFICATE OF CONCURRENCE/NON-CONCURRENCE

I, Edward A. Monsky, Esquire, hereby certify that I have sought concurrence in the instant Motion for Summary Judgment of Fred Schaeffer and Mt. Gretna Realty from all parties, and that concurrence has been granted by the following parties:

| | | |
|---|---|---|
| Jennifer L. Murphy - Esquire | - | Takes no position with regard to Motion |
| Gianni Floro, Esquire | - | Does not concur in Motion |
| John Flounlacker, Esquire | - | Concurs in Motion |
| James G. Nealon, III, Esquire | - | Takes no position with regard to Motion |
| Joel D. Gusky, Esquire | - | Does not concur in Motion |

FINE, WYATT & CAREY, P.C.


By: _Edward A. Monsky_

Edward A. Monsky, Esquire
Attorneys for Defendants Fred Schaeffer and
Mt. Gretna Realty

Date: _5-14-03_