IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JACK MARRONE, husband, KAREN MARRONE, wife, both individually and in their capacity as parents and guardians for VIDA MARRONE, a minor, and MATTHEW ADAM MARRONE, | : : : : : | CIVIL ACTION NO. 1:CV-01-773 |
| Plaintiff | : : | |
| v. | : : | (Judge Kane) |
| ALLSTATE INSURANCE COMPANY, LINDA M. EDLEMAN, FRED SCHAFER, MT. GRETNA REALTY, and HOUSE MASTERS | : : : : | |
| Defendant | : | |

## ORDER

**AND NOW,** this 16th day of May, 2003, upon consideration of Defendant HouseMaster's Motion for Leave to File Brief in Excess of Page Limitation, **IT IS HEREBY ORDERED THAT** the Motion is **GRANTED**. HouseMaster's Brief in Support of its Renewed Motion for Summary Judgment shall not exceed **twenty-five (25)** pages in length.

    s/ Yvette Kane
Yvette Kane
United States District Judge