IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JACK MARRONE, KAREN MARRONE, both individually and in their capacity as parents and guardians for VIDA MARRONE, a minor, and MATTHEW MARRONE<br>　　　　Plaintiffs | :<br>:<br>: CIVIL ACTION - LAW<br>:<br>:<br>:<br>: |
| v. | : CASE NO.: 1:CV-01-0773<br>: JURY TRIAL DEMANDED |
| ALLSTATE INSURANCE COMPANY, LINDA M. EDLEMAN, FRED SCHAFER, MT. GRETNA REALTY, and HOUSEMASTER<br>　　　　Defendants | :<br>: (JUDGE KANE)<br>:<br>:<br>: |

## CERTIFICATE OF NONCONCURRENCE

I, Jennifer L. Murphy, Esquire, counsel for Defendant HouseMaster, hereby certify that concurrence in HouseMaster's Motion to Preclude Expert Reports and Testimony of Eckardt Johanning, M.D. was sought from counsel for Plaintiffs and Co-Defendants' counsel on May 14, 2003. Counsel for Plaintiffs and Homeside Lending do not concur in the Motion. Counsel for Linda Edelman concurs in the Motion. Counsel for Allstate Insurance Company and Fred Schafer and Mt. Gretna

2

Realty take no position on the Motion.

                s/ Jennifer L. Murphy
                Jennifer L. Murphy
                Attorney I.D. No. 76432
                DUANE MORRIS LLP
                305 North Front Street, 5th Floor
                P. O. Box 1003
                Harrisburg, PA  17108-1003
                (717)  237-5500

Date:  May 16, 2003

HBG\114743.1