IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JACK MARRONE, KAREN MARRONE, both individually and in their capacity as parents and guardians for VIDA MARRONE, a minor, and MATTHEW MARRONE<br>　　　　　Plaintiffs<br><br>　　v.<br><br>ALLSTATE INSURANCE COMPANY, LINDA M. EDLEMAN, FRED SCHAFER, MT. GRETNA REALTY, and HOUSEMASTER<br>　　　　　Defendants | :<br>:<br>: CIVIL ACTION - LAW<br>:<br>:<br>:<br>:<br>: CASE NO.: 1:CV-01-0773<br>: JURY TRIAL DEMANDED<br>:<br>:<br>: (JUDGE KANE)<br>:<br>: |

## ORDER

AND NOW, upon consideration of Defendant HouseMaster's Motion to Preclude Expert Reports and Testimony of Eckardt Johanning, M.D. and supporting brief, and Plaintiffs' Response thereto, IT IS ORDERED that the Motion is GRANTED. The expert reports and testimony of Eckardt Johanning, M.D., are precluded from trial of this matter and Plaintiffs' claims for personal injury damages in Counts VIII through XI of Plaintiffs' Amended Complaint are dismissed with prejudice.

　　　　　　　　　　　　　　　　　　BY THE COURT:

　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　J.

HBG\114741.1