IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JACK MARRONE, KAREN MARRONE, both individually and in their capacity as parents and guardians for VIDA MARRONE, a minor, and MATTHEW MARRONE<br>    Plaintiffs | : <br> : <br> : CIVIL ACTION - LAW <br> : <br> : <br> : <br> : |
| v. | : CASE NO.: 1:CV-01-0773 <br> : <br> : JURY TRIAL DEMANDED |
| ALLSTATE INSURANCE COMPANY, LINDA M. EDLEMAN, FRED SCHAFER, MT. GRETNA REALTY, and HOUSEMASTER<br>    Defendants | : <br> : <br> : (JUDGE KANE) <br> : <br> : |

## RENEWED MOTION FOR SUMMARY JUDGMENT
## OF DEFENDANT HOUSEMASTER

Pursuant to Rule 56 of the Federal Rules of Civil Procedure, Defendant HouseMaster respectfully moves this Court to enter summary judgment in its favor and against Plaintiffs on Counts VIII though XI of the Amended Complaint and on Plaintiffs' requests for personal injury damages in those counts. In support of the Motion, Defendant HouseMaster asserts that, based upon the pleadings, depositions and record in this case, there is no genuine issue of material fact and HouseMaster is entitled to judgment as a matter of law.

WHEREFORE, Defendant HouseMaster respectfully requests that this Court enter summary judgment in its favor and against Plaintiffs dismissing Counts VIII though XI of Plaintiffs' Amended Complaint and Plaintiffs' requests for personal injury damages in those counts.

Respectfully submitted,

/s Jennifer L. Murphy
James J. Kutz, Esquire
Attorney ID No. 21589
Jennifer L. Murphy, Esquire
Attorney ID No. 76432
DUANE MORRIS LLP

305 North Front Street, 5th Floor
P.O. Box 1003
Harrisburg, PA 17108-1003
717-237-5500

Attorneys for Defendant HouseMaster

May 16, 2003

## **CERTIFICATE OF SERVICE**

AND NOW, this 16th day of May, 2003, I hereby certify that I, Jennifer L. Murphy, caused to be served a copy of the Defendant HouseMaster's Renewed Motion for Summary Judgment on the following by depositing a true and correct copy of the same in the U.S. Mail at Harrisburg, Pennsylvania, postage prepaid, addressed to:

> James G. Nealon, III, Esquire
> Nealon & Gover, P.C.
> 2411 North Front Street
> Harrisburg, PA  17110
>
> John Flounlacker, Esquire
> Thomas, Thomas & Hafer, LLP
> 305 North Front Street
> Harrisburg, PA 17108
>
> Edward A. Monsky, Esquire
> Fine, Wyatt & Carey, P.C.
> 425 Spruce Street
> Scranton, PA  18501-0590
>
> Gianni Floro, Esquire
> Tarasi, Tarasi & Fishman, P.C.
> 510 Third Avenue
> Pittsburgh, PA  15219
>
> Joel D. Gusky, Esquire
> Harvey, Pennington, Cabot, Griffith & Renneisen, Ltd.
> Eleven Penn Center
> 1835 Market Street, 29th Floor
> Philadelphia, PA  19103

>> By:  s/ Jennifer L. Murphy
>> Jennifer L. Murphy

HBG\114585.1