IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JACK MARRONE, KAREN MARRONE, both individually and in their capacity as parents and guardians for VIDA MARRONE, a minor, and MATTHEW MARRONE<br>　　　　Plaintiffs | :<br>:<br>: CIVIL ACTION - LAW<br>:<br>:<br>:<br>: |
| v. | : CASE NO.: 1:CV-01-0773<br>:<br>: JURY TRIAL DEMANDED |
| ALLSTATE INSURANCE COMPANY, LINDA M. EDLEMAN, FRED SCHAFER, MT. GRETNA REALTY, and HOUSEMASTER<br>　　　　Defendants | :<br>:<br>: (JUDGE KANE)<br>:<br>: |

## **ORDER**

AND NOW, upon consideration of Defendant HouseMaster's Renewed Motion for Summary Judgment, IT IS ORDERED that the Motion is GRANTED. Counts VIII through XI of Plaintiffs' Amended Complaint and Plaintiffs' requests personal injury damages in those counts are dismissed with prejudice.

　　　　　　　　　　　　　　　　　　　　BY THE COURT:

　　　　　　　　　　　　　　　　　　　　_____

　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　J.

HBG\114751.1