IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JACK MARRONE, KAREN MARRONE, both individually and in their capacity as parents and guardians for VIDA MARRONE, a minor, and MATTHEW MARRONE<br>    Plaintiffs | :<br>:<br>: CIVIL ACTION - LAW<br>:<br>:<br>:<br>: |
| v. | : CASE NO.: 1:CV-01-0773<br>: JURY TRIAL DEMANDED |
| ALLSTATE INSURANCE COMPANY, LINDA M. EDLEMAN, FRED SCHAFER, MT. GRETNA REALTY, and HOUSEMASTER<br>    Defendants | :<br>:<br>: (JUDGE KANE)<br>:<br>:<br>: |

**<u>CERTIFICATE OF NONCONCURRENCE</u>**

I, Jennifer L. Murphy, Esquire, counsel for Defendant HouseMaster, hereby certify that concurrence in HouseMaster's Motion for Summary Judgment on Counts VIII though XI of the Amended Complaint and Plaintiffs' claims for personal injury damages was sought from counsel for Plaintiffs and Co-Defendants' counsel on May 14, 2003.  Counsel for Plaintiffs and Homeside

Lending do not concur in the Motion.  Counsel for the non-moving parties take no position on the Motion.

                                            s/ Jennifer L. Murphy
                                            Jennifer L. Murphy, Esquire
                                            Attorney I.D. No. 76432
                                            DUANE MORRIS LLP
                                            305 North Front Street, 5th Floor
                                            P. O. Box 1003
                                            Harrisburg, PA  17108-1003
                                            717-237-5500

May 16, 2003

HBG\114750.1