**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **JACK MARRONE, husband, KAREN MARRONE, wife, both individually and in their capacity as parents and guardians for VIDA MARRONE, a minor,** <br> **Plaintiffs,** | : | **NO.:  1:CV-01-0773** |
| | : | |
| | : | |
| **v.** | : | **(THE HONORABLE JUDGE KANE)** |
| | : | |
| **ALLSTATE INSURANCE COMPANY, LINDA M. EDLEMAN, FRED SHAFER, MT. GRETNA REALTY, and HOUSE MASTERS,** | : | |
| | : | |
| | : | |
| **Defendants.** | : | **JURY TRIAL DEMANDED** |

## CERTIFICATE OF CONCURRENCE

Plaintiffs oppose the within Motion for Summary Judgment.  All other defendants take no position regarding Defendant Allstate's Motion for Summary Judgment.

Respectfully submitted,

NEALON & GOVER, P.C.

By: _____
James G. Nealon, III, Esquire
I.D. #:  46457
2411 North Front Street
Harrisburg, PA  17110
717/232-9900

Date: _____