## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

------------------------------------------------------------------------------------------

JACK MARRONE, husband, KAREN
MARRONE, wife, both individually and
in their capacity as parents and guardians
for VIDA MARRONE, a minor, and
MATTHEW ADAM MARRONE,

        Plaintiffs,

   vs.

ALLSTATE INSURANCE COMPANY,
LINDA M. EDLEMAN, FRED SCHAFER,
MT. GRETNA REALTY, and HOUSE
MASTERS,

        Defendants.

:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:

Civil Action No.:  1:CV-01-0773

------------------------------------------------------------------------------------------

## ORDER

AND NOW, this _____ day of _____, 2003, upon the

"Plaintiffs' Response to Motion for Summary Judgment of Defendant Allstate

Insurance Company," "Plaintiffs' Counter Statement of Undisputed Material Facts

Regarding the Motion for Summary Judgment of Defendant Allstate Insurance

Company," and "Brief in Opposition to Motion for Summary Judgment of

Defendant Allstate Insurance Company" it is hereby ORDERED that the Motion

for Summary Judgment of the Defendant Allstate Insurance Company is hereby

DENIED.

BY THE COURT:

_____
Date

_____
Yvette Kane, Judge
Middle District of Pennsylvania