ORIGINAL

# **CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing Plaintiffs'
Response to Motion for Summary Judgment of Defendant Allstate Insurance
Company, Plaintiffs' Counter Statement of Undisputed Material Facts Regarding
the Motion for Summary Judgment of Defendant Allstate Insurance Company,
and Brief in Opposition to Motion for Summary Judgment of Defendant Allstate
Insurance Company, were served on counsel for the Defendants on this ___29th___
day of May, 2003, by the United States Mail, First Class, Postage prepaid
addressed as follows:

James G. Nealon, III, Esquire
2411 North Front Street
Harrisburg, PA 17110

John Flounlacker, Esquire
305 North Front Street
Harrisburg, PA 17108

Edward A. Monsky, Esquire
425 Spruce Street
Scranton, PA 18501-0590

Jennifer L. Murphy, Esquire
305 North Front Street, 5th Floor
Harrisburg, PA 17108-1003

Joel D. Gusky, Esquire
1835 Market Street, 29th Floor
Philadelphia, PA 19103

**FILED**
HARRISBURG, PA
MAY 3 0 2003
MARY E. D'ANDREA
Per_____

TARASI, TARASI & FISHMAN, P.C.

Date: 5·29·03

By:_____
Gianni Floro, Esquire
PA I.D. No. 85837
Attorney for the Plaintiffs
510 Third Avenue
Pittsburgh, PA 15219
P: (412) 391-7135
F: (412) 471-2673