# IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

---

JACK MARRONE, husband, KAREN     :
MARRONE, wife, both individually and   :    Civil Action No.:  1:CV-01-0773
in their capacity as parents and guardians  :
for VIDA MARRONE, a minor, and     :
MATTHEW ADAM MARRONE,       :
                           :
       Plaintiffs,         :
                           :
   vs.                 :
                           :
ALLSTATE INSURANCE COMPANY,  :
LINDA M. EDLEMAN, FRED SCHAFER, :
MT. GRETNA REALTY, and HOUSE    :
MASTERS,                   :
                           :
       Defendants.      :

---

## ORDER

AND NOW, this _____ day of _____, 2003, upon the

"Plaintiffs' Response to Motion for Summary Judgment of Defendant Linda M.

Edleman," "Plaintiffs' Counter Statement of Undisputed Material Facts Regarding

the Motion for Summary Judgment of Defendant Linda M. Edleman," and

"Plaintiffs' Brief in Opposition to the Motion for Summary Judgment of Defendant

Linda M. Edleman" it is hereby ORDERED that the Motion for Summary Judgment

of the Defendant Linda M. Edleman is hereby DENIED.

BY THE COURT:

_____
Date

_____
Yvette Kane, Judge
Middle District of Pennsylvania