# ORIGINAL *HCV-01-773*

## CERTIFICATE OF SERVICE *2 to ur*

I hereby certify that a true and correct copy of the foregoing Plaintiffs'

Response to Motion for Summary Judgment of Defendant Linda M. Edleman,

Plaintiffs' Counter Statement of Undisputed Material Facts Regarding the Motion

for Summary Judgment of Defendant Linda M. Edleman, and Plaintiffs' Brief in

Opposition to the Motion for Summary Judgment of Defendant Linda M.

Edleman, were served on counsel for the Defendants on this __29th__ day of May,

2003, by the United States Mail, First Class, Postage prepaid addressed as follows:

James G. Nealon, III, Esquire
2411 North Front Street
Harrisburg, PA 17110

John Flounlacker, Esquire
305 North Front Street
Harrisburg, PA 17108

Edward A. Monsky, Esquire
425 Spruce Street
Scranton, PA 18501-0590

Jennifer L. Murphy, Esquire
305 North Front Street, 5th Floor
Harrisburg, PA 17108-1003

Joel D. Gusky, Esquire
1835 Market Street, 29th Floor
Philadelphia, PA 19103

**FILED**
HARRISBURG, PA

**MAY 3 0 2003**

MARY E. D'ANDREA, CLERK
Per _____

TARASI, TARASI & FISHMAN, P.C.

Date: __5·29·03__

By: _____
Gianni Floro, Esquire
PA ID No. 85837
Attorney for the Plaintiffs
510 Third Avenue
Pittsburgh, PA 15219
P: (412) 391-7135
F: (412) 471-2673