IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

---

JACK MARRONE, husband, KAREN : 
MARRONE, wife, both individually and : Civil Action No.: 1:CV-01-0773
in their capacity as parents and guardians : 
for VIDA MARRONE, a minor, and : 
MATTHEW ADAM MARRONE, : 
                     : 
        Plaintiffs, : 
                     : 
  vs. : 
                     : 
ALLSTATE INSURANCE COMPANY, : 
LINDA M. EDLEMAN, FRED SCHAFER, : 
MT. GRETNA REALTY, and HOUSE : 
MASTERS, : 
                     : 
        Defendants. : 

---

## ORDER

AND NOW, this _____ day of _____, 2003, upon the

"Plaintiffs' Response to Motion for Summary Judgment of Defendants Fred

Schaeffer and Mt. Gretna Realty, the "Plaintiffs' Counter Statement of Undisputed

Materials Facts," and the "Plaintiffs' Brief in Opposition to the Motion for Summary

Judgment of Defendant Fred Schaeffer and Mt. Gretna Realty," it is hereby

ORDERED that the Motion for Summary Judgment of the Defendants, Fred

Schaeffer and Mt. Gretna Realty is DENIED.

BY THE COURT:

_____          _____

Date                                                      Yvette Kane, Judge
                                                          Middle District of Pennsylvania