## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing Plaintiffs' Response to Motion for Summary Judgment of Defendants Fred Schaeffer and Mt. Gretna Realty, the Plaintiffs' Counter Statement of Undisputed Materials Facts, and Plaintiffs' Brief in Opposition to the Motion for Summary Judgment of Defendant Fred Schaeffer and Mt. Gretna Realty were served on counsel for the Defendants on this  29th  day of May, 2003, by the United States Mail, First Class, Postage prepaid addressed as follows:

James G. Nealon, III, Esquire
2411 North Front Street
Harrisburg, PA  17110

John Flounlacker, Esquire
305 North Front Street
Harrisburg, PA  17108

Edward A. Monsky, Esquire
425 Spruce Street
Scranton, PA  18501-0590

Jennifer L. Murphy, Esquire
305 North Front Street, 5th Floor
Harrisburg, PA  17108-1003

Joel D. Gusky, Esquire
1835 Market Street, 29th Floor
Philadelphia, PA  19103

TARASI, TARASI & FISHMAN, P.C.

Date:  5·29·03

By:
Gianni Floro, Esquire
PA ID No. 85837
Attorney for the Plaintiffs
510 Third Avenue
Pittsburgh, PA  15219
P:  (412) 391-7135
F:  (412) 471-2673