# ORIGINAL 2-4 cv

## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

--------------------------------------------------------------------------------

JACK MARRONE, husband, KAREN
MARRONE, wife, both individually and
in their capacity as parents and guardians
for VIDA MARRONE, a minor, and
MATTHEW ADAM MARRONE,

        Plaintiffs,

        vs.

ALLSTATE INSURANCE COMPANY,
LINDA M. EDLEMAN, FRED SCHAFER,
MT. GRETNA REALTY, and HOUSE
MASTERS,

        Defendants.

:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:

Civil Action No.:  1:CV-01-0773

**FILED**
HARRISBURG, PA

**MAY 3 0 2003**

(U.S. District Judge Yvette Kane)
MARY E. D'ANDREA, CLERK
Per_____

**JURY TRIAL DEMANDED**

--------------------------------------------------------------------------------

## PLAINTIFFS' RESPONSE TO THE RENEWED MOTION FOR SUMMARY JUDGMENT OF DEFENDANT HOUSEMASTER

AND Now come the Plaintiffs, by and through their counsel of record,

Tarasi, Tarasi & Fishman, P.C., Louis M. Tarasi, Jr., Esquire, and Gianni Floro,

Esquire, and hereby file this Plaintiffs' Response to the Renewed Motion for

Summary Judgment of Defendant Housemaster, and in support thereof set forth

the following:

The Defendant Housemaster has moved for summary judgment in its favor

and against Plaintiffs on Counts VIII though XI of the Amended Complaint and on

Plaintiffs request for personal injury damages in those counts. It broadly asserts that based upon the pleadings, depositions and record in this case that there are no genuine issues of material fact. Nevertheless, a review of the Plaintiffs' Counter Statement of Undisputed Material Facts Regarding the Renewed Motion for Summary Judgment of Defendant Housemaster reveals that there numerous issues of material fact which must be resolved by the trier of fact.

Wherefore, the Plaintiffs respectfully request that this District Court enter an Order Denying the Renewed Motion for Summary Judgment of the Defendant Housemaster.

Respectfully submitted,

TARASI, TARASI & FISHMAN, P.C.

By: _____
Gianni Floro, Esquire
PA ID No. 85837
Attorney for the Plaintiffs
510 Third Avenue
Pittsburgh, PA 15219
P: (412) 391-7135
F: (412) 471-2673