IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

---------------------------------------------------------------------------------------

JACK MARRONE, husband, KAREN          :
MARRONE, wife, both individually and   :       Civil Action No.: 1:CV-01-0773
in their capacity as parents and guardians  :
for VIDA MARRONE, a minor, and        :
MATTHEW ADAM MARRONE,                 :
                                      :
     Plaintiffs,                     :
                                      :
                                      :
    vs.                                :
                                      :
                                      :
ALLSTATE INSURANCE COMPANY,           :
LINDA M. EDLEMAN, FRED SCHAFER,       :
MT. GRETNA REALTY, and HOUSE          :
MASTERS,                              :
                                      :
     Defendants.                    :

---------------------------------------------------------------------------------------

## ORDER

AND NOW, this _____ day of _____, 2003, upon the

"Plaintiffs' Response to the Renewed Motion for Summary Judgment of Defendant

Housemaster," "Plaintiffs' Counter Statement of Undisputed Material Facts

Regarding the Renewed Motion for Summary Judgment of Defendant

Housemaster," and "Plaintiff's Brief in Opposition to the Renewed Motion for

Summary Judgment of Defendant Housemaster" it is hereby ORDERED that the

Motion for Summary Judgment of the Defendant Housemaster is hereby DENIED.

BY THE COURT:

_____                    _____
Date                                                Yvette Kane, Judge
                                                    Middle District of Pennsylvania