

**CERTIFICATE OF SERVICE**

FILED
HARRISBURG, PA
MAY 3 0 2003
MARY E. D'ANDREA, CLERK
Per _____ DEP

I hereby certify that a true and correct copy of the foregoing Plaintiffs'

Response to the Renewed Motion for Summary Judgment of Defendant

Housemaster, Plaintiffs' Counter Statement of Undisputed Material Facts

Regarding the Renewed Motion for Summary Judgment of Defendant

Housemaster, and Plaintiff's Brief in Opposition to the Renewed Motion for

Summary Judgment of Defendant Housemaster were served on counsel for the

Defendants on this  29th  day of May, 2003, by the United States Mail, First

Class, Postage prepaid addressed as follows:

James G. Nealon, III, Esquire
2411 North Front Street
Harrisburg, PA  17110

John Flounlacker, Esquire
305 North Front Street
Harrisburg, PA  17108

Edward A. Monsky, Esquire
425 Spruce Street
Scranton, PA  18501-0590

Jennifer L. Murphy, Esquire
305 North Front Street, 5th Floor
Harrisburg, PA  17108-1003

Joel D. Gusky, Esquire
1835 Market Street, 29th Floor
Philadelphia, PA  19103

TARASI, TARASI & FISHMAN, P.C.

Date: 5.29.03

By: _____

Gianni Floro, Esquire
PA ID No. 85837
Attorney for the Plaintiffs
510 Third Avenue
Pittsburgh, PA  15219
P: (412) 391-7135
F: (412) 471-2673