

# ORIGINAL
2 to cr

FILED
HARRISBURG, PA

MAY 3 0 2003

MARY E. D'ANDREA, CLERK
Per_____

## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

---

| | | |
|---|---|---|
| JACK MARRONE, husband, KAREN MARRONE, wife, both individually and in their capacity as parents and guardians for VIDA MARRONE, a minor, and MATTHEW ADAM MARRONE, | : : : : : | Civil Act. No.: 1:CV-01-0773 |
| Plaintiffs, | : : | |
| vs. | : : | (U.S. Dist. Judge Yvette Kane) |
| ALLSTATE INSURANCE COMPANY, LINDA M. EDLEMAN, FRED SCHAFER, MT. GRETNA REALTY, and HOUSE MASTERS, | : : : : | **JURY TRIAL DEMANDED** |
| Defendants. | : | |

---

## LIST OF EXHIBITS FOR PLAINTIFFS' RESPONSES TO THE (RENEWED) MOTIONS FOR SUMMARY JUDGMENT OF DEFENDANTS, ALLSTATE INSURANCE COMPANY, LINDA M. EDLEMAN, FRED SCHAFER, MT. GRETNA REALTY, AND HOUSEMASTER

Exhibit 1:   Deposition Transcript of Karen Marrone (v. I & II) (filed 12/10/02)

Exhibit 2:     Deposition Transcript of Jack Marrone (v. I & II) (filed 12/10/02)

Exhibit 3:     Deposition Transcript of Matthew Adam Marrone (filed 12/10/02)

Exhibit 4:     Deposition Transcript of Vida Marrone (filed 12/10/02)

Exhibit 5:     Deposition Transcript of Larry Miller (filed 12/10/02)

Exhibit 6:     Deposition Transcript of Linda M. Edleman (filed 12/10/02)

Exhibit 7:     Deposition Transcript of Fred Schaeffer (filed 12/10/02)

Exhibit 8:     Deposition Transcript of Charles E. Bertoud, Jr. (filed 12/10/02)

Exhibit 9:     Plaintiffs' Answers and Objections to Interrogatories Filed on
               Behalf of Defendant Housemaster (*Without Exhibits*) (filed 12/10/02)

Exhibit 10:    Supplemental Materials to the Deposition of Larry Miller
               Provided by Defendant Allstate Insurance Company (filed 12/10/02)

Exhibit 11:    Affidavit of Tom Moore (Filed 11/26/02)

Exhibit 12:    Affidavit of Robert Pfromm (Filed 11/26/02)

Exhibit 13:    Affidavit of Eckardt Johanning, M.D., M.Sc. (Filed 11/26/02)

Exhibit 14:    Supplemental Affidavit of Tom Moore. (filed herewith 05/30/03)

                        Respectfully submitted,

                        TARASI, TARASI & FISHMAN, P.C.

                        By: _____
                        Gianni Floro, Esquire
                        PA ID No. 85837
                        Attorney for the Plaintiffs
                        510 Third Avenue
                        Pittsburgh, PA  15219
                        P:  (412) 391-7135
                        F:  (412) 471-2673