IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

---

JACK MARRONE, husband, KAREN
MARRONE, wife, both individually and
in their capacity as parents and guardians
for VIDA MARRONE, a minor, and
MATTHEW ADAM MARRONE,

        Plaintiffs,

    vs.

ALLSTATE INSURANCE COMPANY,
LINDA M. EDLEMAN, FRED SCHAFER,
MT. GRETNA REALTY, and HOUSE
MASTERS,

        Defendants.

Civil Action No.:  1:CV-01-0773

---

## ORDER

AND NOW, this _____ day of _____, 2003, upon the

"Plaintiffs' Response to the Defendant Housemaster's Motion to Preclude Expert

Report and Testimony of Eckardt Johanning, M.D." and "Brief in Opposition to

the Defendant Housemaster's Motion to Preclude Expert Report and Testimony of

Eckardt Johanning, M.D." it is hereby ORDERED that the Defendant

Housemaster's Motion to Preclude Expert Report and Testimony of Eckardt

Johanning, M.D. is hereby DENIED.

BY THE COURT:

_____
Date

_____
Yvette Kane, Judge
Middle District of Pennsylvania