IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JACK MARRONE, KAREN MARRONE, both individually and in the capacity as parents and guardians for VIDA MARRONE, a minor, and MATTHEW MARRONE, Plaintiffs | : : : : CIVIL ACTION - LAW : : : : |
| v. | : CASE NO.: 1:CV-01-0773 : |
| ALLSTATE INSURANCE COMPANY, LINDA M. EDELMAN, FRED SCHAFER, MT. GRETNA REALTY, and HOUSEMASTER, Defendants | : JURY TRIAL DEMANDED : : (JUDGE KANE) : : : |

### DEFENDANT HOUSEMASTER'S MOTION TO STRIKE SUPPLEMENTAL AFFIDAVIT AND TESTIMONY OF TOM MOORE

Defendant Housemaster, by and through its counsel, Duane Morris LLP, respectfully moves this Court, for the reasons set forth in the Brief filed concurrently herewith, to strike the Supplemental Affidavit and proposed testimony of Tom Moore as volative of this Court's Case Management Order dated

HBG\115707.1

July 5, 2002 and the Federal Rules of Civil Procedure.

                            DUANE MORRIS LLP

                            By: /s/ Jennifer L. Murphy
                                James J. Kutz, Esq.
                                Attorney ID. No. 21589
                                Jennifer L. Murphy, Esq.
                                Attorney ID. No. 76432
                                305 North Front St., 5th Floor
                                P.O. Box 1003
                                Harrisburg, PA  17108-1003
                                (717) 237-5500

Date:  June 11, 2003                    Attorneys for Defendant
                                                HouseMaster

## **CERTIFICATE OF SERVICE**

AND NOW, this 11th day of June, 2003, I hereby certify that I, Jennifer L. Murphy, caused to be served a copy of the Defendant HouseMaster's Motion to Strike Supplemental Affidavit and Testimony of Tom Moore on the following by depositing a true and correct copy of the same in the U.S. Mail at Harrisburg, Pennsylvania, postage prepaid, addressed to:

> James G. Nealon, III, Esquire
> Nealon & Gover, P.C.
> 2411 North Front Street
> Harrisburg, PA  17110
>
> John Flounlacker, Esquire
> Thomas, Thomas & Hafer, LLP
> 305 North Front Street
> Harrisburg, PA 17108
>
> Edward A. Monsky, Esquire
> Fine, Wyatt & Carey, P.C.
> 425 Spruce Street
> Scranton, PA  18501-0590
>
> Gianni Floro, Esquire
> Tarasi, Tarasi & Fishman, P.C.
> 510 Third Avenue
> Pittsburgh, PA  15219
>
> Joel D. Gusky, Esquire
> Harvey, Pennington, Cabot, Griffith & Renneisen, Ltd.
> Eleven Penn Center
> 1835 Market Street, 29th Floor
> Philadelphia, PA  19103

By: s/ Jennifer L. Murphy
Jennifer L. Murphy

HBG\115707.1