## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JACK MARRONE, KAREN | : | |
| MARRONE, both individually and | : | |
| in the capacity as parents and | : | CIVIL ACTION - LAW |
| guardians for VIDA MARRONE, a | : | |
| minor, and MATTHEW MARRONE, | : | |
| Plaintiffs | : | |
| | : | |
| v. | : | CASE NO.: 1:CV-01-0773 |
| | : | |
| ALLSTATE INSURANCE | : | JURY TRIAL DEMANDED |
| COMPANY, LINDA M. EDELMAN, | : | |
| FRED SCHAFER, MT. GRETNA | : | (JUDGE KANE) |
| REALTY, and HOUSEMASTER, | : | |
| Defendants | : | |

## ORDER

AND NOW, this _____ day of June, 2003, upon consideration of Defendant

HouseMaster's Motion to Strike Supplemental Affidavit and Testimony of Tom

Moore and supporting Brief, as well as any opposition thereto, it is hereby ordered

that HouseMaster's Motion to Strike is GRANTED.  The Supplemental Affidavit

of Tom Moore is hereby stricken from the Record and Plaintiffs and Mr. Moore are

precluded from offering testimony related to the Supplemental Affidavit.

BY THE COURT:

_____

                                            J.

HBG\115823.1