IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JACK MARRONE, KAREN MARRONE, both individually and in the capacity as parents and guardians for VIDA MARRONE, a minor, and MATTHEW MARRONE,<br>     Plaintiffs | :<br>:<br>: CIVIL ACTION - LAW<br>:<br>:<br>:<br>: |
| v. | : CASE NO.: 1:CV-01-0773<br>: |
| ALLSTATE INSURANCE COMPANY, LINDA M. EDELMAN, FRED SCHAFER, MT. GRETNA REALTY, and HOUSEMASTER,<br>     Defendants | : JURY TRIAL DEMANDED<br>:<br>: (JUDGE KANE)<br>:<br>:<br>: |

## CERTIFICATE OF CONCURRENCE/NONCONCURRENCE

I, Jennifer L. Murphy, Esquire, counsel for Defendant HouseMaster, hereby certify that concurrence in HouseMaster's Motion to Strike Supplemental Affidavit and Testimony of Tom Moore was sought from counsel for Plaintiffs and Co-Defendants on June 11, 2003.  Counsel for Plaintiffs and Homeside Lending do not concur in the Motion.  Counsel for Linda Edelman, Fred Schaeffer

and Mt. Gretna Realty concur in the Motion.  Allstate Insurance Company takes no position on the Motion.

                                                s/ Jennifer L. Murphy
                                                Jennifer L. Murphy, Esquire
Attorney I.D. No. 76432
DUANE MORRIS LLP
305 North Front Street, 5th Floor
P. O. Box 1003
Harrisburg, PA  17108-1003
717-237-5500

Date:  June 11, 2003

HBG\115824.1