# IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

---

JACK MARRONE, husband, KAREN
MARRONE, wife, both individually and
in their capacity as parents and guardians
for VIDA MARRONE, a minor, and
MATTHEW ADAM MARRONE,

        Plaintiffs

  vs.

ALLSTATE INSURANCE COMPANY,
LINDA M. EDLEMAN, FRED SCHAFER,
MT. GRETNA REALTY, and HOUSE
MASTERS,

      Defendants.

Civil Action No.: 1:CV-01-0773

---

## ORDER

AND NOW, this _____ day of _____, 2002, upon the

Plaintiffs' "Brief in Opposition to Defendant Housemaster's Motion to Strike the

Supplemental Affidavit of Tom Moore" it is hereby ORDERED that the

Defendant's motion to strike affidavit is denied.

BY THE COURT:

_____

Date

_____
Yvette Kane, Judge
Middle District of Pennsylvania