IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JACK MARRONE, husband, KAREN MARRONE, wife, both individually and in their capacity as parents and guardians for VIDA MARRONE, a minor, and MATTHEW ADAM MARRONE,<br>    Plaintiffs<br><br>v.<br><br>ALLSTATE INSURANCE CO., et al.<br>    Defendants | :<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>: | CIVIL ACTION NO. 1:CV-01-0773<br>(Judge Kane) |

**ORDER**

Before the Court is Defendant Housemasters's motion to Exclude the Expert Reports and Testimony of Eckardt Johanning, M.D. (Doc. No. 155). Upon consideration, **IT IS HEREBY ORDERED THAT** a Daubert hearing will be held on this motion on August 15, 2003 at 10:00 a.m. The hearing shall be held in Courtroom No. 4, Eighth Floor, Federal Building, Third and Walnut Streets, Harrisburg, Pennsylvania.

    S/ Yvette Kane
    Yvette Kane
    United States District Judge

Date: July 16, 2003