IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JACK MARRONE, husband, KAREN MARRONE, wife, both individually and in their capacity as parents and guardians for VIDA MARRONE, a minor, and MATTHEW ADAM MARRONE<br>　　　　Plaintiffs<br><br>　　　　v.<br><br>ALLSTATE INSURANCE COMPANY, LINDA M. EDLEMAN, FRED SCHAFER, MT. GRETNA REALTY, and HOUSEMASTERS<br>　　　　Defendants | : NO.: 1:CV-01-0773<br>:<br>:<br>:<br>:<br>:<br>:<br>: JUDGE KANE<br>:<br>: Civil Action Law<br>:<br>:<br>:<br>: Jury Trial Demanded<br>: |

## ORDER

AND NOW, this _____ day of _____, 2003, upon consideration of Defendant Linda M. Edleman's Motion *in Limine* to preclude evidence of any physical injury alleged by the Plaintiffs and the Briefs of the parties in regard thereto, the Motion is GRANTED and it is ORDERED AND DIRECTED as follows:

　　(1)　that all evidence and testimony regarding physical injury to Plaintiffs, Jack, Karen and Vida Marrone outside of the respiratory illness referred to in Dr. Johanning's report be excluded from trial; and

　　(2)　any and all evidence and testimony regarding physical injury to Plaintiff Matthew Marrone be excluded.

　　　　　　　　　　　　　　　BY THE COURT

　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　　　　J.