IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

JACK MARRONE, husband, KAREN :
MARRONE, wife, both individually and :
in their capacity as parents and guardians:
for VIDA MARRONE, a minor, and :
MATTHEW ADAM MARRONE, :
    Plaintiffs :
:   CIVIL ACTION NO. 1:CV-01-0773
v. :   (Judge Kane)
:
ALLSTATE INSURANCE CO., et al. :
    Defendants :

## ORDER

**AND NOW** this 22nd day of, August, 2003, due to a scheduling conflict with the Court's trial calendar, **IT IS HEREBY ORDERED THAT** the pre-trial conference scheduled for August 26, 2003 is **RE-SCHEDULED** to September 2, 2003 at 2:00 p.m.

   S/ Yvette Kane
Yvette Kane
United States District Judge