IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

JACK MARRONE, husband, KAREN         :
MARRONE, wife, both individually and :
in their capacity as parents and guardians:
for VIDA MARRONE, a minor, and       :
MATTHEW ADAM MARRONE,                :
    Plaintiffs                       :
                                     :   CIVIL ACTION NO. 1:CV-01-0773
    v.                               :   (Judge Kane)
                                     :
ALLSTATE INSURANCE CO., et al.       :
    Defendants                       :

## ORDER

**AND NOW** this 29nd day of, August, 2003, **IT IS HEREBY ORDERED THAT** the pre-trial conference scheduled for September 2, 2003 is **RE-SCHEDULED** to September 4, 2003 at 1:00 p.m.

    S/ Yvette Kane
    Yvette Kane
    United States District Judge