IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JACK MARRONE, husband, KAREN MARRONE, wife, both individually and in their capacity as parents and guardians for VIDA MARRONE, a minor, and MATTHEW ADAM MARRONE,<br>　　　Plaintiffs<br><br>　　　v.<br><br>ALLSTATE INSURANCE CO., et al.<br>　　　Defendants | CIVIL ACTION NO. 1:CV-01-0773<br>(Judge Kane) |

## ORDER

Before the Court is Defendant Allstate Insurance Company's motion for summary judgment in the above-captioned case. The motion has been fully briefed and is ripe for disposition. Upon consideration, **IT IS ORDERED THAT** Defendant's motion for summary judgment (Doc. No. 161) is **DENIED**.

　　　　　　　　　　　　　　　　　　　　S/ Yvette Kane
　　　　　　　　　　　　　　　　　　　　Yvette Kane
　　　　　　　　　　　　　　　　　　　　United States District Judge

Date: September 2, 2003