IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **JACK MARRONE, husband, KAREN MARRONE, wife, both individually and in their capacity as parents and guardians for VIDA MARRONE, a minor, and MATTHEW ADAM MARRONE,**     Plaintiffs | : : : : : : : |
| v. | : **CIVIL ACTION NO. 1:CV-01-0773**  : **(Judge Kane)**  : |
| **ALLSTATE INSURANCE CO., et al.**     Defendants | : : |

## O R D E R

**AND NOW**, this 9TH day of    September   , 2003, counsel having reported to the Court that the above action has been settled,

**IT IS HEREBY ORDERED** that this action is dismissed without costs and without prejudice to the right, upon good cause shown within sixty (60) days, to reinstate the action if the settlement is not consummated.

　　　　　　　　　　　　　　　　　　　　    S/ Yvette Kane      
　　　　　　　　　　　　　　　　　　　　Yvette Kane
　　　　　　　　　　　　　　　　　　　　United States District Judge